IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM individually and as representative of a class of participants and beneficiaries on behalf of the Cornell University Retirement Plan for the Employees of the Endowed Colleges at Ithaca and the Cornell University Tax Deferred Annuity Plan,<br><br>   *Plaintiff*,<br><br> v.<br><br>CORNELL UNIVERSITY and the RETIREMENT PLAN OVERSIGHT COMMITTEE,<br><br>   *Defendant*s. | No. 1:16-cv-06525<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

**MOTION FOR ADMISSION PRO HAC VICE FOR NANCY G. ROSS**

  Pursuant to Local Rule 1.3 of the Local Civil Rules of the United States District Courts for the Eastern and Southern Districts of New York, I, Nancy G. Ross, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Cornell University and the Retirement Plan Oversight Committee in the above-captioned action.

  I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

-2-

Dated: September 15, 2016                 By:   */s/ Nancy G. Ross*
                                                                              Nancy G. Ross
                                                                              MAYER BROWN LLP
                                                                              71 South Wacker Drive
                                                                              Chicago, Illinois 60606
                                                                              Telephone:  (312) 782-0600
                                                                              Facsimile:  (312) 701-7711
                                                                              nross@mayerbrown.com

                                                                              *Attorney for Defendants Cornell*
                                                                              *University and the Retirement Plan*
                                                                              *Oversight Committee*