UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CASEY CUNNINGHAM

                            Plaintiff(s),

      - against -

CORNELL UNIVERSITY

                            Defendant(s).
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-16
```

16 Civ. 6525 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

      As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff is granted leave to amend the complaint in response to defendants' premotion letter provided plaintiff does so by December 7, 2016

2. If defendant still wishes to move to dismiss, it shall submit a premotion letter by December 14 with a proposed motion schedule.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

*[signature]*

P. Kevin Castel
United States District Judge

Dated: New York, New York

10-31-16