UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASEY CUNNINGHAM,

                Plaintiff

    -against-

CORNELL UNIVERSITY,

                Defendants.
-----------------------------------------------------------x

16 -cv- 6525 (PKC)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-16

CASTEL, District Judge:

        WHEREAS, defendants have expressed an intent to move to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., on the basis set forth in a pre-motion letter.

        WHEREAS, plaintiff has been offered the opportunity to amend the complaint in response to the pre-motion letter and has done so.

        NOW, therefore, the following is

        ORDERED:

        1.     Defendants may file their motion to dismiss by January 30, 2017. Plaintiff shall respond to the motion by February 20, 2017. Any reply by defendants shall be filed by March 6, 2017.

-2-

2.      Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the time to . . . amend the pleadings. . . ." Pursuant to that authority, the Court hereby limits the time to move to further amend the complaint to 21 days from the filing of the motion to dismiss.

SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 19, 2016