IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, ET AL., individually and as representatives of a class of participants and beneficiaries of the Cornell University Retirement Plan for the Employees of the Endowed Colleges at Ithaca and the Cornell University Tax Deferred Annuity Plan,<br><br>   *Plaintiffs*,<br><br> v.<br><br>CORNELL UNIVERSITY, ET AL.,<br><br>   *Defendants*. | Civil Action No. 16-cv-6525<br><br><br>Hon. P. Kevin Castel |

**DEFENDANTS' NOTICE OF MOTION TO STRIKE PLAINTIFFS' JURY DEMAND**

Please take notice that, upon the accompanying Memorandum of Law, dated February 14, 2018, Defendants will move this Court before The Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, at a time and date to be set by the Court, for an Order striking Plaintiffs' jury demand pursuant to Federal Rule of Civil Procedure 39(a)(2).

Dated: February 14, 2018

*/s/ Eric S. Mattson* (with permission)
Joel S. Feldman
Eric S. Mattson
Daniel R. Thies
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jfeldman@sidley.com
emattson@sidley.com
dthies@sidley.com

Andrew W. Stern
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for Defendant CapFinancial Partners, LLC, d/b/a CAPTRUST Financial Advisors, LLC*

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter
    bnetter@mayerbrown.com
Michelle N. Webster
Matthew A. Waring
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Nancy G. Ross
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Jean-Marie L. Atamian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500

*Attorneys for Cornell Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 14, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

    By:  /s/ *Brian D. Netter*
           Brian D. Netter