# MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

March 1, 2018

**MEMO ENDORSED**

BY ECF

**Brian D. Netter**
Direct Tel +1 202 263 3339
Direct Fax +1 202 263 5236
bnetter@mayerbrown.com

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-2-18

Re:   Cunningham v. Cornell University,
      No. 1:16-cv-06525-PKC (S.D.N.Y.)

Dear Judge Castel:

I write pursuant to Local Civil Rule 1.4 to request that the Court direct the Clerk to terminate Travis Crum as an attorney-of-record for Defendants in this action. Mr. Crum has left Mayer Brown LLP, and filed a Notice of Withdrawal with the Court prior to his departure (ECF No. 127). The Clerk's Office has advised, however, that it requires an Order of this Court to formally remove Mr. Crum as counsel. My colleagues and I at Mayer Brown will continue to represent the Cornell Defendants.

Sincerely,

Brian D. Netter

Application granted.

SO ORDERED

Hon. P. Kevin Castel, U.S.D.J.
3-1-18