USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/30/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY CUNNINGHAM *et al.*,

    Plaintiffs,

v.

CORNELL UNIVERSITY *et al.*,

    Defendants.

Civil Action No. 1:16-CV-06525-PKC

COTT, Magistrate Judge:

### JOINT STIPULATION AND AMENDED SCHEDULING ORDER

1. The parties have agreed to expert discovery deadlines pursuant to Paragraph 7.b. of the Civil Case Management Plan and Scheduling Order.

2. The parties agree that more than the two months currently allotted to expert discovery is necessary given scheduling issues associated with the anticipated expert witnesses.

3. The parties have agreed to a 13-day extension of the October 5, 2018, expert discovery deadline to allow adequate time to complete expert depositions.

THEREFORE, it is hereby stipulated, by and between Plaintiffs, the Cornell Defendants, and Defendant CapFinancial Advisors LLC through their undersigned attorneys, as follows:

1. Plaintiffs' expert disclosures and reports are to be served on or before August 24, 2018.

2. Defendants' expert and rebuttal expert disclosures and reports are to be served on or before September 14, 2018.

3. Plaintiffs' rebuttal expert disclosures and reports are to be served on or before September 26, 2018.

4. Expert depositions are to begin on September 27, 2018.

5. All expert depositions are to be completed by October 18, 2018.

6. The deadline for a request for a pre-motion conference relating to summary judgment shall be November 1, 2018.

7. All other deadlines under the Court's Scheduling Order (Dkt. 116) shall remain unchanged.

Dated: July 26, 2018

Jerome J. Schlichter
Joel D. Rohlf
jschlichter@uselaws.com
jrohlf@uselaws.com
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934

*Attorney for Plaintiffs*

Joel S. Feldman
Eric Mattson
SIDLEY AUSTIN LLP
1 S Dearborn St,
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
*Attorney for CapFinancial Advisors LLC*

Respectfully submitted,

Brian D. Netter
bnetter@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorney for Cornell Defendants*

SO ORDERED THIS 30th DAY OF July, 2018

/s/ James L. Cott
Hon. James I. Cott
United States Magistrate Judge