```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-13-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                    Plaintiffs,                    16-cv-6525 (PKC)

    -against-

                                               ORDER

CORNELL UNIVERSITY, et al.,

                    Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        I have reviewed the letters of the two groups of defendants dated November 1, 2019 (Doc 206 and 207) and the plaintiffs' response of November 7, 2019 (Doc 208). It is regrettable that not only were the plaintiffs and defendants not able to agree on a common schedule but the two groups of defendants could not agree on a common motion schedule. CAPTRUST seeks two extra days for reply briefs. Really?

        All defendants' motions may proceed on the following schedule: summary judgment motions due January 25, 2019, oppositions due February 25, 2019 and any replies due March 25, 2019.

        Movants' are cautioned that Local Civil Rule 56.1 requires a statement of <u>material</u> facts not in dispute. The listing of a fact in the statement is a concession that the fact is material that cannot be avoided if the fact is later successfully disputed by the non-movant.

        SO ORDERED.

                                                      P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       November 13, 2018