# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM et al., *Plaintiffs*, v. CORNELL UNIVERSITY et al., *Defendants*. | Civil Action No. 16-cv-6525<br><br>Hon. P. Kevin Castel |

## CORNELL DEFENDANTS' NOTICE OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS WENDY DOMINGUEZ AND GERALD BUETOW

Please take notice that, upon the accompanying Memorandum of Law, dated January 25, 2019, and all exhibits attached thereto, the undersigned attorneys for Defendants Cornell University, The Retirement Plan Oversight Committee, and Mary J. Opperman will move this Court before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, at a time and date to be set by the Court, for an Order *in limine* pursuant to Federal Rules of Evidence 401 and 702, excluding Plaintiffs' expert witnesses Wendy Dominguez and Gerald Buetow.

In accordance with the Local Rules of this Court, opposition papers shall be filed on or before February 8, 2019, and any reply papers shall be filed on or before February 15, 2019.

Dated: January 25, 2019

Nancy G. Ross
Samuel P. Myler
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Jean-Marie L. Atamian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter
 bnetter@mayerbrown.com
Michelle N. Webster
Matthew A. Waring
Ankur Mandhania
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Cornell Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By:  /s/ *Brian D. Netter*
      Brian D. Netter