# EXHIBIT A

CONFIDENTIAL

Page 1

1          C A S E Y   C U N N I N G H A M

2

3

4              P L A I N T I F F

5

6                  V S .

7

8       C O R N E L L   U N I V E R S I T Y ,   E T   A L

9

10

11              D E F E N D A N T S

12

13

14          D E P O S I T I O N   O F

15

16          W E N D Y   D O M I N G U E Z

17

18

19          O C T O B E R   1 6 ,   2 0 1 8

20

21              C O N F I D E N T I A L

22      V E R I T E X T   L E G A L   S O L U T I O N S

        M I D – A T L A N T I C   R E G I O N

23      1 2 5 0   E y e   S t r e e t   N W   -   S u i t e   3 5 0

24          W a s h i n g t o n ,   D . C .   2 0 0 0 5

CONFIDENTIAL

Page 19

1  weeks because you were engaged in August; is that

2  right?

3          MR. APKING:  Objection, misstates prior

4  testimony.

5      A    I'm not certain.

6      Q    (By Mr. Netter) Sitting here today, you

7  don't recall doing any work on this prior to August

8  of 2018; is that right?

9      A    Not prior to being engaged.  I'm assuming

10  I was engaged in August, I'm not certain.

11      Q    Miss Dominguez, are you offering an

12  opinion in this case on any recordkeeping issues?

13      A    No.

14      Q    Are you offering an opinion on any legal

15  issues?

16      A    No, I'm not an attorney.

17      Q    Can you direct your attention to paragraph

18  29 of your report.

19              In paragraph 29 you are explaining

20  what you mean when you use the term prudent

21  fiduciary, right?

22      A    Yes.

23      Q    I see there are three footnotes in

24  paragraph 29.  Am I right, is it your practice to

Dominguez deposition
transcript page 27
filed under seal

CONFIDENTIAL

Page 28

1    plans?

2         A    Yes, we do.

3         Q    What other sort of plans?

4         A    Defined benefit plans.

5         Q    Do the types of services that you provide

6    to a defined benefit plan differ from the types of

7    services you provide to a defined contribution plan?

8         A    Yes.

9         Q    How do they differ?

10        A    More focused on asset allocation, but for

11   some of our defined contribution plans we develop

12   models as well, so those would be an overlap.

13        Q    For defined benefit plans in which you

14   have responsibility for asset allocation, does that

15   require more labor?

16        A    Can you clarify?

17        Q    Um, comparing plans were your

18   responsibility for actually managing the asset

19   allocations and plans where you are just advising on

20   menu construction.

21             Is more labor involved in managing

22   the asset allocation?

23             MR. APKING:  Objection, vague.

24        A    As I mentioned before, for some of our

Dominguez deposition
transcript pages 36-37
filed under seal

CONFIDENTIAL

Page 39

1       A     It wasn't recommended.

2       Q     Let me have you flip the page to page

3    eight.  Page eight has a section entitled,

4    Alternative Investments?

5       A     Uh-huh.

6       Q     And the first sentence there says,

7    Innovest believes that risk based portfolios should

8    contain exposure to various asset class and clients

9    should consider including alternative investments.

10   For example, hedge funds and private equity in these

11   portfolios.

12             Now, alternative investments are not

13   one of the major asset classes, right?

14      A     Correct.

15      Q     And would you agree that alternative

16   assets are typically understood to have greater risk

17   than the traditional asset classes?

18      A     No, different type of risks.

19      Q     When you say different types of risk, what

20   do you mean?

21      A     Alternative investments typically have

22   uncorrelated risks to the other markets, there is

23   other issues like liquidity risk, manager specific

24   risk.

CONFIDENTIAL

Page 40

1      Q    Um, despite the fact that the risk may be

2   uncorrelated, the risk still has a magnitude, right?

3           MR. APKING:  Object to the form.

4      A    I don't understand what you mean.

5      Q    (By Mr. Netter) When you measure risk for

6   a fund, how do you typically do so?

7      A    There's a lot of different ways that you

8   can look at risk.  Number of holdings, scope from

9   which they invest, quantitive measures, like beta.

10     Q    And what risk measures does Innovest

11  typically use when it evaluates the risk of an

12  investment option?

13     A    All that I said.

14     Q    So you, in order to ascertain the risk of

15  a particular fund, you would look at the number of

16  holdings, the scope from which they invest, and the

17  quantity of measures?

18     A    Yes.

19     Q    I'll have you turn to page ten.  There's a

20  section on page ten called ongoing investment

21  monitoring.

22          Do you see that?

23     A    Yes.

24     Q    And under the fourth paragraph, there's a

CONFIDENTIAL

Page 41

1    bolded phrase performance measurement.

2                    Do you see that?

3        A    Yes.

4        Q    And this says, the performance measurement

5    consist of evaluating a portfolios time weighted

6    rates of return, characteristics and sector

7    commitments.  This information needs to be compared

8    to both market indices and managers of similar

9    styles.

10                   Would you say that that excerpt

11   typifies the advice that Innovest provides on

12   performance management, or performance measurement?

13       A    I'd like to read the whole section,

14   please.

15                   Okay.  I read the section.  Can you

16   repeat your question, please?

17       Q    (By Mr. Netter) Would you say that the

18   section under performance measurement typifies

19   Innovest's approach to performance measurement?

20       A    Yes, for active managers.

21       Q    And let me direct your attention next to

22   page 11, the first sentence at the top of the page

23   says, while the quarterly performance review is

24   indeed important, what is paramount in our minds is

CONFIDENTIAL

Page 42

1    the ongoing review of material qualitative factors.

2                    Do you believe that to be true?

3         A    I believe they are both important, yes.

4         Q    Do you believe that the ongoing review of

5    qualitative factors is paramount?

6         A    Yes.

7         Q    And after this section we just read, this

8    response identifies some of those qualitative

9    factors, right?

10        A    Yes, it includes some of those factors.

11        Q    So do you typically review form EDV as

12   part of assessing the qualitative appropriateness of

13   an investment fund?

14        A    I do not, but my team does.

15        Q    Would you or your team typically have

16   discussions with the managers about their

17   strategies?

18        A    Yes.

19        Q    And what else, would you typically conduct

20   on-site due diligence visits or somebody on your

21   team?

22        A    Depends on the strategy.

23        Q    What strategies would require on-site due

24   diligence?

CONFIDENTIAL

Page 43

1      A    Alternative investments.

2      Q    How do you define alternative investments?

3      A    Those that have less correlated returns of

4  the markets usually are through an LP structure.

5  Available only to qualified investors.

6      Q    So let me ask you to flip to the end of

7  this section.  After the Innovest response, there

8  are some biographies and after that there is a

9  sample performance report.

10     A    Okay.

11     Q    Can you confirm for me this says sample

12 performance report?

13     A    Yes, it does.

14     Q    Thank you.

15          MR. APKING:  Which?

16          MR. NETTER:  There you are.

17          MR. APKING:  Okay.

18     Q    (By Mr. Netter) Now if you turn to page

19 11.  The chart on page 11 appears to be similar to

20 the chart that we looked at before, right?

21     A    Correct.

22     Q    This is showing the various style boxes

23 that are filled on this sample menu?

24     A    Yes.

Dominguez deposition
transcript pages 44-46
filed under seal

CONFIDENTIAL

1       A     I guess I'm confused as to how you are

2   grouping your sentences together.

3               So can you, yes, revenue sharing

4   differs by share classes.

5       Q     Okay.  So a share class that charges a

6   higher expense ratio might also provide additional

7   revenue sharing, right?

8       A     Yes.

9       Q     And at Innovest when you assess the net

10  expense of an investment fund, you back out the

11  revenue sharing, right?

12      A     It depends on who receives the revenue

13  sharing.

14      Q     If the revenue sharing is used to defray

15  plan expenses, then you would back out the revenue

16  sharing in assessing the net expense of the fund; is

17  that right?

18      A     Not necessarily.  If it goes back directly

19  to the participant, then I think we would back it

20  out.

21      Q     If the recordkeeping were separately

22  negotiated and the revenue sharing were offset

23  against that separately negotiated fee, would you

24  agree then that it would make sense to back out the

CONFIDENTIAL

1    Q    You expect for this computation to address

2    any difference in the amount of revenue sharing

3    being rebated to plan participants?

4    A    It was, was it rebated to plan

5    participants or was it used to offset administrative

6    expenses?

7    Q    My question is, would you expect for this

8    computation to address any difference in the amount

9    of revenue sharing that is rebated to plan

10   participants?

11        MR. APKING:  Object to the form.

12   A    Can you the repeat that?

13   Q    (By Mr. Netter) Sure.  Should this

14   computation in paragraph 28 account for any

15   difference in the amount of revenue sharing that is

16   being rebated to plan participants?

17   A    Rebated to plan participants, yes, it

18   should include that.

19   Q    Now in that paragraph when you reference

20   the TIAA-CREF mutual funds, which funds are you

21   talking about?

22   A    In paragraph 28?

23   Q    Correct.

24   A    TIAA-CREF has a suite of proprietary

CONFIDENTIAL

Page 52

1      Q     And just to be precise, we are looking at

2   the TIAA-CREF Lifecycle Retirement Income Fund,

3   right?

4      A     Yes.

5      Q     So for this particular fund, the

6   retirement class has a total operating expense after

7   fee waiver and/or expense reimbursement of 63 basis

8   points; is that right?

9      A     Yes.

10     Q     And the institutional class has the same

11  figure at 38 basis points; is that right?

12     A     Yes.

13     Q     So there's a difference in the expense

14  ratios of 25 basis points?

15     A     Yes.

16     Q     Do you know whether, have you reviewed the

17  expert report of Al Otto?

18     A     Al Otto?

19     Q     That's right?

20     A     Not that I recall.

21     Q     Have you reviewed in this case any data

22  reflecting the amount of revenue sharing generated

23  by particular funds?

24     A     Yes.

Dominguez deposition
transcript page 64
filed under seal

Dominguez deposition
transcript pages 66-68
filed under seal

Dominguez deposition
transcript pages 70-71
filed under seal

CONFIDENTIAL

Page 91

1      Q     You didn't do any qualitative review of

2  the Vanguard Growth Income K class, did you?

3      A     The Vanguard Growth K class?

4      Q     Right.

5            MR. APKING:  You mean Fidelity?

6      Q     (By Mr. Netter) I'm sorry, the Fidelity

7  Growth K class.

8      A     No, I did not.  I just looked at this

9  chart.

10     Q     I want to turn to paragraph 86 of your

11 opening report.

12            This is a chart of the acceptable

13 menu that you say should have been implemented as of

14 August of 2010; is that right?

15     A     It is an acceptable menu.  It is

16 reasonable that it would be created then.

17     Q     How did you put together this menu?

18     A     I looked at what the CAPTRUST

19 recommendation was in 2014 and evaluated each of

20 those investments and determined whether or not it

21 would have been reasonable to select them back in

22 2010.

23     Q     Okay.  So you didn't start with a universe

24 of funds to consider, right?

CONFIDENTIAL

Page 92

1       A       No.

2       Q       You started with 2014 recommendation,

3    right?

4       A       Yes.

5       Q       And I believe you just testified that

6    customarily when you are selecting a new menu, you

7    would only look at funds that had performed well in

8    recent years, right?

9       A       If you are selecting a new menu, you would

10   throw out funds that had performance issues.

11      Q       Okay.  So the funds that were selected by

12   CAPTRUST in 2014 were selected based in part on

13   their performance from 2010 until 2014, right?

14              MR. APKING:  Object to the form.

15      A       I'm assuming so.

16      Q       (By Mr. Netter) So you then are

17   necessarily excluding from consideration for your

18   2010 menu any investments that proved not to perform

19   well from 2010 to 2014, right?

20              MR. APKING:  Object to the form.

21      A       Can you say that again?

22      Q       (By Mr. Netter) Let's take a step back.

23   So you just said that the fund that were selected by

24   CAPTRUST in 2014 were selected based on an analysis

Page 100

1    this table?

2         Q     (By Mr. Netter) Correct.

3         A     Right here.  I believe I completed it all

4    at the same time, but just noted different reasons

5    for not including those funds.

6         Q     Now, Miss Dominguez, you said that these

7    funds came from the CAPTRUST best in class lineup in

8    2014, right?

9         A     Yes.

10        Q     The CAPTRUST actually had two best in

11   class lineups in 2014, didn't it?

12        A     Uh-huh, yes.

13        Q     How did you determine only to look at the

14   TIAA lineup?

15        A     Because it was the one that I selected.

16        Q     Okay.  As between TIAA and Fidelity it was

17   an arbitrary selection?

18        A     Yes.

19        Q     So you didn't compare funds within the

20   same asset class that were on the two menus, right?

21        A     There was a huge overlap between the two

22   menus.  And I did not, I looked at the TIAA menu.

23        Q     But to the extent that the funds did not

24   overlap, you didn't assess which fund was more

CONFIDENTIAL

Page 126

1          MR. APKING:  Object to the form.

2      A    I'm not certain if they changed it over

3  time.

4      Q    (By Mr. Netter) Now, when you evaluated

5  the TIAA real estate account, you didn't use that

6  same benchmark, did you?

7      A    When I evaluated it when?

8      Q    In conjunction with repairing your opinion

9  in this case?

10     A    I didn't evaluate, can you say that again?

11     Q    Did you evaluate the performance of the

12  TIAA Real Estate Account in the course of preparing

13  your opinion in this case?

14     A    Yes, as 102 states, I looked at the TIAA

15  Real Estate relative to the benchmark that it

16  created and underperformed those for three and five

17  years.

18     Q    And that's the only comparison you looked

19  at; is that right?

20     A    No, because in the next paragraph it says

21  the TIAA Real Estate Account ranked dead last in its

22  peer group for one, five and ten year periods.

23     Q    And what would the peer group look like

24  for the TIAA Real Estate Account?

CONFIDENTIAL

Page 127

1      A    I'm not certain.

2      Q    You don't know what funds were in the peer

3  group referenced in that March 2010 report?

4      A    No.

5      Q    Did you prepare any reports on the real

6  estate account for Innovest in 2010?

7      A    I don't believe so, no.

8      Q    When you say you, let me broaden that.

9  Did Innovest prepare any reports on the TIAA Real

10  Estate Account in 2010?

11      A    I don't believe so.

12      Q    Did you go back to consult any historical

13  Innovest analysis when you were preparing this

14  report?

15      A    No.

16      Q    In paragraph 108 of your report.  You

17  compare the TIAA Real Estate Account to the Vanguard

18  REIT Index Fund Institutional Shares.

19           Do you see that?

20      A    Yes, I do.

21      Q    There's also reference to VGNSX.  What is

22  VGNSX?

23      A    The Vanguard REIT Index Fund.

24      Q    Is it possible that's actually VGSNX.

Dominguez deposition
transcript pages 140-141
filed under seal

Dominguez deposition
transcript page 153
filed under seal

Dominguez deposition
transcript pages 157-158
filed under seal

Dominguez deposition
transcript pages 160-166
filed under seal

Dominguez deposition
transcript pages 198-199
filed under seal

CONFIDENTIAL

Page 207

1   this shows everything, but I know it has sheets in

2   Windows in the native format.

3           MR. NETTER:  I assume so as well, but I

4   will stipulate to the fact that this is just a

5   print-out and there might be something hiding in the

6   native format.

7       Q    (By Mr. Netter) Miss Dominguez, the

8   performance scoring methodology that you've used on

9   Exhibit 315, isn't the same as the methodology you

10  were describing earlier, right?

11      A    What methodology was I describing earlier?

12      Q    So earlier you stayed that your analysts

13  can with the approval of the investment committee

14  adjust the score, the performance score for a

15  particular fund based on their qualitative review of

16  the fund, right?

17      A    Qualitative review and other information

18  like is listed here, looking at consistency of

19  performance and rolling three year performance.

20      Q    But the methodology you employed in

21  Exhibit 315 is just a formula quantitive measure,

22  right?

23      A    Yes.

24      Q    Now, Miss Dominguez, we discussed many of

CONFIDENTIAL

Page 212

1          A     Okay.

2          Q     Dated August 24th, 2018.  I take it you

3     authored this report?

4          A     Yes, I did.

5          Q     You mention you had some assistance from

6     counsel?

7          A     Yes.

8          Q     Did you author the first draft of this

9     report?

10               MR. APKING:  Object to the form, object to

11    work product.

12         A     We work together.

13         Q     (By Mr. Feldman) So you worked together

14    with counsel in putting together the first draft?

15         A     Yes.

16         Q     Now, you have 134 footnotes, at least as I

17    depict in this report, correct?

18         A     Yes.

19         Q     Now, do you agree with me that some of

20    your footnotes refer to text, for example, in

21    footnote four you refer to a text from Fiduciary

22    360?

23         A     Yes.

24         Q     And some of your footnotes refer to

CONFIDENTIAL

Page 253

1   State of Missouri

2                    SS.

3   County of St. Louis

4        I, Randy R. Dunn, a Licensed Certified Court

5   Reporter by the Supreme Court in and for the State

6   of Missouri, duly commissioned, qualified and

7   authorized to administer oaths and to certify to

8   depositions, do hereby certify that pursuant to

9   Notice in the civil cause now pending and

10  undetermined in the City of St. Louis, State of

11  Missouri, to be used in the trial of said cause in

12  said court, I was attended at the offices of

13  Schlichter, Bogard & Denton, 100 South Fourth

14  Street, in the City of St. Louis, State of Missouri,

15  by the aforesaid attorneys; on the 16th day of

16  October, 2018.

17        The said witness, being of sound mind and being

18  by me first carefully examined and duly cautioned

19  and sworn to testify the truth, the whole truth, and

20  nothing but the truth in the case aforesaid,

21  thereupon testified as is shown in the foregoing

22  transcript, said testimony being by me reported in

23  shorthand and caused to be transcribed into

24  typewriting, and that the foregoing page correctly

CONFIDENTIAL

Page 254

1    set forth the testimony of the aforementioned

2    witness, together with the questions propounded by

3    counsel and remarks and objections of counsel

4    thereto, and is in all respects a full, true,

5    correct and complete transcript of the questions

6    propounded to and the answers given by said witness;

7    that signature of the deponent was not waived by

8    agreement of counsel.

9         I further certify that I am not of counsel or

10   attorney for either of the parties to said suit, not

11   related to nor interested in any of the parties or

12   their

13   _____

14   ---------------------------------------

15        Randy R. Dunn RPR, CRR, CCR No. 193

16

17

18

19

20

21

22

23

24