# Cornell Motion for Summary Judgment Exhibit 29

Page 1

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Civil Action No. 1:16-CV-6525-PKC
   - - - - - - - - - - - - - - - - - - - -x
4
   CASEY CUNNINGHAM, et al.,
5
                        Plaintiffs,
6
           -against-
7
   CORNELL UNIVERSITY, et al.,
8
                        Defendants.
9
   - - - - - - - - - - - - - - - - - - - -x
10
11                     August 10, 2018
                       11:43 a.m.
12
13           Videotaped Deposition of TIAA, by
14  ADAM POLACEK, taken by attorneys for Plaintiffs,
15  pursuant to subpoena, held at the offices of
16  Wilmer Hale LLP, 7 World Trade Center, 250
17  Greenwich Street, New York, New York, before
18  Helen Mitchell, a Registered Professional
19  Reporter and Notary Public.
20
21
22
23
24

Page 98

1       MR. KONSTANDT: Objection to
2   the form.
3   A   As of right now, and
4 historically there has not been anything that
5 would preclude the individual from doing so.
6 However, that doesn't necessarily imply that
7 that option would always be available to that
8 individual.
9   Q   Why might it not be available?
10  A   That is a decision point that
11 is one that TIAA can enforce. Heretofore we
12 have not precluded such a transfer from a mutual
13 fund to an annuity. However, it would be within
14 the right of the company to do so at some point
15 in the future.
16  Q   Okay. So with respect to the
17 Cornell plans, has TIAA ever imposed any
18 restriction on the ability of a plan participant
19 to transfer funds from a mutual fund to a
20 variable annuity and then immediately annuitize?
21      MR. KONSTANDT: Objection to
22  the form.
23  A   I can't speak to anything
24 specific to Cornell in -- with respect to your

Page 99

1 question.
2   Q   And why can't you speak to
3 anything specific to Cornell?
4       MR. KONSTANDT: Objection to
5   the form.
6   A   I'm not -- I am -- the question
7 that you had stated requires that I know an
8 intimate -- I can't -- I can't answer the
9 question with respect to Cornell.
10  Q   Okay.
11      But historically there's no
12 restriction, as far as you are aware, of any
13 kind, of Cornell or anyone else, on the ability
14 of plan participants to transfer funds from
15 mutual funds to variable annuities and then
16 annuitize immediately thereafter; is that fair?
17  A   As far as I am aware, in
18 general the company heretofore has -- we have
19 not put such restriction in place; however,
20 could potentially retain -- do retain the right
21 to make such restrictions in the future.
22  Q   TIAA serves as a record keeper
23 to the Cornell plans; is that right?
24  A   As I understand it, I believe

Page 100

1 that to be the case today.
2   Q   TIAA has the ability to provide
3 record keeping services for investments of other
4 companies; is that right?
5   A   In general we do record-keep
6 certain investments from -- vehicles, I should
7 say -- from other investment managers on plan.
8   Q   Are there any investment
9 products for which TIAA cannot provide record
10 keeping services?
11  A   I can't speak to that
12 specifically.
13  Q   Okay.
14      And you're here to speak as
15 TIAA's representative on topics including the
16 ability of other vendors to provide record
17 keeping and/or administrative services for TIAA
18 investment options; correct?
19  A   If it was enumerated, then,
20 correct, I've agreed to that.
21  Q   And you're also here to speak
22 as TIAA's representative on TIAA's ability to
23 provide record keeping services for investment
24 options offered by other investment managers; is

Page 101

1 that right?
2   A   I am -- I am acting in that
3 capacity right now.
4   Q   Okay. So in that capacity, are
5 there any investment products for which TIAA
6 cannot provide record keeping services?
7       MR. KONSTANDT: Object to form.
8   A   It's a very vague question that
9 I could -- am not in a position to answer in
10 terms of any specifics.
11      What I can say is that TIAA
12 does currently, across a variety of our plans,
13 record-keep other or outside managers' assets on
14 our retirement programs.
15  Q   Are you aware of any specific
16 investment product for which TIAA cannot provide
17 record keeping services?
18  A   I am -- I do not know.
19  Q   Okay.
20      Can TIAA provide record keeping
21 services for investment options offered by
22 Fidelity?
23  A   As of right now, I understand
24 the answer is -- that there has -- that is not

Page 102
1  in place right now in terms of an agreement.
2      Q     Okay.  Is there any technical
3  limitation on TIAA's ability to record-keep
4  Fidelity investment products?
5      A     I can't speak with specificity
6  to every Fidelity product, so I don't know with
7  specificity.
8      Q     Are you aware of any specific
9  reason why it would be impossible for TIAA to
10 record-keep any Fidelity product?
11             MR. KONSTANDT:  Objection to
12     the form.
13     A     Could you repeat the question
14 again, please?
15     Q     Were you able to hear me?
16     A     I heard you.
17     Q     Okay.
18            So the question was are you
19 aware of any specific reason why it would be
20 impossible for TIAA to record-keep any
21 particular Fidelity product.
22            MR. KONSTANDT:  Same objection.
23     A     Yeah, as I said, I'm not aware
24 of the intricacies of every product that

Page 103
1  Fidelity record -- offers, nor with specificity
2  about the ability for us to record-keep those
3  products.
4      Q     So as you sit here today as
5  TIAA's representative, you're not aware of any
6  specific obstacle that would prevent TIAA from
7  providing record keeping services for Fidelity
8  investment products; is that right?
9             MR. KONSTANDT:  I'm just going
10     to inject an objection.
11            I think one of the problems
12     here, Mr. Braitberg, is the terminology
13     you're using.  Are you talking about
14     the technical ability or the agreement
15     he referenced earlier?  I'm not sure I
16     understand what you're getting at when
17     you say it's impossible, or the reasons
18     for why it's impossible.
19            MR. BRAITBERG:  Sure, that's
20     fair.  I can clarify.
21     Q     So from a technical
22 perspective, putting aside any business disputes
23 or disagreements, are you aware of any specific
24 reasons of why TIAA could not record-keep any

Page 104
1  particular Fidelity product?
2      A     I simply don't know.  Fidelity
3  has a breadth of product, and I can't speak to,
4  with specificity, the ability to.
5      Q     Okay.
6            You mentioned there is a lack
7  of an agreement between Fidelity and TIAA with
8  respect to TIAA record keeping Fidelity product.
9  Is that what you said?
10     A     That -- that's what I said.  As
11 of right now, I do not believe that an agreement
12 is in place for either to record-keep the
13 other's products.
14     Q     Has TIAA ever explored the
15 possibility of record keeping Fidelity
16 investments with Fidelity?
17     A     As I understand it, there have
18 been conversations in that regard.
19     Q     Do you know why Fidelity has
20 not agreed to allowed TIAA to record-keep its
21 products?
22     A     I do not.
23     Q     Does TIAA allow Fidelity to
24 record-keep TIAA products?

Page 105
1      A     As of right now, as I
2  understand it, neither of the two parties
3  provide for the other to distribute products.
4      Q     Okay.  And do you have any
5  information as to the reasons why that is?
6      A     With specificity, I do not.
7      Q     How about generally?
8      A     As I understand it, the
9  business arrangement has not been agreed to
10 across the two parties -- between the two
11 parties.
12     Q     Okay.  So it's fair to say it's
13 in the nature of a business dispute, as opposed
14 to any technical limitation?  Is that true?
15            MR. KONSTANDT:  Objection,
16     misstates testimony.
17     A     That is not what I said.  I
18 simply said that -- that the agreement has not
19 been made yet.  And when I did make reference to
20 a business decision, it certainly could extend
21 to any variety of specific elements that could
22 pertain to, with certainty, record keeping as
23 well.
24            With specif --

27 (Pages 102 - 105)

Page 122

1  about the accumulation units.
2          Is that something that is
3  tracked by the investment management arm?
4      A    I believe the accumulation
5  units are tracked by the record keeping side of
6  the house, as opposed to the investment
7  management side.  But I -- but -- with a big
8  but -- I can't say with specificity perfectly,
9  but that's where I believe that record keeping
10 to take place.
11     Q    Okay.
12          What are the differences
13 required for record keeping fixed annuity versus
14 a mutual fund?
15     A    Well, I can express there's --
16 wait, could you -- you just said "fixed
17 annuity"; correct?
18     Q    Yes.
19     A    Well, I -- with respect to
20 record keeping a fixed annuity, that's a general
21 statement, and I can't speak to it because it's
22 very product-specific.  There are many different
23 companies that offer fixed annuities, and I
24 really have no basis to speak to many that are

Page 123

1  in the marketplace.  So a very general question
2  that I don't have a strong knowledge to.
3      Q    Well, let's just talk about --
4  let's just talk about TIAA Traditional.
5          What are the differences
6  between what is required for record keeping TIAA
7  Traditional versus mutual funds?
8      A    There's many differences in
9  character, and I can speak to some of them.  I
10 can't -- I can't express that I'm speaking to
11 all of them, but I can at least bring some of
12 the highlighted differences here to the table.
13          The TIAA Traditional annuity is
14 a highly complex product that brings tremendous
15 value to our participants in both accumulation
16 and in distribution.  It has a very unique
17 construct that is specific to TIAA in how the
18 product has, you know, been administered through
19 time.
20          When we talk about from a
21 character perspective, the TIAA Traditional
22 annuity is a guaranteed product.  It means that
23 contractually, as we discussed before, there are
24 certain guarantees that are put forward that

Page 124

1  participants benefit from.  There's guaranteed
2  minimums that the crediting rate through time
3  will not go below.  And that said, that's not to
4  say that that minimum crediting rate is the rate
5  that participants get; they get a rate that is
6  more of a current reflection of what the general
7  account is able to offer, often which -- and for
8  the majority of the time -- is above that
9  minimum crediting rate, but the minimum
10 crediting rate can come into play at times, too.
11          So when we talk about the
12 product, there's complexity associated with
13 crediting rates, how we -- how we apply those,
14 and there is also -- with respect to how we
15 vintage record-keep the product, there's
16 separately a thing called dividend roll-forward
17 that's incredibly complex.
18          Separately, TIAA is mission
19 driven, and it's the general account of TIAA
20 that supports the product and its returns that
21 are delivered to participants, and in the
22 process of maintaining an asset -- a portfolio
23 that supports the product, we are required by
24 law to hold back contingency reserves to ensure

Page 125

1  that payouts can continue as contractually
2  specified and guaranteed, even in times when the
3  market be -- might be very rough, and perhaps
4  even losses might be taken, so there is required
5  contingency reserves.
6          How we handle the treatment of
7  the distribution of any potential excess
8  contingency reserves is also highly specific to
9  what we do, and certainly very different from a
10 variable annuity.  And then, associated with the
11 product as well, is the transition from
12 accumulation to distribution.  There are
13 myriad -- there are multiple distribution
14 options available from the TIAA Traditional
15 annuity that include lifetime income, many
16 variations within it, among other payout options
17 as well, and as well a different sort of vintage
18 record keeping system attached to those in
19 payouts.
20          So those are some of the
21 differentials between the TIAA Traditional
22 product and our variable annuities to put on the
23 record.
24     Q    What do you understand the term

| Page 186 | Page 188 |
|---|---|
| 1  in order to assess the reasons for the change in<br>2  the benchmark?<br>3           MR. KONSTANDT:  Same objection.<br>4       A     I can't say with specificity,<br>5  given the general nature of the question.<br>6       Q     Are you familiar with the CREF<br>7  Stock Account?<br>8       A     I am.<br>9       Q     And as we've discussed, that's<br>10 a variable annuity; yes?<br>11      A     It is a variable annuity.<br>12      Q     And what is its composition in<br>13 terms of the component investments?<br>14      A     Sure.<br>15              The CREF Stock Account is a<br>16 multi-dimensional vehicle that has been<br>17 historically designed, and continues to be, a<br>18 vehicle that can offer the opportunity for<br>19 singular and very well-diversified exposure to<br>20 the breadth of equities globally.  Its construct<br>21 generally is a 70 percent allocation --<br>22 strategic allocation to domestic securities, a<br>23 30 percent allocation to foreign securities,<br>24 including both developed and emerging markets. | 1       Q     And it's true, isn't it, that<br>2  the -- for the different share classes there's<br>3  no difference in terms of the underlying<br>4  strategy or holdings; is that right?<br>5       A     That is correct.<br>6       Q     And the difference between the<br>7  different share classes is simply the amount of<br>8  expenses and the expense ratio; is that right?<br>9           MR. KONSTANDT:  Objection to<br>10      form.<br>11      A     The different share classes<br>12 provide differentials in terms of the --<br>13 generally put -- the administrative or the<br>14 record keeping fee that is -- that is included<br>15 within each of those share classes.<br>16      Q     So are there any other<br>17 differences besides the expenses between the<br>18 different share classes with the CREF Stock<br>19 Account?<br>20      A     As far as I know, that is the<br>21 differential.<br>22      Q     When were those different share<br>23 classes of the CREF Stock Account first made<br>24 available? |

| Page 187 | Page 189 |
|---|---|
| 1  It is diversified by asset class -- I'm sorry.<br>2  It is diversified by capitalization, having<br>3  large cap, mid cap and small cap companies, as<br>4  well by style, representing both growth and<br>5  value styles.  And then, going further, its<br>6  construct is quite elegant in that it includes<br>7  multiple types of investment management that<br>8  include both fundamentally active management as<br>9  well as quantitatively active management, with<br>10 the design to provide strong opportunity for<br>11 growth, capital appreciation, while at the same<br>12 time, by combining all of these factors<br>13 together, including the fundamental and the<br>14 quantitative, muting the overall risk profile of<br>15 the fund -- of the vehicle, I'm sorry, I should<br>16 say -- such so that the experience is, you know,<br>17 providing strong upside with -- with risk<br>18 mitigation on the down.<br>19      Q     Does the CREF Stock Account<br>20 have different share classes?<br>21      A     The CREF Stock Account is<br>22 expressed for plan sponsor clients with the<br>23 potential for three different share classes<br>24 today. | 1       A     I believe the year was 2015.<br>2       Q     Did Cornell request that TIAA<br>3  adopt different share classes for the CREF Stock<br>4  Account?<br>5           MR. KONSTANDT:  Objection to<br>6       the form, outside the scope of this<br>7       witness' enumerated topics.<br>8       A     I do not know.<br>9       Q     Did -- when TIAA made different<br>10 share classes available to the CREF Stock<br>11 Account, did it do so only with respect to<br>12 certain clients, or did it do so for everyone<br>13 who invested in CREF Stock Account?<br>14      A     I don't know the answer.<br>15      Q     Why did TIAA adopt share<br>16 classes for CREF Stock Account?<br>17      A     The different share classes was<br>18 in response to the market, desiring to have a<br>19 differential in the fee structures, such so that<br>20 different types of our plan sponsor clients<br>21 might be run at different -- generally speaking,<br>22 with different scale, and, accordingly, the<br>23 associated, on a percentage basis, fee that<br>24 would be associated with serving the record |

Page 194

1   A    As I have said consistently, I
2  cannot speak to, I do not know, and I am not
3  privy to, any request that Cornell did or did
4  not make pertaining to the development or
5  utilization of the multi-share class structure
6  deployed within CREF.
7   Q    Okay.  I would move to strike
8  your answer as non-responsive because I'm not
9  asking you about whether you're privy to
10 information about Cornell, I'm asking you to
11 elaborate on your previous answer in which you
12 told me why TIAA adopted the share class, okay.
13      You said there are some
14 reasons -- you gave me some reasons for that.
15 So my question is, do those reasons -- yes or
16 no -- include anything that Cornell did.
17      MR. KONSTANDT:  I'm just going
18      to insert an objection here,
19      Mr. Braitberg.
20           His original answer was about
21      response to the market, and all he is
22      saying is he doesn't know whether or
23      not that had anything to do with
24      Cornell because he has nothing to do

Page 195

1       with Cornell.  I think we're arguing
2       over nothing right now, but you're
3       welcome to keep asking the questions.
4   A    I do not know anything
5  pertaining to Cornell's push, desire, motivation
6  towards TIAA-CREF to adopt a share classing
7  structure with CREF.
8   Q    What is the current stated
9  benchmark for the CREF Stock Account?
10  A    The current stated benchmark
11 for CREF Stock is known as the CREF composite.
12  Q    And what does the CREF
13 composite consist of?
14  A    The CREF composite consists of
15 two primary components, and it relates to my
16 description of the vehicle previously, in that
17 one component is known as the Russell 3000,
18 which is a broad representation of the domestic
19 market that includes large cap, mid cap and
20 small cap companies, as well as a representation
21 that includes both growth and value stocks, and
22 separately a component that is represented by
23 the MSCI ACWI -- A-C-W-I -- IMI index -- the
24 ACWI IMI index -- which is a -- an international

Page 196

1  focused aspect offered by MSCI that includes
2  both developed and emerging markets.  The two
3  combine together in the CREF composite generally
4  in a 70 and 30 -- 70 percent Russell 3000,
5  30 percent MSCI ACWI ex-US IMI.
6   Q    Now, you said generally the
7  distribution is 70/30.  Has that ever changed?
8   A    It has evolved through time.
9  Strategically, right now that's where it stands.
10 The product hasn't always had exactly that same
11 70/30 split.
12  Q    I'm asking you specifically
13 about the composite index now that's used as the
14 benchmark -- I'm sorry, the CREF composite
15 benchmark.  Has the components of that benchmark
16 changed in terms of the percentage distribution
17 between the Russell and the MSCI ACWI index?
18  A    Those representatives have
19 changed through time, particular with the
20 orientation of the product.
21  Q    Okay.  So the relative weight
22 of those two indexes varies over time in a way
23 that matches the holdings of the CREF Stock
24 Account; is that right?

Page 197

1   A    That's generally a correct
2  assessment, yes, in that through time, as the
3  strategic allocation has adapted, the CREF
4  composite adapts along with it to provide a fair
5  representation.
6   Q    Does TIAA publish the current
7  distribution breakdown between the two
8  components of the CREF composite benchmark?
9   A    I believe we do, but I would
10 need to reference -- specifically, I believe the
11 depiction is broken down in various
12 documentation that we have.
13  Q    And where -- and what
14 documentation is that?
15  A    I would need to make reference
16 to be sure, but I believe it is made reference
17 to in the prospectus.  But I would need to
18 double check that.
19  Q    Okay.  The 70/30 Russell/MSCI
20 ACWI CREF composite, how long has that been the
21 stated benchmark for the CREF Stock Account?
22  A    That goes back a number of
23 years now.  I believe going back to, perhaps, in
24 the 2013 time period perhaps.

Page 198

1   Q    What was used as the stated
2 benchmark prior to that time period?
3   A    Yeah, there were a multiple of
4 different constituents on which I would have to
5 reflect because it's been some time.
6        To simplify, the constituents
7 through time have matched the strategic
8 allocation, albeit if they were even -- they
9 could have been reflected via different
10 subcomponents of the CREF composite.
11       So said differently, the CREF
12 composite has consistently reflected the
13 composition of the vehicle, albeit through time
14 sometimes that has been by way of slightly
15 different components underneath, but still
16 achieving the same general means to the
17 comparison.
18  Q    Why is the CREF composite used
19 as the stated benchmark as opposed to, say, the
20 S&P 500?
21  A    The CREF composite is an
22 incredibly accurate reflection of the strategic
23 allocation of the fund.  I'm sure -- I'm sorry,
24 the account.

Page 199

1        The S&P 500, should it be the
2 stated benchmark, wouldn't be as -- as specific
3 as the CREF composite.
4   Q    So using the S&P 500 as a
5 benchmark wouldn't give the same type of
6 relative performance information --
7        MR. BRAITBERG:  Let me restate
8    the question.
9   Q    If the S&P 500 were used as the
10 benchmark, the quality of the comparative
11 information would not be as good as if using the
12 CREF composite as the benchmark; is that right?
13  A    What -- what we hold as the
14 primary benchmark for the CREF Stock Account is
15 the CREF composite, and the way that we offer
16 the construct of the CREF composite is
17 consistent with how the product is managed.  The
18 S&P 500 would not match that with the same
19 specificity as the CREF composite.
20  Q    And why would that be a reason
21 not to use it as the benchmark?
22  A    We believe the CREF composite
23 represents the most accurate depiction of the
24 underlying components of the CREF Stock Account.

Page 200

1   Q    And why is that important in a
2 benchmark?
3   A    To the extent that your
4 benchmark is consistent with the management of
5 the vehicle, it provides a good reasonable basis
6 for comparing through time.
7   Q    Why is the CREF composite used
8 as opposed to, say, the Russell 3000 as the
9 benchmark for the CREF Stock Account?
10  A    The CREF composite -- while the
11 Russell 3000 is a component of the CREF
12 composite, the CREF composite also includes the
13 international flavor with the ACWI ex-US
14 component, and that reflects the more global
15 nature or the international investment aspect of
16 the CREF Stock Account, while the Russell 3000
17 is purely domestic.
18  Q    So the Russell 3000 would not
19 provide the same degree of reasonable basis of
20 comparing performance through time as the CREF
21 composite benchmark would; is that right?
22       MR. KONSTANDT:  Objection to
23    form.
24  A    We believe the CREF composite

Page 201

1 is the referenced benchmark that most accurately
2 reflects the composition of the CREF Stock
3 Account.
4   Q    You said that one reason that
5 it's important to have the CREF composite as the
6 benchmark is because it provides a reasonable
7 basis for comparing through time.
8        Would the Russell 3000 provide
9 a similar reasonable basis for comparing through
10 time?
11  A    It provides a basis for
12 comparison, but not the same basis for
13 comparison, as it lacks the international
14 exposure.
15  Q    Okay.  And why is that
16 important?
17  A    Both international equities and
18 domestic equities don't necessarily perform the
19 same, nor is their composition the same, and
20 therefore there are going to be periods of time,
21 typically when you can have performance
22 differentials and characteristic differentials
23 between the two, and so by not including that
24 global component one would be missing that.

51 (Pages 198 - 201)

Page 202

1  Q    Okay.
2       Other than the CREF composite
3  in its various incarnations, has TIAA ever used
4  any other stated benchmark for the CREF Stock
5  Account?
6  A    As far as I know, the CREF
7  composite has been the representation that we
8  have leaned upon as the primary stated
9  benchmark.
10 Q    Okay. I'd like to draw your
11 attention to document CAPTR underscore 0035943.
12      MR. BRAITBERG: And this is
13      going to be marked as Exhibit 194 in
14      comprehensive exhibit list.
15      (Document beginning Bates No.
16      CAPTR_0035943 marked Exhibit 194 for
17      identification.)
18 Q    And let me know when you have
19 that document out.
20      (Pause)
21 A    Okay, I have it.
22 Q    Okay. And are you familiar
23 with this type of document?
24 A    Let me just search through it.

Page 203

1       (Pause)
2  Q    Have you seen this document
3  before?
4  A    I'm just reviewing it to ensure
5  that I do understand its nature.
6  Q    Okay. Let me know when you're
7  ready.
8  A    Okay.
9       (Pause)
10 A    I do believe that I am
11 generally familiar with this type of a document,
12 which I believe is one that is mandated by the
13 DOL for record keepers to provide.
14 Q    Okay. So this is a required
15 disclosure to plan participants; right?
16 A    I believe that to be the case.
17 Q    I'd like to draw your attention
18 to page 10 of this document. And let me know
19 when you're there.
20      (Pause)
21 A    Yes, I have it.
22 Q    So your understanding is that,
23 generally speaking, it's required to include a
24 benchmark in this type of document; is that

Page 204

1  right?
2       MR. KONSTANDT: Objection to
3       the form.
4  A    So as I understand this form,
5  mandated, I believe, by the DOL, to be
6  distributed by plan sponsors outwardly to
7  participants -- I'm sorry, record keepers,
8  outwardly to plan participants -- that this is a
9  required form, and that's why it is being
10 provided.
11 Q    Do you know if it's required to
12 include a benchmark in this type of document?
13      MR. KONSTANDT: Objection to
14      the form.
15 A    I -- I believe that it is
16 required to -- that a -- a benchmark that meets
17 certain criteria specified by the DOL be
18 provided within the form.
19 Q    Okay.
20      And so, in fact, what we see
21 here on page 10 is a number of different
22 investment options and some other information,
23 including a benchmark; is that right?
24 A    I see, as you say, references

Page 205

1  to particular investment vehicles and then what
2  appears to be, adjacent to them, representations
3  of some comparative figure.
4  Q    Okay. And that comparative
5  figure, is that the benchmark that is required
6  that you mentioned earlier?
7  A    That is my understanding, is
8  that would be the comparison that would be
9  mandated by the DOL be supplied for each
10 vehicle.
11 Q    Okay. Do you see on here where
12 it says, "CREF Stock Account R3"?
13 A    I do.
14 Q    And then next to it it says
15 "Russell 3000 Index"?
16 A    Right below it I see that.
17 Q    Yes.
18      And so the Russell 3000 Index
19 is being set forth in this document as the
20 benchmark for the CREF Stock Account; is that
21 right?
22 A    That's what I see on this form.
23 Q    Okay.
24      And why is -- do you know why

52 (Pages 202 - 205)

Page 206

1  the CREF composite benchmark is not included
2  here on this form?
3      A    With specificity, the way that
4  I understand this form, as mandated by the DOL,
5  is that there are several parameters, or
6  requirements, that it puts forward for the
7  specific defined benchmark for any particular
8  option that must be met, and in particular,
9  while we hold the CREF composite to certainly be
10 the primary benchmark, prospectus-driven, that
11 we hold out for plan participants, in this case
12 the Russell 3000 is offered.
13          As I understand it, the reason
14 why we cannot select the CREF composite as that
15 which we would offer here pertains to the fact
16 that it is what would be deemed, I believe, to
17 be an affiliated reference -- benchmark, as it
18 were -- in that affiliated meaning, you know, of
19 the entity that offers the product, and so in
20 this case the CREF composite is specific to
21 TIAA -- or I should say CREF -- in terms of its
22 representation for the product, and therefore
23 would be disallowed by the DOL for its
24 inclusion.

Page 207

1      Q    Is it TIAA's position that
2  including information about the CREF composite
3  benchmark on this document would be in any way
4  misleading?
5          MR. KONSTANDT:  Objection to
6      the form.
7      A    Can you repeat the question,
8  please?
9      Q    Sure.
10         Is it TIAA's position that
11 inclusion of information about the CREF
12 composite benchmark in this document would be
13 misleading?
14         MR. KONSTANDT:  Same objection.
15     A    I can't speak to that.  What I
16 can speak to is as the company has evaluated how
17 to represent a benchmark given the particulars
18 of the requirements that the DOL has, that the
19 CREF composite would be disallowed from
20 consideration, and therefore an alternative
21 representation would have to be made in order to
22 meet the requirements specified by the DOL.
23     Q    Okay, but the requirements
24 aside, certainly there would be nothing

Page 208

1  misleading about including the CREF composite on
2  this document as well as the Russell 3000, would
3  there?
4          MR. KONSTANDT:  Objection to
5      the form.
6      A    I -- I can't at all speak to --
7  the way that I understand this form is that we
8  are precluded from making references to the CREF
9  Stock Account as -- I'm sorry.
10         We are precluded from making
11 representations of the CREF composite as
12 benchmarking the CREF Stock Account on this
13 form, effectively that the Department of Labor
14 has particular requirements, and we are
15 precluded from offering what we have as the
16 primary benchmark for the product here.
17     Q    Okay.  This form aside, just in
18 general, certainly it's not TIAA's position that
19 using the CREF composite benchmark as a basis
20 for comparison with the CREF Stock Account is in
21 any way misleading, is it?
22     A    Can you repeat the question,
23 please?
24     Q    Sure.

Page 209

1          It's certainly not TIAA's
2  position that using the CREF composite benchmark
3  as a basis for comparison with the CREF Stock
4  Account is in any way misleading, is it?
5      A    We believe the CREF composite
6  to be an -- a good and reasonable benchmark for
7  the product, and that's what we do articulate,
8  as it is the primary defined within our
9  prospectus.
10     Q    And, similarly, there's nothing
11 inaccurate about comparing the CREF composite
12 benchmark to the CREF Stock Account, is there?
13     A    We believe the CREF composite
14 to be a -- a good reference point for investors
15 making one basis of comparison among many, but
16 one basis of comparison with respect to a
17 referenced index.  Or benchmark, I should say.
18     Q    Do you think it's inaccurate or
19 misleading in any way to set forth the Russell
20 3000 Index as a basis for comparison with the
21 CREF Stock Account?
22     A    While we hold the CREF Stock
23 Account to have the CREF composite be its
24 primary and prospectus-driven benchmark, you

Page 274

1  C E R T I F I C A T E
2
3     I, HELEN MITCHELL, a Registered
4  Professional Reporter and Notary Public, do
5  hereby certify:
6     I reported the proceedings in the
7  within-entitled matter, and that the within
8  transcript is a true record of such proceedings.
9     I further certify that I am not related, by
10 blood or marriage, to any of the parties in this
11 matter and that I am in no way interested in the
12 outcome of this matter.
13    IN WITNESS WHEREOF, I have hereunto set my
14 hand this 14th day of August, 2018.
15
16
17           HELEN MITCHELL, RPR
18
19
20
21
22
23
24

Page 275

1  August 10, 2018
2            I N D E X
3  WITNESS          EXAMINATION BY          PAGE
4  ADAM POLACEK     Mr. Braitberg           8
5                   Mr. Konstandt           268
6                   Mr. Myler               269
7
8            E X H I B I T S
9
   FOR IDENTIFICATION                       PAGE
10
   Exhibit 188   Document beginning Bates   31
11             No. CAPTR_0049463
12 Exhibit 189   E-mail string beginning    43
              Bates No. CAPTR_0049509
13
   Exhibit 190   August 4, 2017 e-mail      68
14            from Anne Riley bearing
              Bates No.
15            TIAA_CORNELL_00039617
16 Exhibit 191   E-mail string beginning    71
              Bates No. CORNELL 013358
17
   Exhibit 192   December 23, 2016 e-mail   88
18            from Matthew Leggett
              bearing Bates No.
19            CAPTR_0035562
20 Exhibit 193   E-mail string beginning    168
              Bates No. CORNELL 002493
21
   Exhibit 194   Document beginning Bates   202
22            No. CAPTR_0035943
23
24

Page 276

1            E X H I B I T S
              (Continued)
2
   FOR IDENTIFICATION                       PAGE
3
   Exhibit 195   Document entitled "Plan    212
4             and Investment Notice,
              Cornell University Tax
5             Deferred Annuity Plan"
              beginning Bates No.
6             CAPTR_0012262
7  Exhibit 196   2009 prospectus            215
              beginning Bates No.
8             TIAA_CORNELL_00020947
9  Exhibit 197   May 1, 2013 prospectus     222
              and supplement beginning
10            Bates No.
              TIAA_CORNELL_00023057
11
   Exhibit 198   Supplement to May 1,       224
12            2017 CREF prospectus
              beginning Bates No.
13            TIAA_CORNELL_00043690
14 Exhibit 199   May 1, 2017 prospectus     247
              for TIAA Real Estate
15            Account beginning Bates
              No.
16            TIAA_CORNELL_00043802
17 Exhibit 200   Document beginning Bates   254
              No. MSTAR 000099
18
   Exhibit 201   Document beginning Bates   255
19            No. MSTAR 001551
20 Exhibit 202   Participant disclosure     257
              document beginning
21            bearing Bates No.
              CAPTR_0004600
22
   Exhibit 203   Document labeled           261
23            "2007-12-31 CREF Stock
              Account R3 Fact
24            Sheet.PDF"

Page 277

1            E X H I B I T S
2  FOR IDENTIFICATION                       PAGE
3  Exhibit 204   CREF Stock Account fact    266
              sheet beginning Bates
4             No.
              TIAA_CORNELL_00028551
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 278

```
 1              Veritext Legal Solutions
                    1100 Superior Ave
 2                     Suite 1820
                   Cleveland, Ohio 44114
 3                 Phone: 216-523-1313
 4
       August 14, 2018
 5
       To: Mr. Konstandt
 6
       Case Name: Cunningham, Casey v. Cornell University, Et Al
 7
       Veritext Reference Number: 2987554
 8
       Witness:  Adam Polacek    Deposition Date:  8/10/2018
 9
10   Dear Sir/Madam:
11
     Enclosed please find a deposition transcript.  Please have the witness
12
     review the transcript and note any changes or corrections on the
13
     included errata sheet, indicating the page, line number, change, and
14
     the reason for the change.  Have the witness' signature notarized and
15
     forward the completed page(s) back to us at the Production address
16   shown
17   above, or email to production-midwest@veritext.com.
18
     If the errata is not returned within thirty days of your receipt of
19
     this letter, the reading and signing will be deemed waived.
20
21   Sincerely,
22   Production Department
23
24   NO NOTARY REQUIRED IN CA
```

Page 279

```
 1          DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
 2
       ASSIGNMENT REFERENCE NO: 2987554
 3     CASE NAME: Cunningham, Casey v. Cornell University, Et Al
       DATE OF DEPOSITION: 8/10/2018
 4     WITNESS' NAME: Adam Polacek
 5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7     I have made no changes to the testimony
   as transcribed by the court reporter.
 8
   _____     _____
 9 Date                Adam Polacek
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
           Statement; and
14     Their execution of this Statement is of
           their free act and deed.
15
       I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
           _____
18         Notary Public
19         _____
           Commission Expiration Date
20
21
22
23
24
25
```

Page 280

```
 1          DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
 2
       ASSIGNMENT REFERENCE NO: 2987554
 3     CASE NAME: Cunningham, Casey v. Cornell University, Et Al
       DATE OF DEPOSITION: 8/10/2018
 4     WITNESS' NAME: Adam Polacek
 5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7     I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
 8 well as the reason(s) for the change(s).
 9     I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____     _____
   Date                Adam Polacek
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18         in the appended Errata Sheet;
       They signed the foregoing Sworn
19         Statement; and
       Their execution of this Statement is of
20         their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23     _____
       Notary Public
24
       _____
25     Commission Expiration Date
```

Page 281

```
 1          ERRATA SHEET
            VERITEXT LEGAL SOLUTIONS MIDWEST
 2          ASSIGNMENT NO: 8/10/2018
 3 PAGE/LINE(S) /      CHANGE      /REASON
 4 _____
 5 _____
 6 _____
 7 _____
 8 _____
 9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____     _____
20 Date                Adam Polacek
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23     _____
       Notary Public
24
       _____
25     Commission Expiration Date
```