# Cornell Motion for Summary Judgment Exhibit 70

**From**:     Battle, Andrew [drew.battle@captrustadvisors.com]
**Sent**:     6/9/2015 9:10:00 AM
**To**:       Schmitt, Barry [barry.schmitt@CapTrustAdvisors.com]
**Subject**:  RE: Fidelity fee reductions

Wow, congratulations. That's strong.

**Andrew V Battle, CRSP**
Client Relationship Manager | Business Operations Group
drew.battle@captrustadvisors.com

**CAPTRUST** | 4208 Six Forks Road, Suite 1700 | Raleigh, NC 27609
919.870.6822 (ext. 10356) | 919.870.8891 fax | 800.216.0645 toll free
www.captrustadvisors.com | www.captrustdirect.com

Our mission is to enrich the lives of our clients, colleagues and communities through sound financial advice, integrity and a commitment to service beyond expectation.

To access important disclosures related to email, click here

**From:** Schmitt, Barry
**Sent:** Tuesday, June 09, 2015 9:05 AM
**To:** Battle, Andrew; Leissner, John; Powers, Sean
**Cc:** Strodel, Jim
**Subject:** Fidelity fee reductions
**Importance:** High

Last evening I received a phone call from Patrick Warner from Fidelity. They have gone through pricing and have the following adjustments on several of my accounts:

- **UVA** (roughly $1 billion in assets)- current fee- 11 basis points ($78/head) with a $200,000 revenue credit. New fee- 10 basis points ($67/head) with a $375,000 revenue credit
- **Cornell** ($885 million in assets) current fee- 11 basis points with a $600,000 revenue credit. New fee- 8 basis points with a $1.1mm revenue credit
- **VCUHS** (about $420mm in current assets)- 19 basis and no revenue credit account I believe. New fee- 14 basis points with a $100,000 revenue credit. In addition, Virginia Premier, a for profit subsidiary of VCUHS, will no longer have a $40/head fee.
- **VCU** (not sure on total assets)- current fee of 15 basis points and a $125,000 revenue credit. New fee- 11 basis points with a $250,000 revenue credit
- **Virginia Tech** (not sure on total assets) current fee of 13 basis points and a $120,000 revenue. New fee- still at 13 basis points but revenue credit will move to $200,000

As you know, since we are using bundled pricing, Fidelity current revenue, based on a strong market, was actually greater than the revenue target basis point numbers. That's why they were able, for example, to increase the Virginia Tech revenue credit amount but not changing the 13 basis points target.

I have asked Patrick to send me as much detail as he can for the basis on each of these in order to feed our database.

If I do the math correctly, that is a reduction, combined, of about $1mm.

CAPTR_0031257

**Barry V. Schmitt**
Senior Vice President |  Financial Advisor
barry.schmitt@captrustadvisors.com

**CAPTRUST** | 9030 Stony Point Parkway, Suite 540 | Richmond, VA 23235
804.672.4501 (ext. 14501) | 804.672.4515 fax | 866.640.9825 toll free | 804.363.1248 mobile
www.captrustadvisors.com  | www.captrustdirect.com

Our mission is to enrich the lives of our clients, colleagues and communities through sound financial advice, integrity and a commitment to service beyond expectation.

To access important disclosures related to email, click here

CAPTR_0031258