## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM et al.,<br><br>     *Plaintiffs*,<br><br>v.<br><br>CORNELL UNIVERSITY et al.,<br><br>     *Defendants*. | Civil Action No. 1:16-cv-6525-PKC<br><br>Hon. P. Kevin Castel |

## DECLARATION OF SAMUEL P. MYLER

[exhibits continued]