**Cornell Motion for Summary Judgment Exhibit 29**

# PROVISIONALLY FILED UNDER SEAL