# Cornell Motion for Summary Judgment Exhibit 31

Message

| | |
|---|---|
| **From**: | Mary D'Ambrosio Zielinski [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=43E82BD30DF443D39619F6FF782F2CA3-MFD7] |
| **Sent**: | 2/29/2016 9:53:36 AM |
| **To**: | Paul Bursic [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=429b8eb4575347ee8a0588f11b14e561-jpb22] |
| **Subject**: | Fidelity Master Recordkeeper |
| **Attachments**: | Cornell University MA 2-23-16.pdf |

Paul:

Patrick has sent us the pages from the Master Recordkeeper presentation that they provided to us last week.  I think that pages 4 and  9 are worth sharing with RPOC to at least get the idea of a master recordkeeper/common remitter in front of them.  Cornell will gain many administrative efficiencies if we decide to move in this direction.

I can also provide TIAA-CREF slides too for their reference.

Thanks.

mary

**From:** Warner, Patrick [mailto:Patrick.Warner@fmr.com]
**Sent:** Friday, February 26, 2016 3:06 PM
**To:** Mary D'Ambrosio Zielinski <mfd7@cornell.edu>
**Subject:** RE: Cornell University / Fidelity Investments 2016 Business Plan

Mary

Per our discussion, please find attached the details you requested.  I have attached the entire deck Scoot presented.

Regards,
Patrick

CORNELL021851



# Fidelity's MasterAdministrator Offering

## February 23, 2016





Fidelity Brokerage Services LLC, Member NYSE, SIPC
900 Salem Street, Smithfield, RI 02917

CORNELL021852

# Discussion Topics

➢ 403(b) Retirement Trends

➢ Different retirement vendor models in Higher Ed

➢ Fidelity's MasterAdministrator® overview

➢ MasterAdministrator® client base

➢ Higher Ed vendor consolidation activity

2



Confidential

CORNELL021852_0002

# 403(b) Retirement Trends

**PLAN SPONSOR**

**Vendor consolidation of multi-vendor environment**

- Reduction of multiple vendors in the plan for streamlined administration
- Choose the best recordkeeper that will transact with and guide all participants

**Streamlined open architecture investment redesign**

- Four tier best-in-class lineups with no proprietary requirement
- Specific tiers for annuities and self-directed brokerage option
- Focus on target-date funds for default investment

**Recordkeeping efficiency and unbundled pricing**

- Online enrollment and fully outsourced transactions
- Consistent plan provisions across sources and vendors
- Hybrid contribution/match design for stronger EE participation
- Unbundled fixed recordkeeping pricing/fees

**PARTICIPANT**

**Targeted communications to distinct groups**

- Multi-channel approach to sending communication and education messages
- Utilizing big data and benchmarking to dissect a client's population for appropriate messaging

**Outcomes-based approach to guiding participants**

- Utilizing income replacement and personal progress reports to help individuals understand where they stand
- Online tools are consistent across all channels

**Everyone needs a plan**

- Plan-based guidance that is customized to the life stage and demographic of the individual
- On-site, in-person, and phone-based appointments complement each other

3

3



CORNELL021852_0003

# Comparison of Retirement Plan Vendor Models

## Multi-Vendor


## Exclusive


**OR**

## Lead Recordkeeper


**Benefits:**

- ✓ **Streamlined administrative burden**
- ✓ **Simplified employee experience and investment lineup**

4

CORNELL021852_0004

# Fidelity's MasterAdministrator® Offering

| BEST-IN-CLASS PLAN DESIGN | CONTRIBUTION MANAGEMENT | ENHANCED PARTICIPANT EXPERIENCE | COMPLIANCE SOLUTIONS |
|---|---|---|---|
| • Time-saving automation<br>• Comprehensive plan reporting<br>• Tiered open architecture investment offering<br>• Pricing efficiencies | • Common remitter capability<br>• Single enrollment portal<br>• Vendor election tracking and management<br>• Contribution file splits by vendor<br>• Contribution reporting | • Streamlined enrollment process<br>• Consolidated communication and education programs (vendor agnostic)<br>• Targeted guidance and education<br>• Custom University of Delaware participant portal | • Loan and hardship compliance monitoring<br>• Multi-vendor participant fee disclosure<br>• Universal availability<br>• Consolidated 5500 Reporting |

## Streamlining of Key Plan Sponsor Administrative Processes:

| | | |
|---|---|---|
| **Enrollment and Eligibility** | **Provider Election** | **Salary Deferral Changes** |
| **Contribution Processing** | **Loan/Hardship Monitoring** | **Simplified Plan Reporting** |

6

*Fidelity* INVESTMENTS

CORNELL021852_0005

# A Customized, Branded View of the Cornell Plans





Confidential

# Fidelity MasterAdministrator® Roadmap



**INNOVATION**

Implemented first health care MasterAdministrator® client.

**2006**

Compliance monitoring for loan and hardship distributions; consolidated 5500s.

**2009**

New custom client website; cross-provider participant balance display.

**2014**

Contribution maximizer solution; investment-focused deferral experience; 403(b) Volume Submitter program.

**2016+**

**2002**

Partnered with Stanford University to develop original MasterAdministrator® solution.

**2008**

Adopted industry-standard SPARK data sharing protocols between vendors.

**2012**

Multi-vendor participant fee disclosure; vendor agnostic online enrollment.

**2015**

Investment focused participant enrollment.

7



CORNELL021852_0007

# Fidelity MasterAdministrator® Clients

## Private Higher Ed:

American University
Boston University
College of the Holy Cross
Davidson College
DePaul University
Dickenson College
Gonzaga University
Haveford College
Northfield Mount Herman
Rochester Institute of Technology
Santa Clara University
Stanford University
The George Washington University
University of LaVerne
University of Miami (FL)
Vassar College
Westmont College

## Public Higher Ed:

Arizona University System
Central Washington University
University of Louisville
University of Massachusetts
University of Missouri
University of Oklahoma
University of Washington
Western Washington University

## Healthcare:

Baylor College of Medicine
Harvard Medical Faculty Physicians
Oregon Health & Sciences University
Partners Healthcare System
University of Utah Health Care



Confidential

CORNELL021852_0008

# Higher Ed Vendor Consolidation Activity

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2009-2015 |
|---|---|---|---|---|---|---|---|---|
| **# of vendor consolidations** | **12** | **26** | **27** | **37** | **38** | **19** | **21** | **180** |
| *All Higher Ed consolidations* | *7* | *12* | *13* | *21* | *26* | *15* | *14* | *108* |
| *Higher Ed >$500M consolidations* | *3* | *9* | *7* | *9* | *9* | *6* | *6* | *49* |
| **Vendor Structure Outcomes** | **3** | **9** | **7** | **9** | **9** | **6** | **6** | **49** |
| *Exclusive* | *1* | *2* | *3* | *2* | *5* | *2* | *3* | *18* |
| *Lead Recordkeeper* | *2* | *3* | *0* | *4* | *2* | *3* | *2* | *16* |
| *Stayed Multi-Vendor* | *0* | *4* | *4* | *3* | *2* | *1* | *1* | *15* |

| | Total Plan Assets ($M) | # of Incumbent Vendors | Primary Primary Vendors | Decision Time | Decision Structure | # of Remaining Vendors | Remaining Vendor/(s) |
|---|---|---|---|---|---|---|---|
| ***Key HE Consolidations >$500M:*** | | | | | | | |
| Stanford University | $5,100 | 6 | Fidelity, TIAA-CREF, Vanguard | 2009 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| The George Washington University | $1,500 | 2 | Fidelity, TIAA-CREF | 2009 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| University of Miami FL | $1,600 | 5 | Fidelity, TIAA-CREF, TRowe, VALIC | 2010 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| Johns Hopkins University | $3,200 | 4 | Fidelity, TIAA-CREF, Vanguard | 2010 | Lead Recordkeeper | 3 | TIAA-CREF (lead), Fidelity, VG |
| California Institute of Technology | $2,900 | 2 | Fidelity, TIAA-CREF | 2010 | Exclusive | 1 | TIAA-CREF |
| Purdue University | $2,700 | 5 | Fidelity, TIAA-CREF | 2010 | Exclusive | 1 | Fidelity |
| University of Oklahoma | $1,700 | 9 | Fidelity, TIAA-CREF, Vanguard, ING | 2010 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| University of Rochester | $1,800 | 3 | Fidelity, TIAA-CREF, Vanguard | 2011 | Exclusive | 1 | TIAA-CREF |
| Rochester Institute of Technology | $1,000 | 2 | Fidelity, TIAA-CREF | 2011 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| University of Virginia | $2,000 | 3 | Fidelity, TIAA-CREF, Vanguard | 2011 | Multi Vendor | 2 | Fidelity (default), TIAA-CREF |
| University of Washington | $4,700 | 4 | Fidelity, TIAA-CREF, Vanguard | 2012 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| University of Missouri | $1,100 | 11 | Fidelity, TIAA-CREF, VALIC | 2012 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| Nevada System of Higher Ed | $2,500 | 3 | Fidelity, TIAA-CREF, VALIC | 2013 | Exclusive | 1 | TIAA-CREF |
| Boston University | $2,100 | 2 | Fidelity, TIAA-CREF | 2013 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| Loyola University Chicago | $900 | 3 | Fidelity, TIAA-CREF, VALIC | 2014 | Lead Recordkeeper | 2 | Transamerica (lead), TIAA-CREF |
| University of North Carolina | $3,500 | 4 | Fidelity, TIAA-CREF, VALIC, Lincoln | 2014 | Multi Vendor | 2 | Fidelity, TIAA-CREF (default) |
| The University of Notre Dame | $1,100 | 3 | Fidelity, TIAA-CREF, Vanguard | 2014 | Exclusive | 1 | Fidelity |
| Arizona University System | $2,100 | 3 | Fidelity, TIAA-CREF, VALIC | 2014 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| Vanderbilt University | $3,100 | 4 | Fidelity, TIAA-CREF, VALIC, Vanguard | 2014 | Exclusive | 1 | Fidelity |
| DePaul University | $800 | 2 | Fidelity, TIAA-CREF | 2014 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| University of Colorado | $2,900 | 4 | Fidelity, TIAA-CREF, VALIC, Lincoln | 1Q15 | Exclusive | 1 | TIAA-CREF |
| California State University System | $1,100 | 5 | Fidelity, TIAA-CREF, VALIC | 3Q15 | Exclusive | 1 | Fidelity |
| University of Massachusetts System | $850 | 3 | Fidelity, TIAA-CREF, VALIC | 3Q15 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| IL State Universities Retirement System | $1,800 | 2 | Fidelity, TIAA-CREF | 3Q15 | MasterAdministrator | 2 | Fidelity (lead), TIAA-CREF |
| University of Southern California | $4,400 | 4 | Fidelity, TIAA-CREF, Vanguard, Pru | 3Q15 | Multi Vendor | 3 | Fidelity (default), TIAA-CREF, VG |
| ***Not Consolidated Yet:*** | | | | | | | |
| Northwestern University (in RFP) | $2,900 | 2 | Fidelity, TIAA-CREF | TBD | TBD | TBD | TBD |
| Emory University | $4,200 | 3 | Fidelity, TIAA-CREF, Vanguard | TBD | TBD | TBD | TBD |
| Duke University | $4,000 | 4 | Fidelity, TIAA-CREF, VALIC, Vanguard | TBD | TBD | TBD | TBD |
| **Cornell University** | **$3,300** | **3** | **Fidelity, TIAA-CREF, Vanguard** | **TBD** | **TBD** | **TBD** | **TBD** |
| Harvard University | $4,200 | 3 | Fidelity, TIAA-CREF, Vanguard | TBD | TBD | TBD | TBD |
| Dartmouth University | $1,400 | 3 | Fidelity, TIAA-CREF, Calvert | TBD | TBD | TBD | TBD |
| Brown University | $1,200 | 3 | Fidelity, TIAA-CREF | TBD | TBD | TBD | TBD |
| University of Minnesota | $3,900 | 4 | Fidelity, Securian | TBD | TBD | TBD | TBD |
| University System of Georgia | $2,200 | 4 | Fidelity, TIAA-CREF, VALIC | TBD | TBD | TBD | TBD |

NOTE: University of Chicago, Yale, Princeton, University of Pennsylvania, and Columbia do not utilize Fidelity currently (TIAA-CREF and Vanguard only)

CORNELL021852_0009