# Cornell Motion for Summary Judgment Exhibit 35

# PROVISIONALLY FILED UNDER SEAL

731211814.1