# MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

February 5, 2019

BY FACSIMILE

**Brian D. Netter**
Direct Tel +1 202 263 3339
Direct Fax +1 202 263 5236
bnetter@mayerbrown.com

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Cunningham v. Cornell University,
No. 1:16-cv-06525-PKC (S.D.N.Y.)

Dear Judge Castel:

*[Handwritten annotation: "The request is provisionally granted for 14 days. SO ORDERED /s/ PKC USDJ 2-8-19"]*

In conjunction with the motions in limine and motion for summary judgment, the Cornell Defendants asked this Court to hold certain documents under seal, on a provisional basis, so that other parties and non-party witnesses could seek to demonstrate that the specified documents ought to be maintained under seal on a more permanent basis, under the *Lugosch* standard. Dkt. 243.

Non-party Fidelity Management Trust Company (together with its affiliates, "Fidelity") has apprised the Cornell Defendants that it believes that other documents, currently available on the public record, contain information that Fidelity considers confidential. *[Handwritten: OK]*

Fidelity has asked the Cornell Defendants to take steps to provisionally seal the following documents pending Fidelity's forthcoming motion to seal:

- Doc. #232
- Doc. #233
- Doc. #235-4
- Doc. #237-8
- Doc. #238-5
- Doc. #239-11
- Doc. #246-4
- Doc. #248-12

With respect to each of the above documents, Fidelity has identified redactions; the Cornell Defendants can file redacted versions of the documents immediately or can make final, redacted filings after the Court has assessed whether the *Lugosch* factors have been satisfied. In either case, the Cornell Defendants request that the above-listed documents be sealed from public view. Because Fidelity only just discovered that this information had been filed on the public docket, it has asked the Cornell Defendants to request a deadline of February 19, 2019, for Fidelity to file a motion to seal that addresses all of the documents over which Fidelity asserts confidentiality. The Cornell Defendants have no objection to that timeline.

Mayer Brown LLP

The Honorable P. Kevin Castel
February 5, 2019
Page 2

      This letter has been served via facsimile, pursuant to Paragraph I(A)(ii) of Your Honor's Individual Practices, because it "contains matters that a party asserts should be under seal." All parties and Fidelity will receive service copies of this letter via email.

                                      Sincerely,

                                      Brian D. Netter

Cc:    All Parties (via email)
        Brian D. Boyle, Counsel for Fidelity (via email, bboyle@omm.com)

# MAYER·BROWN

Mayer Brown LLP
1999 K Street Northwest
Washington, DC 20006-1011

Main phone: +1 202 263 3000
Main fax: +1 202 263 3300
www.mayerbrown.com

**Facsimile cover sheet**

Date:   2019-02-05 11:35:36 EST

**To/Company:**
Hon. P. Kevin Castel, U.S. District Court for the Southern District of New York

**Fax:**
12128057949

MESSAGE:

Please see the attached letter.

Mayer Brown is a global services provider comprising legal practices that are separate entities, including Tauil & Chequer Advogados, a Brazilian law partnership with which Mayer Brown is associated, (collectively the "Mayer Brown Practices") and affiliated non-legal service providers, which provide consultancy services (the "Mayer Brown Consultancies"). The Mayer Brown Practices and Mayer Brown Consultancies are established in various jurisdictions and may be a legal person or a partnership. Details of the individual Mayer Brown Practices and Mayer Brown Consultancies can be found in the Legal Notices section of our website.