IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORNELL UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-6525 (PKC) (JLC)<br><br>Hon. P. Kevin Castel |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Non-Party Teachers Insurance and Annuity Association of America ("TIAA"), a non-governmental corporate party, hereby certifies that it is a private stock life insurance company wholly owned by the Teachers Insurance and Annuity Association of America Board of Overseers, and no publicly held corporation owns 10% or more of the stock of TIAA.

Dated: February 11, 2019

Respectfully submitted,

*Teachers Insurance and Annuity Association of America*

By,

/s/ Lori A. Martin
Lori A. Martin
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
(212) 230-8800
Lori.Martin@wilmerhale.com