## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CASEY CUNNINGHAM *et al.*,

    Plaintiffs,

v.

CORNELL UNIVERSITY *et al.*,

    Defendants.

No. 1:16-CV-06525-PKC

## NOTICE OF PLAINTIFFS' MOTION
## IN RESPONSE TO THE COURT'S JANUARY 28, 2019
## ORDER (DOC. 244) TO SHOW CAUSE IN WRITING TO MAINTAIN
## UNDER SEAL EXHIBITS IDENTIFIED IN EXHIBIT A OF DOCUMENT 243

Please take notice that, upon the accompanying Motion and Memorandum of Law dated February 11, 2019, and the exhibits attached thereto, Plaintiffs will move this Court before The Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United State Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, for an Order directing Defendants' counsel to file under seal excerpts from two documents filed by Cornell University, the Retirement Plan Oversight Committee, and Mary G. Opperman identified in the accompanying Memorandum, filed as Exhibits A and B to the Declaration of Brian D. Netter regarding Defendants' Motion to Exclude Plaintiffs' Experts Dominguez and Buetow and Exhibit 106 to the Declaration of Samuel P. Myler in Support of Defendants' Motion for Summary Judgment. The grounds for this motion are described in the accompanying memorandum.

February 11, 2019

Respectfully Submitted,

/s/ *Scott T. Apking*
SCHLICHTER BOGARD & DENTON LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter (*pro hac vice*)
Michael A. Wolff (*pro hac vice*)
Scott T. Apking (*pro hac vice*)
Joel Rohlf (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
aschlichter@uselaws.com
jschlichter@uselaws.com
mwolff@uselaws.com
sapking@uselaws.com
jrohlf@uselaws.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

/s/ *Scott T. Apking*