## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al., | |
| Plaintiffs, | No. 1:16-CV-06525-PKC |
| v. | |
| CORNELL UNIVERSITY, et al. | |
| Defendants. | |

## DECLARATION OF JOEL D. ROHLF

I, Joel D. Rohlf, of lawful age, declare as follows:

1.      I am an attorney with Schlichter Bogard & Denton LLP, the law firm representing Plaintiffs in this case. I am licensed to practice in all Courts of the District of Columbia, and the States of Illinois and Missouri and I am admitted to practice in numerous federal courts. If called as a witness, I could and would competently testify to the facts set forth below as I know them to be true based on my personal knowledge and review of the records and files maintained by Schlichter Bogard & Denton in the regular course of its representation of Plaintiffs in this case.

2.      Cornell did not complete production of the account balances and transactional data for the investments in the Plan until August 6, 2018.

3.      Attached hereto as Exhibit P1 is a true and correct copy of Cornell University Retirement Plan Guide produced by Cornell Defendants and bates labeled CORNELL0000725.

4.      Attached hereto as Exhibit P2 are excerpts of the deposition of Glenn R. Poehler taken on October 18, 2018.

1

5.      Attached hereto as Exhibit P3 is a true and correct copy of Hewitt ennisknupp Response to Request for Proposal produced by Cornell Defendants and bates labeled CORNELL024180.

6.      Attached hereto as Exhibit P4 is a true and correct copy of Mercer Response to Request for Proposal produced by Cornell Defendants and bates labeled CORNELL015325.

7.      Attached hereto as Exhibit P5 is a true and correct copy of CURP Participant Fee Disclosure produced by Cornell Defendants and bates labeled CORNELL024854.

8.      Attached hereto as Exhibit P6 is a true and correct copy of TDA Plan Participant Fee Disclosure produced by Cornell Defendants and bates labeled CORNELL024856.

9.      Attached hereto as Exhibit P7 are excerpts of the deposition of Mary Opperman taken on August 2, 2018.

10.      Attached hereto as Exhibit P8 are excerpts of the deposition of Paul Bursic taken on July 13, 2018.

11.      Attached hereto as Exhibit P9 are excerpts of the deposition of Patrick Gallagher taken on July 12, 2018.

12.      Attached hereto as Exhibit P10 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated February 3, 2011, produced by Cornell Defendants and bates labeled CORNELL021930.

13.      Attached hereto as Exhibit P11 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated June 23, 2011, produced by Cornell Defendants and bates labeled CORNELL021931.

14.     Attached hereto as Exhibit P12 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated July 31, 2013, produced by Captrust Defendants and bates labeled CAPTR_0047921.

15.     Attached hereto as Exhibit P13 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated December 4, 2013, produced by Captrust Defendants and bates labeled CAPTR_0047915.

16.     Attached hereto as Exhibit P13 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated December 4, 2013, produced by Captrust Defendants and bates labeled CAPTR_0047915.

17.     Attached hereto as Exhibit P14 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated March 21, 2014, produced by Captrust Defendants and bates labeled CAPTR_0004284.

18.     Attached hereto as Exhibit P15 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated September 17, 2014, produced by Captrust Defendants and bates labeled CAPTR_0004286.

19.     Attached hereto as Exhibit P16 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated June 2, 2015, produced by Captrust Defendants and bates labeled CAPTR_0013598.

20.     Attached hereto as Exhibit P17 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated September 9, 2015, produced by Captrust Defendants and bates labeled CAPTR_0013573.

21.    Attached hereto as Exhibit P18 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated December 16, 2015, produced by Captrust Defendants and bates labeled CAPTR_0013594.

22.    Attached hereto as Exhibit P19 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated June 29, 2016, produced by Captrust Defendants and bates labeled CAPTR_0013565.

23.    Attached hereto as Exhibit P20 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated September 28, 2016, produced by Captrust Defendants and bates labeled CAPTR_0013580.

24.    Attached hereto as Exhibit P21 is a true and correct copy Rebuttal Expert Report of Al Otto dated September 26, 2018.

25.    Attached hereto as Exhibit P22 is a true and correct copy defendants' Answer in *Tracey, et al. v. Massachusetts Institution of Technology, et al*, No. 16-11620, Doc. 80 (Mass. Oct. 27, 2017).

26.    Attached hereto as Exhibit P23 are excerpts of the deposition of James W. Strodel taken on August 9, 2018.

27.    Attached hereto as Exhibit P24 is a true and correct copy of the 2015 Business Planning for Cornell University produced by Cornell Defendants and bates labeled CORNELL006365.

28.    Attached hereto as Exhibit P25 are excerpts of the deposition of Adam Polacek taken on August 10, 2018.

29.    Attached hereto as Exhibit P26 is a true and correct copy of TIAA Service & Fee disclosure Package for Plan Fiduciaries produced by third-party TIAA and bates labeled TIAA_CORNELL_00012726.

30.    Attached hereto as Exhibit P27 is a true and correct copy of excerpts from the trial of *Sacerdote, et al. v. New York University, et al.*, No. 16-6284 (S.D.N.Y.).

31.    Attached hereto as Exhibit P28 is a true and correct copy of the August 16, 2011 Tower Watson Finalist Presentation produced by Cornell Defendants and bates labeled CORNELL015395.

32.    Attached hereto as Exhibit P29 is a true and correct copy of Fee and Expense Disclosure for TDA Plan produced by third-party TIAA and bates labeled TIAA_CORNELL_00009808.

33.    Attached hereto as Exhibit P30 is a true and correct copy of December 31, 2017 Fee and Expense Disclosure for CURP produced by third-party TIAA and bates labeled TIAA_CORNELL_000018669.

34.    Attached hereto as Exhibit P31 is a true and correct copy of TIAA CREF Revenue Credit Account / PERA setup and administration produced by Cornell Defendants and bates labeled CORNELL013913.

35.    Attached hereto as Exhibit P32 is a true and correct copy of a letter from TIAA-CREF to Joy Veronneau produced by Plaintiffs and bates labeled PLTF-CORNELL-0000340.

36.    Attached hereto as Exhibit P33 is a true and correct copy of a letter from TIAA-CREF to Joy Veronneau produced by Plaintiffs and bates labeled PLTF-CORNELL-0000356.

37.     Attached hereto as Exhibit P34 is a true and correct copy of A Sample Group Retirement Annuity Certificate produced by third-party TIAA and bates labeled TIAA_CORNELL_000020571.

38.     Attached hereto as Exhibit P35 is a true and correct copy of CREF Stock RA Certification produced by third-party TIAA and bates labeled TIAA_CORNELL_000001451.

39.     Attached hereto as Exhibit P36 is a true and correct copy of Retirement Annuity Contract produced by third-party TIAA and bates labeled TIAA_CORNELL_000001517.

40.     Attached hereto as Exhibit P37 is a true and correct copy of Retirement Annuity Contract produced by third-party TIAA and bates labeled TIAA_CORNELL_000001481.

41.     Attached hereto as Exhibit P38 is a true and correct copy of an e-mail dated June 25, 2015 from P. Bursic to M. Opperman produced by Cornell Defendants and bates labeled CORNELL013913.

42.     Attached hereto as Exhibit P39 is a true and correct copy of presentation Glenn Poehler and Lanae Pranger, ICCFO Conference 403(b) Plan, April 26, 2012, and authenticated at the deposition of Glenn Poehler at 88:7-89:4.

43.     Attached hereto as Exhibit P40 is a true and correct copy of DC Fee Management – Mitigating Fiduciary Risk and Maximizing Plan Performance, and discussed at the deposition of Glenn Poehler at 170:9–171:19.

44.     Attached hereto as Exhibit P41 is a true and correct copy of Department of Labor Advisory Opinion 2013-03A available at https://www.dol.gov/sites/default/files/ebsa/employers-and-advisers/guidance/advisory-opinions/2013-03a.pdf.

45.    Attached hereto as Exhibit P42 is a true and correct copy of Department of Labor Advisory Opinion 1997-15A available at https://www.dol.gov/sites/default/files/ebsa/employers-and-advisers/guidance/advisory-opinions/1997-15a.pdf.

46.    Attached hereto as Exhibit P43 is a true and correct copy of Department of Labor Advisory Opinion 1997-16A available at https://www.dol.gov/sites/default/files/ebsa/employers-and-advisers/guidance/advisory-opinions/1997-16a.pdf.

47.    Attached hereto as Exhibit P44 is a true and correct copy of Department of Labor Advisory Opinion 1997-19A available at https://www.dol.gov/sites/default/files/ebsa/employers-and-advisers/guidance/advisory-opinions/1997-19a.pdf.

48.    Attached hereto as Exhibit P45 are excerpts of the deposition of Joanne DeStefano taken on July 17, 2018.

49.    Attached hereto as Exhibit P46 are excerpts of the deposition of Albert J. Edwards taken on August 3, 2018.

50.    Attached hereto as Exhibit P47 are excerpts of the deposition of Joseph E. Schwartz taken on July 23, 2018.

51.    Attached hereto as Exhibit P48 are excerpts of the deposition of Mukesh Prasad taken on July 27, 2018.

52.    Attached hereto as Exhibit P49 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated April 14, 2017, produced by Captrust Defendants and bates labeled CAPTR_0013583.

53.     Attached hereto as Exhibit P50 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated June 23, 2017, produced by Captrust Defendants and bates labeled CAPTR_0013561.

54.     Attached hereto as Exhibit P51 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated September 27, 2017, produced by Captrust Defendants and bates labeled CAPTR_0013939.

55.     Attached hereto as Exhibit P52 is a true and correct copy of the Minutes of Meeting of Cornell University Retirement Plan Oversight Committee dated December 11, 2017, produced by Captrust Defendants and bates labeled CAPTR_0015281.

56.     Attached hereto as Exhibit P53 is a true and correct copy of an e-mail dated March 28, 2016 from P. Gallagher produced by Cornell Defendants and bates labeled CORNELL016201.

57.     Attached hereto as Exhibit P54 are excerpts of the deposition of Al Otto taken on October 10, 2018.

58.     Attached hereto as Exhibit P55 is a true and correct copy of September 21, 2013 Memorandum from Karl Shell regarding "Notes for the September 23, 2013 meeting of the RPOC advisory committee" produced by Cornell Defendants and bates labeled CORNELL016400.

59.     Attached hereto as Exhibit P56 are excerpts of the deposition of Paul Weber taken on August 8, 2018.

60.     Attached hereto as Exhibit P57 are excerpts of the deposition of Patrick T. Warner taken on July 30, 2018.

61.    Attached hereto as Exhibit P58 is a true and correct copy of summary tab of "too Recordkeeping Damage Analysis" produced by Plaintiffs as a supporting document to Al Otto's expert report.

62.    Attached hereto as Exhibit P59 is a true and correct copy of Department of Labor, Advisory Council Report of the Working Group on Fiduciary Responsibilities and Revenue Sharing Practices (2007), available at https://www.dol.gov/agencies/ebsa/about-ebsa/about-us/erisa-advisory-council/2007-fiduciary-responsibilities-and-revenue-sharing-practices.

63.    Attached hereto as Exhibit P60 are excerpts of the deposition of Barron Vaughn Schmitt taken on August 10, 2018.

64.    Attached hereto as Exhibit P61 is a true and correct copy of Cornell University Retirement Advisory Services Proposal, May 2011, produced by Cornell Defendants and bates labeled CORNELL006753.

65.    Attached hereto as Exhibit P62 is a true and correct copy of Proposal to Provide Consulting Services produced by Cornell Defendants and bates labeled CORNELL006782.

66.    Attached hereto as Exhibit P63 is a true and correct copy of Reasonable Contract or Arrangement Under Section 408(b)(2)—Fee Disclosure, 75 FR 41600, 41625 (July 16, 2010).

67.    Attached hereto as Exhibit P64 is a true and correct copy of TIAA-CREF Funds, Lifecycle funds (Inst), Prospectus at pp. 719-20 (485BPOS) (Jan. 28, 2009) available at https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

68.    Attached hereto as Exhibit P65 is a true and correct copy of TIAA-CREF Funds, Money Market (Inst) fund (TCIXX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009)

available at

https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

      69.    Attached hereto as Exhibit P66 is a true and correct copy of TIAA-CREF Funds, International Equity Index (Inst) fund (TCIEX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009) available at

https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

      70.    Attached hereto as Exhibit P67 is a true and correct copy of TIAA-CREF Funds, Mid-Cap Value (Inst) fund (TIMVX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at

https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

      71.    Attached hereto as Exhibit P68 is a true and correct copy of TIAA-CREF Funds, Growth & Income (Inst) fund (TIGRX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at

https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

      72.    Attached hereto as Exhibit P69 is a true and correct copy of TIAA-CREF Funds, International Equity (Inst) fund (TIIEX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at

https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

      73.    Attached hereto as Exhibit P70 is a true and correct copy of TIAA-CREF Funds, Small-Cap Blend Index (Inst) fund (TISBX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at

https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

74.    Attached hereto as Exhibit P71 is a true and correct copy of TIAA-CREF Funds, Short-Term Bond (Inst) fund (TISIX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

75.    Attached hereto as Exhibit P72 is a true and correct copy of TIAA-CREF Funds, Large-Cap Value (Inst) fund (TRLIX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

76.    Attached hereto as Exhibit P73 is a true and correct copy of TIAA-CREF Funds, Equity Index (Inst) fund (TIEIX), Prospectus at pp. 106-107 (485BPOS) (Jan. 28, 2009), available at https://www.sec.gov/Archives/edgar/data/1084380/000093041309000523/c56137_485bpos.htm

77.    Attached hereto as Exhibit P74 is a true and correct copy of Fid. Investments, Fid. Freedom K funds, Prospectus at p. 241 (485BPOS) (May 28, 2010) (available at https://www.sec.gov/Archives/edgar/data/880195/000088019510000114/main.htm).

78.    Attached hereto as Exhibit P75 is a true and correct copy of Fid. Investments, Fid. Contrafund (K) (FCNKX), Prospectus at p. 133 (485BPOS) (Feb. 27, 2009) (available at https://www.sec.gov/Archives/edgar/data/24238/000002423809000002/main.htm).

79.    Attached hereto as Exhibit P76 is a true and correct copy of Fid. Investments, Fid. Magellan (K) fund (FMGKX), Prospectus at p. 49 (485BPOS) (May 29, 2009) (available at https://www.sec.gov/Archives/edgar/data/61397/000006139709000002/main.htm).

80.    Attached hereto as Exhibit P77 is a true and correct copy of Fid. Investments, Fid. Blue Chip Growth (K) fund (FBGKX), Prospectus at p. 361 (485BPOS) (Oct. 8, 2009)

(available at

https://www.sec.gov/Archives/edgar/data/754510/000031570009000021/main.htm).

81.    Attached hereto as Exhibit P78 is a true and correct copy of Fid. Investments, Fid.

Growth & Income (K) fund (FGIKX), Prospectus at p. 385 (485BPOS) (Oct. 8, 2009) (available

at https://www.sec.gov/Archives/edgar/data/754510/000031570009000021/main.htm).

82.    Attached hereto as Exhibit P79 is a true and correct copy of Fid. Investments, Fid.

Dividend Growth (K) fund (FDGKX), Prospectus at p. 373 (485BPOS) (Oct. 8, 2009)

(available at

https://www.sec.gov/Archives/edgar/data/754510/000031570009000021/main.htm).

83.    Attached hereto as Exhibit P80 is a true and correct copy of Fid. Investments, Fid.

OTC (K) fund (FOCKX), Prospectus at p. 408 (485BPOS) (Oct. 8, 2009) (available at

https://www.sec.gov/Archives/edgar/data/754510/000031570009000021/main.htm).

84.    Attached hereto as Exhibit P81 is a true and correct copy of Fid. Investments, Fid.

Leveraged Co. Stock (K) fund (FLCKX), Prospectus at p. 396 (485BPOS) (Oct. 8, 2009)

(available at

https://www.sec.gov/Archives/edgar/data/754510/000031570009000021/main.htm).

85.    Attached hereto as Exhibit P82 is a true and correct copy of Frequently Asked

Questions about the College Retirement Equities Fund (CREF) Multi-Class Structure, TIAA,

2015, p. 1, available at,  https://www.tiaa.org/public/pdf/intermediary_faq_crefrea.pdf.

86.    Attached hereto as Exhibit P83 is a true and correct copy of RPOC Presentation

from January 11, 2012 produced by Cornell Defendants and bates labeled CORNELL015581.

87.    Attached hereto as Exhibit P84, Captrust Presentation to the University of Maine,

July 15, 2013.

88.    Attached hereto as Exhibit P85 is a true and correct copy of the 2012 Fidelity Investment Review, produced by Captrust Defendants and bates labeled CAPTR_0038110.

89.    Attached hereto as Exhibit P86 is a true and correct copy of an internal Captrust e-mail exchange from July 1, 2013 through July 3, 2013, produced by Captrust Defendants and bates labeled CAPTR_0053254.

90.    Attached hereto as Exhibit P87 is a true and correct copy of an e-mail between Cornell and outside counsel dated October 3, 2012, produced by Cornell Defendants and bates labeled CORNELL013947.

91.    Attached hereto as Exhibit P88 are excerpts of the deposition of Conrad Ciccotello taken on October 11, 2018.

92.    Attached hereto as Exhibit P89 is a true and correct copy of 3rd Quarter 2014 Quarterly Review, produced by Cornell Defendants and bates labeled CORNELL015005.

93.    Attached hereto as Exhibit P90 is a true and correct copy of an e-mail attaching the materials for the September 17, 2014 RPOC Meeting, produced by Cornell Defendants and bates labeled CORNELL013566.

94.    Attached hereto as Exhibit P91 is a true and correct copy of an e-mail attaching the materials for the March 31, 2016 RPOC Meeting, produced by Cornell Defendants and bates labeled CORNELL011359-361.

95.    Attached hereto as Exhibit P92 is a true and correct copy of CURP Plan Report to the Plan Administrator dated May 28, 2010, produced by Cornell Defendants and bates labeled CORNELL025340.

96.    Attached hereto as Exhibit P93 is a true and correct copy of CAPTRUST's Response to RFP, produced by Cornell Defendants and bates labeled CORNELL011415.

97.    Attached hereto as Exhibit P94 is a true and correct copy of Captrust Reference Check Summary, produced by Cornell Defendants and bates labeled CORNELL027635.

98.    Attached hereto as Exhibit P95 is a true and correct copy of Tier 3 Fund Selection Overview, produced by Cornell Defendants and bates labeled CORNELL015019.

99.    Attached hereto as Exhibit P96 is a true and correct copy of an e-mail from B. Schmitt to TIAA-CREF dated August 14, 2013, produced by Captrust Defendants and bates labeled CAPTR_0035670.

100.    Attached hereto as Exhibit P97 is a true and correct copy of the attachment to the e-mail from B. Schmitt to TIAA-CREF dated August 14, 2013, produced by Captrust Defendants and bates labeled CAPTR_0035671.

101.    Attached hereto as Exhibit P98 is a true and correct copy of an internal Captrust E-mail dated October 2013, produced by Captrust Defendants and bates labeled CAPTR_0051798.

102.    Attached hereto as Exhibit P99 is a true and correct copy of an e-mail from D.Schwartz to RPOC dated November 15, 2013 to RPOC, produced by Cornell Defendants and bates labeled CORNELL020006.

103.    Attached hereto as Exhibit P100 is a true and correct copy of an internal Captrust E-mail dated November 15, 2013, produced by Captrust Defendants and bates labeled CAPTR_0052091.

104.    Attached hereto as Exhibit P101, is a true and correct copy of the University of Maine System Board of Trustees Investment Committee Meeting Minutes dated May 30, 2013, July 15, 2013.

105.   Attached hereto as Exhibit P102, is a true and correct copy of the University of Georgia Optional Retirement Plan Transition Guide.

106.   Attached hereto as Exhibit P103 is a true and correct copy of an internal Captrust E-mail dated May 26, 2015, produced by Captrust Defendants and bates labeled CAPTR_0030324.

107.   Attached hereto as Exhibit P104 is a true and correct copy of an RPOC Presentation dated December 3, 2014, produced by Cornell Defendants and bates labeled CORNELL015004.

108.   Attached hereto as Exhibit P105 is a true and correct copy of TIAA Real Estate Account's Quarterly 8-K produced by third-party TIAA and bates labeled TIAA_CORNELL_00026051.

109.   Attached hereto as Exhibit P106 is a true and correct copy of TIAA Real Estate Account's Quarterly 8-K dated March 10, 2015.

110.   Attached hereto as Exhibit P107 is a true and correct copy of TIAA Real Estate Account's Quarterly 8-K dated June 30, 2013.

111.   Attached hereto as Exhibit P108, is a true and correct copy of the University of Maine presentation by Captrust for 3rd Quarter 2014.

112.   Attached hereto as Exhibit P109 is a true and correct copy of an RPOC Quarterly Review for period ending December 31, 2016, produced by Captrust Defendants and bates labeled CAPTR_0010618

113.   Attached hereto as Exhibit P110 is a true and correct copy of an RPOC presentation dated December 12, 2016, produced by Captrust Defendants and bates labeled CAPTR_0008486.

114.   Attached hereto as Exhibit P111 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2011, produced by third-party TIAA and bates labeled TIAA-CORNELL_00021841.

115.   Attached hereto as Exhibit P112 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, June 30, 2012.

116.   Attached hereto as Exhibit P113 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2012, produced by third-party TIAA and bates labeled TIAA-CORNELL_00022369.

117.   Attached hereto as Exhibit P114 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, June 30, 2013.

118.   Attached hereto as Exhibit P115 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2013, produced by third-party TIAA and bates labeled TIAA-CORNELL_00022947.

119.   Attached hereto as Exhibit P116 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, June 30, 2014.

120.   Attached hereto as Exhibit P117 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment

Companies, December 31, 2014, produced by third-party TIAA and bates labeled TIAA-CORNELL_00023524.

121.    Attached hereto as Exhibit P118 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, June 30, 2015.

122.    Attached hereto as Exhibit P119 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2015, produced by third-party TIAA and bates labeled TIAA-CORNELL_00024062.

123.    Attached hereto as Exhibit P120 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, June 30, 2016.

124.    Attached hereto as Exhibit P121 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2016, produced by third-party TIAA and bates labeled TIAA-CORNELL_00024684.

125.    Attached hereto as Exhibit P122 is a true and correct copy of TIAA-CREF Plan Outcome Assessment for December 2015, produced by Cornell Defendants and bates labeled CORNELL029168.

126.    Attached hereto as Exhibit P123 is a true and correct copy of Cohen & Steers Realty Shares, Inc. Prospectus dated May 1, 2017.

127.    Attached hereto as Exhibit P124 is a true and correct copy of TIAA Real Estate Account Quarterly Performance Analysis December 31, 2016.

128.    Attached hereto as Exhibit P125 is a true and correct copy of Vanguard Specialized Funds Prospectus dated September 26, 2017.

129.    Attached hereto as Exhibit P126 is a true and correct copy of 2016 Vanguard Total World Stock Index Funds Prospectus.

130.    Attached hereto as Exhibit P127 is a true and correct copy of College Retirement Equities Fund Prospectus dated May 1, 1996.

131.    Attached hereto as Exhibit P128 is a true and correct copy of College Retirement Equities Fund Prospectus dated May 1, 1997.

132.    Attached hereto as Exhibit P129 is a true and correct copy of College Retirement Equities Fund Prospectus dated May 1, 1998.

133.    Attached hereto as Exhibit P130 is a true and correct copy of the SEC Form N-1A.

134.    Attached hereto as Exhibit P131 are excerpts of the deposition of Glenn R. Poehler taken on October 18, 2018.

135.    Attached hereto as Exhibit P132 is a true and correct copy of the Rebuttal Report of Wendy Dominguez.

136.    Attached hereto as Exhibit P133 is a true and correct copy of an e-mail attaching Quarterly Review for the 3rd Quarter, 2014, produced by Cornell Defendants and bates labeled CORNELL015001.

137.    Attached hereto as Exhibit P134 is a true and correct copy of the 2017 TDA Plan Department of Labor Form 5500.

138.   Attached hereto as Exhibit P135 is a true and correct copy of the Retirement Plan Oversight Committee Meeting Minutes for April 30, 2018, produced by Cornell Defendants and bates labeled CORNELL029038.

139.   Attached hereto as Exhibit P136 is a true and correct copy of the 2010 CURD Department of Labor Form 5500, produced by Cornell Defendants and bates labeled CORNELL022506.

140.   Attached hereto as Exhibit P137 is a true and correct copy of the 2010 CURD Department of Labor Form 5500, available at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e2s3#.

141.   Attached hereto as Exhibit P138 is a true and correct copy of July 19, 2017 TIAA Driving Better Outcomes for Your Plan, produced by Captrust Defendants and bates labeled CAPTR_0046852.

142.   Attached hereto as Exhibit P139 is a true and correct copy of the RA Fund Fact Sheet.

143.   Attached hereto as Exhibit P140 is a true and correct copy of the RC Fund Fact Sheet.

144.   Attached hereto as Exhibit P141 is a true and correct copy of the Retirement Plan Oversight Committee, Executive Summary of Request for Proposal, produced by Cornell Defendants and bates labeled CORNELL019405.

145.   Exhibit P142 has been omitted.

146.   Attached hereto as Exhibit P143 is a true and correct copy of the Cornell University Policy 3.25, Procurement of Goods and Services, at p. 12, *available at* https://www.dfa.cornell.edu/sites/default/files/policy/vol3_25.pdf.

147.   Attached hereto as Exhibit P144 is a true and correct copy of 2016 Tier 3 Fund Selection Overview, produced by Captrust Defendants and bates labeled CAPTR_0007501.

148.   Attached hereto as Exhibit P145 is a true and correct copy of the a draft Investment Policy Statement, produced by Cornell Defendants and bates labeled CORNELL022008.

149.   Attached hereto as Exhibit P146 is a true and correct copy of the a draft Investment Policy Statement, produced by Captrust Defendants and bates labeled CAPTR_0020302.

150.   Attached hereto as Exhibit P147 is a true and correct copy of August 27, 2012 Draft IPS, produced by Captrust Defendants and bates labeled CAPTR_0020262.

151.   Attached hereto as Exhibit P148 is a true and correct copy of October 18, 2012 Draft IPS, produced by Captrust Defendants and bates labeled CAPTR_0020321.

152.   Attached hereto as Exhibit P149 is a true and correct copy of an internal Captrust E-mail exchange dated June 28, 2013, produced by Captrust Defendants and bates labeled CAPTR_0053221.

153.   Attached hereto as Exhibit P150 is a true and correct copy of the Cornell University Retirement Plan for the Employees of the Endowed Colleges at Ithaca 2013 Form 5500, produced by Cornell Defendants and bates labeled CORNELL0000237.

154.   Attached hereto as Exhibit P151 is a true and correct copy of the Fidelity Blue Chip Value Fund Prospectus dated September 29, 2010.

155.   Attached hereto as Exhibit P152 is a true and correct copy of the Fidelity Blue Chip Value Fund Prospectus dated September 29, 2011.

156.   Attached hereto as Exhibit P153 is a true and correct copy of the Fidelity Blue Chip Value Fund Prospectus dated September 28, 2013.

157.   Attached hereto as Exhibit P154 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2006.

158.   Attached hereto as Exhibit P155 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2007.

159.   Attached hereto as Exhibit P156 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2008.

160.   Attached hereto as Exhibit P157 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2009.

161.   Attached hereto as Exhibit P158 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2010.

162.   Attached hereto as Exhibit P159 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2011.

163.   Attached hereto as Exhibit P160 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2012.

164.   Attached hereto as Exhibit P161 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2013.

165.   Attached hereto as Exhibit P162 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2014.

166.   Attached hereto as Exhibit P163 is a true and correct copy of the Templeton Developing Markets Trust Class A Fund (TEDMX) Prospectus dated May 1, 2015.

167.   Attached hereto as Exhibit P164 is a true and correct copy of an e-mail dated July 20, 2016 produced by Cornell Defendants and bates labeled CORNELL019835.

168.   Attached hereto as Exhibit P165 is a true and correct copy of the Expert Report of Dr. Gerald Buetow.

169.   Attached hereto as Exhibit P166 is a true and correct copy of an e-mail from J. Strodel attaching Tier 3 presentation dated February 2, 2015 produced by Cornell Defendants and bates labeled CORNELL015018.

170.   Attached hereto as Exhibit P167 is a true and correct copy of an e-mail from D.Schwartz to M.Opperman dated September 26, 2014 produced by Cornell Defendants and bates labeled CORNELL019965.

171.   Attached hereto as Exhibit P168 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2010, produced by third-party TIAA and bates labeled TIAA-CORNELL_00021339.

172.   Attached hereto as Exhibit P169 is a true and correct copy of the College Retirement Equities Fund, Certified Shareholder Report of Registered Management Investment Companies, December 31, 2017.

173.   Attached hereto as Exhibit P170 is a true and correct copy of an internal CAPTRUST e-mails dated August 2016, produced by Captrust Defendant and bates labeled CAPTR_0041146.

174.   Attached hereto as Exhibit P171 is a true and correct copy of the Fidelity Blue Chip Value Fund Prospectus dated September 29, 2012.

175.   Attached hereto as Exhibit P172 is a true and correct copy of an e-mail from J.Strodel to M. Leggett dated January 6, 2017 produced by Captrust Defendants and bates labeled CAPTR_0044513.

176.   Attached hereto as Exhibit P173 is a true and correct copy of Tier 3 Fund Mapping Overview produced by Cornell Defendants and bates labeled CORNELL027852.

177.   Attached hereto as Exhibit P174 is a true and correct copy of an e-mail from B.Schmitt to RPOC dated January 10, 2017 produced by Captrust Defendants and bates labeled CAPTR_00099703.

178.   Attached hereto as Exhibit P175 is a true and correct copy of an e-mail from K. Shell produced by Cornell Defendants and bates labeled CORNELL019999.

179.   Attached hereto as Exhibit P176 is a true and correct copy of the University of Maine, Board of Trustees, Investment Committee, Minutes from May 30, 2013.

180.   Attached hereto as Exhibit P177 is a true and correct copy of CAPTRUST Proposal of Defined Contribution Plan Consulting Services produced by Captrust Defendants and bates labeled CAPTR_0052645.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2019.

 /s/ Joel D. Rohlf
Joel D. Rohlfp