# SCHLICHTER BOGARD & DENTON, LLP

### ATTORNEYS AT LAW

JOEL D. ROHLF
jrohlf@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-5934
www.uselaws.com

February 25, 2019

**By ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Cunningham, et al. v. Cornell University et. al*, **No. 16-cv-6525**

Dear Judge Castel,

Plaintiffs respectfully submit this letter to request that this Court enter an order approving the provisional sealing of the filings and exhibits identified in Exhibit A, which have been submitted in support of the Plaintiffs' oppositions to Defendants' motions for summary judgment, the corresponding portions of Plaintiffs memorandum of law and Rule 56.1 statements quoting and characterizing those documents, and documents provisionally sealed in the February 25, 2019 Order (Doc. 285) (collectively "provisionally sealed documents").

Plaintiffs do not seek to maintain any of this information under seal, but these filings contain information designated "Confidential" by other parties and third-party subpoena respondents who have indicated that they may wish to file a motion to maintain the materials under seal.

Plaintiffs therefore request that the provisionally sealed documents and portions of Plaintiffs' filings quoting or characterizing those documents or the previously sealed documents be provisionally maintained under seal for a period of 14 days, to permit other interested parties an opportunity to file appropriate motions. The Plaintiffs have filed these materials in redacted form. Unreacted copies of these materials have been served on each of the designating parties and courtesy copies of the same will be provided to the Court within 4 days in accordance with the Court's Individual Practices § 3.E.

Respectfully submitted,

Joel D. Rohlf