**Exhibit A to February 25, 2019 Letter from J. Rohlf**

| Ex. | Description | Party Requesting Sealing | Portion provisionally sealed |
|---|---|---|---|
| Rohlf Dec. Ex. P3 | Aon Hewitt RFP Response | Cornell to confer with Aon Hewitt regarding whether it wishes to seal the document | All |
| Rohlf Dec. Ex. P4 | Mercer RFP Response | Cornell to confer with Mercer regarding whether it wishes to seal the document | All |
| Rohlf Dec. Ex. P8 | Bursic Deposition Transcript | Cornell | pp. 162-65 |
| Rohlf Dec. Ex. P25 | Polacek Deposition Transcript | TIAA | All |
| Rohlf Dec. Ex. P26 | TIAA_CORNELL_00012726 | TIAA | All |
| Rohlf Dec. Ex. P28 | Tower Watson RFP Finalist Presentation | Cornell to confer with Towers Watson regarding whether it wishes to seal the document | All |
| Rohlf Dec. Ex. P29 | TIAA_CORNELL_00009808 | TIAA | All |
| Rohlf Dec.  Ex. P30 | TIAA_CORNELL_00018669 | TIAA | All |
| Rohlf Dec. Ex. P34 | TIAA_CORNELL_00020571 | TIAA | All |
| Rohlf Dec. Ex. P38 | June 25, 2018 email from Bursic to Opperman | Cornell | All |
| Rohlf Dec. Ex. P56 | Weber Deposition Transcript | TIAA | All |
| Rohlf Dec. Ex. P61 | Cammack RFP Response | Cornell to confer with Cammack regarding whether it wishes to seal the document | All |
| Rohlf Dec. Ex. P62 | Segal Advisor RFP Response | Cornell to confer with Segal regarding whether it wishes to seal the document | All |