# SCHLICHTER BOGARD & DENTON, LLP

**ATTORNEYS AT LAW**

SCOTT T. APKING
sapking@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-5934
www.uselaws.com

March 13, 2019

**By Fax**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cunningham, et al. v. Cornell University et. al,*
No. 16-cv-6525

*[Handwritten annotation: Application granted. SO ORDERED. /s/ [signature] USDJ 3-13-19]*

Dear Judge Castel,

Plaintiffs respectfully request that Doc. 292-046 which is an inadvertently publicly filed document that Cornell designated as "Confidential" under the Protective Order (Doc. 131) and filed by Plaintiffs as part of the Declaration of Joel D. Rohlf (Doc. 292) in opposition to Defendants' Motions for Summary Judgment (Docs. 221, 231) be provisionally sealed from public view for 14 days. Non-party Cammack Retirement Group, Inc. ("Cammack") has apprised the parties that Doc. 292-046 contains information that it considers confidential and requested that the entire document be placed under seal.

Plaintiffs take no position on the confidentiality of the underlying information in Doc. 292-046 or any third-parties' standing to seek confidential status for the document. This Court deferred all motions to seal pending the disposition of the accompanying motions for summary judgment. (Doc. 285).

The Honorable P. Kevin Castel
March 13, 2019
Page 2

This letter has been served via facsimile, pursuant to Paragraph I(A)(ii) of Your Honor's Individual Practices, because it "contains matters that a party asserts should be under seal." All parties and Cammack will receive service copies of this letter via e-mail.

          Sincerely,

          SCHLICHTER BOGARD & DENTON, LLP

          *[signature]*

          Scott T. Apking (admitted *pro hac vice*)
          100 South Fourth Street
          St. Louis, MO 63102
          Telephone: (314) 621-6115
          Facsimile: (314) 621-7151
          sapking@uselaws.com

Cc:    All parties (via e-mail)
       Charles M. Dyke, Counsel for Cammack (via email, cdyke@nixonpeabody.com)