UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                    Plaintiffs,                    16-cv-6525 (PKC)

    -against-                        ORDER

CORNELL UNIVERSITY, et al. ,

                    Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        All Final Pre-Trial Submissions consisting of proposed voir dire, proposed jury instructions, proposed verdict sheet, fully submitted in limine motions, proposed Joint Pre-Trial Order (with proposed stipulations of fact) are due November 27, 2019.

        The Final Pre-Trial Conference will be held on December 19, 2019 at 2 p.m.

        Letter motion (Doc 356) is granted to the extent indicated.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 8, 2019