CONFIDENTIAL

1

              UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF NEW YORK

3

      _____

4

5    CASEY CUNNINGHAM, et al.,      )Civil Action No.

6       Plaintiffs                  )16-cv-6525 PKC

7    vs.                            )

8    CORNELL UNIVERSITY, et al.,    )

9       Defendants                  )

10    _____

11

12

13          - C O N F I D E N T I A L -

14

15       Videotaped Deposition of Glenn R. Poehler

16               Washington, D.C.

17               October 18, 2018

18                  9:03 a.m.

19

20

21

22

23

24    Reported by:  Bonnie L. Russo

25    Job No. 3028112

CONFIDENTIAL

Page 30

1      leave the deposition open.  You can just --

2              MR. ROHLF:  Because it is entirely

3      relevant to his opinion.

4              MS. ROSS:  I disagree with you.  I

5      will stand by my position.  We are not going

6      down this road.

7              MR. ROHLF:  That's fine.

8              BY MR. ROHLF:

9         Q.    Now, how long were you the leader of

10     the defined contribution recordkeeping unit for

11     Mercer?

12        A.    I think I answered that question,

13     but I think I indicated it was about five

14     years.

15        Q.    About five years.  Okay.  What was

16     your next role?

17        A.    I moved into the role as a general

18     D.C. consultant primarily consulting on 401(k)

19     plans.

20        Q.    Okay.  And did you have any 403(b)

21     clients at that time?

22        A.    I -- we had another person at the

23     time in the Richmond office who was doing some

24     403(b) work.  I assisted him on a few of his

25     projects.

CONFIDENTIAL

Page 31

1          Q.    Okay.  And of your 401(k) clients,
2     what was kind of the range of the participant
3     numbers for those plans?
4                MS. ROSS:  Objection.
5                THE WITNESS:  All sizes.  Again,
6     from small to large.
7                BY MR. ROHLF:
8          Q.    Okay.  What was the smallest --
9     roughly the smallest plan?
10         A.    Around a hundred employees.
11         Q.    What was roughly the largest plan?
12         A.    Probably, you know, between 10 and
13    20,000.
14         Q.    Okay.  And did any of those clients
15    have stable value funds?
16         A.    I don't specifically recall.
17         Q.    Okay.  Did you evaluate the
18    reasonableness of the recordkeeping fees for
19    those plans?
20         A.    I did do RFP processes for some
21    401(k) plans at that time.
22         Q.    Did you evaluate recordkeeping fees
23    in any other way other than an RFP?
24         A.    In general, yes, and in my role as a
25    401(k) consultant.

CONFIDENTIAL

Page 32

1          Q.     What process other than an RFP did
2     you use?
3          A.     I don't recall using other processes
4     at the time, other than my general knowledge of
5     the marketplace.
6          Q.     Okay.  How long were you a 401(k)
7     consultant for Mercer?
8          A.     Up until 1994.
9          Q.     And what was your role after 1994?
10         A.     I moved full-time into the 403(b).
11         Q.     Why did you move from 401(k)
12    consulting to 403(b) consulting?
13         A.     As I mentioned earlier, I had
14    started doing some support for the 403(b) area
15    prior to moving full-time into that area.  I
16    saw it as an opportunity to specialize within
17    Mercer and become a leader in an area that was
18    specialized and allowed me to show my expertise
19    across multiple offices of Mercer.
20         Q.     What types of 403(b) clients were
21    you advising in 1994 when you first began
22    working in that space?
23         A.     All types of nonprofit and public
24    sector clients, including universities,
25    hospitals, charities, other types of

CONFIDENTIAL

Page 33

1    nonprofits.

2         Q.    Approximately what percentage of

3    your clients were hospitals at that time?

4         A.    Again, it was a long time ago.  I

5    can only give you an approximation of probably

6    half.

7         Q.    So what percentage would be

8    charities?

9         A.    A small percentage.

10        Q.    So 5 percent?

11        A.    I don't know.

12        Q.    What percentage would be public

13   sector organizations?

14        A.    Certainly -- certainly less than

15   half.

16        Q.    Okay.  What percentage would be

17   higher education?

18        A.    Again, I don't have recollection of

19   25 years ago.

20        Q.    Okay.  Do you recall any higher

21   education plans you were advising in the 1990s?

22        A.    Yes.

23        Q.    Which ones?

24        A.    The one I recall specifically is the

25   University of North Carolina system.

CONFIDENTIAL

Page 34

1          Q.    Okay.  When did you begin advising
2     the University of North Carolina?
3          A.    Early on in my role as a 403(b)
4     consultant.
5          Q.    As a 403(b) consultant, what process
6     -- did you -- strike that.
7                As a 403(b) consultant, were you
8     involved in evaluating the reasonableness of
9     recordkeeping fees of the plans?
10         A.    I did some RFP processes for
11    universities at that time.
12         Q.    Okay.  What universities did you
13    conduct RFPs for?
14         A.    I did it for the University of North
15    Carolina, Vanderbilt, Howard University, I
16    believe were the ones I recall.
17         Q.    Did you follow any process other
18    than using an RFP to evaluate recordkeeping
19    fees at that time?
20         A.    Not that I recall.
21         Q.    Did you have any 401(k) clients
22    after you transitioned over to the 403(b) role
23    at Mercer?
24         A.    Some of my nonprofit clients also
25    had 401(k) plans once they became eligible to

CONFIDENTIAL

Page 39

1      A.    At that time, Mercer's standard

2   process for evaluating recordkeeping fees was

3   to perform an RFI, or request for information.

4      Q.    Okay.  When did Mercer begin using

5   RFIs versus RFPs?

6      A.    I don't know the specific date.

7      Q.    Can you give me a ballpark?

8      A.    In the mid-2000s.

9      Q.    Okay.  Why didn't -- why did you

10   switch from RFPs to RFIs?

11      A.    That wasn't my specific decision,

12   but my understanding is that we felt that that

13   would -- that was a way to benchmark the type

14   of clients we predominantly had at Mercer,

15   which are the more complicated cases.

16      Q.    Okay.  Did you ever use database fee

17   benchmarking to evaluate recordkeeping fees at

18   Mercer?

19      A.    No.

20      Q.    Why not?

21      A.    We didn't maintain a database.

22      Q.    Okay.  I think you said you left

23   Mercer in 2014.  Why did you leave?

24      A.    I retired.

25      Q.    Okay.  Congratulations.

CONFIDENTIAL

Page 41

1    copy of your September 14, 2018 report?

2         A.    It appears to be.

3         Q.    Okay.  Did anyone assist you in

4    drafting this report?

5         A.    Cornerstone Research.

6         Q.    Who at Cornerstone Research assisted

7    you?

8         A.    My main contact there was Kirvanc

9    Kirgiz.

10        Q.    What type of assistance did

11   Cornerstone provide you?

12        A.    They assisted me in the research for

13   sources of -- for the points I wanted to make

14   in this report.  They -- I also used their

15   analyst staff to help create some of the charts

16   in the report and the formatting of the report

17   as well.

18        Q.    Do you recall what sources

19   Cornerstone provided you?

20        A.    All the material provided to me was

21   -- was through Cornerstone so all the -- all

22   the documents for this particular case that I

23   reviewed were sent through Cornerstone to me.

24        Q.    Okay.  So you received every

25   document you relied on from Cornerstone.

CONFIDENTIAL

Page 46

1          A.    I am -- my report documents the
2      general -- the general area of recordkeeping
3      fees that was consist -- was appropriate during
4      this time period.
5          Q.    But you don't offer a range of fees
6      that is reasonable, do you?
7          A.    Not specifically.
8          Q.    Do you intend to?
9          A.    No.
10         Q.    Okay.  Are you offering an opinion
11     on legally whether a plan sponsor can map
12     assets from TIAA individual annuity contracts?
13         A.    I am not an attorney so I don't
14     render legal opinions.
15         Q.    Okay.  Did defendants' counsel
16     provide you any facts to rely on in forming
17     your opinion?
18         A.    I don't know that I understand the
19     question.
20         Q.    Did they -- did defendants' counsel
21     identify any facts that you should specifically
22     consider in forming your opinion?
23         A.    I don't recall any specific facts,
24     no.
25         Q.    Did they identify any specific

CONFIDENTIAL

Page 52

1           MS. ROSS:  Objection.  Vague.

2           THE WITNESS:  In general, the larger

3      the plan, the cost -- you get some economies of

4      scale based on larger plans, yes.

5           BY MR. ROHLF:

6      Q.    And by large, do you mean asset size

7      or participant size?

8      A.    Specifically, participant size in

9      general.

10     Q.    So all things held equal, plans with

11     more participants tend to have lower fees than

12     plans with fewer participants, right?

13          MS. ROSS:  Objection.

14     Mischaracterizes his testimony.

15          THE WITNESS:  No.  The bigger plans

16     cost more to operate than smaller plans.

17          BY MR. ROHLF:

18     Q.    But on a per-participant basis,

19     generally plans with more participants have a

20     lower per-participant fee than those with less

21     participants, right?

22          MS. ROSS:  Objection.

23          THE WITNESS:  All things being

24     equal, that would be true, but that would

25     entail that the -- the provisions of the plan

CONFIDENTIAL

Page 53

1    were the same, that the service was the same,
2    that the -- all the data flows were the same,
3    so there are a lot of -- a lot of components
4    that go into determining a recordkeeping fee
5    that -- that just doesn't vary based on size.
6              BY MR. ROHLF:
7         Q.   So when comparing the recordkeeping
8    fees between plans, you should consider the
9    services that were provided --
10        A.   Yes.
11        Q.   -- data flows and other factors?
12        A.   You have to incorporate all of those
13   issues.  You have to understand the -- all the
14   service -- all the details of the required
15   recordkeeping, all the reporting requirements
16   for that particular plan, any customized
17   services you can provide to that plan, any, you
18   know, any communications services, on-site
19   support.
20        Q.   So without knowing the exact
21   services and exact details of the plan, you
22   can't really make an accurate comparison to
23   another plan?
24             MS. ROSS:  Objection.
25   Mischaracterizes his testimony.

Exhibit A

CONFIDENTIAL

Page 54

1          THE WITNESS:  You -- that's the

2     information that a recordkeeper would need to

3     give a specific fee quote, so the more

4     information you have, it's always -- more

5     information is always better than less

6     information.

7          BY MR. ROHLF:

8     Q.    Okay.  All things held equal, would

9     a plan with 20,000 participants pay less per

10    participant for recordkeeping fees than one

11    with 600 participants?

12         MS. ROSS:  Objection.  Asked and

13    answered.

14         THE WITNESS:  I think -- I think I

15    answered that question.  It depends on the

16    complexity of the plan and the services being

17    provided, but again, if all things were equal,

18    that would be the case.

19         BY MR. ROHLF:

20    Q.    Same for comparing a plan with

21    20,000 participants to a thousand?

22    A.    Yes.

23    Q.    20,000 to 2,000?

24    A.    You can continue going forever like

25    that.  The answer is the same.  It depends upon

CONFIDENTIAL

Page 76

1    reviewed those proposals, the -- but they may

2    have.

3        Q.    All right.  Let's look at a couple

4    of them.  I'm going to show you Exhibit 100,

5    what's been previously marked as Exhibit 100.

6    It is Cornell 006782.

7        A.    Okay.

8        Q.    And I'll just ask you, do you

9    recognize this document?

10        A.    It's the -- it appears to be the

11   proposal from Segal Advisors to Cornell for

12   their project to obtain an investment advisor.

13        Q.    Okay.  Can you skip ahead to Page 25

14   of this document.  It's going to be the ending

15   Bates No. 811 at the bottom of the document.

16              MS. ROSS:  Before you ask any

17   further questions, I'm going to state that this

18   is a document that is 215 pages.  I don't

19   believe that Mr. Poehler relied on this

20   document in his report or for his report, so to

21   the extent you are going to ask him questions

22   about it, I want you to give him ample time to

23   review.

24              MR. ROHLF:  I'm fairly certain

25   it's in his materials considered.

CONFIDENTIAL

Page 84

1      administrative services?

2          A.    I would have to go back and review

3      it specifically, but my general impression from

4      reading his deposition was that he was very

5      comfortable with the model they had in place.

6          Q.    Let's review exactly what he said.

7      This is going to be Exhibit 286.

8              (Deposition Exhibit 286 was marked

9      for identification.)

10             BY MR. ROHLF:

11         Q.    It's going to come up and it should

12     say -- the title is going to be

13     PaulBursic_linkPDF.

14         A.    I am not sure where I am looking

15     here.

16             MR. ROHLF:  Can you reshare that

17     document with him?  It is going to be No. 2.

18             THE WITNESS:  Okay.

19             BY MR. ROHLF:

20         Q.    All right.  Do you have Mr. Bursic's

21     deposition in front of you now?

22         A.    I have a deposition in front of me.

23     I am trying to determine whether it's Paul's.

24     Yes, I do.

25         Q.    Okay.  I think if you go -- let's

CONFIDENTIAL

Page 85

1    see what we have here.  If you jump ahead to
2    Page 44.
3              MS. ROSS:  Again, for the record,
4    this is a 310 page document.
5              MR. ROHLF:  Which he reviewed --
6    which he relied on in his report.
7              MS. ROSS:  He has not had time to
8    review the entire deposition here today.
9              BY MR. ROHLF:
10       Q.    So on Page 44, starting on Line 7,
11   you can see there is a question there, and I
12   will represent to you that is me asking this
13   question.
14       A.    Okay.
15       Q.    "During your time at Cornell, has
16   Cornell ever done an RFP for recordkeeping
17   services?"
18             And Mr. Bursic said:  "No."
19             And then if you continue on to Line
20   13, he starts the sentence, he says:  "It would
21   not be prudent to issue an RFP, asking some
22   company to do a specific task that's much more
23   efficient and effective and accurately
24   delivered as a bundled service."
25             Do you see that?

Exhibit A

CONFIDENTIAL

Page 86

1        A.    I do.

2        Q.    Do you agree with Mr. Bursic that it

3    wouldn't be prudent to conduct an RFP for

4    recordkeeping and administrative services only?

5             MS. ROSS:  Objection.

6             MR. DOSCH:  Objection.

7             THE WITNESS:  I think you -- that in

8    determining whether an RFP would have been

9    prudent in this case, you have to take in the

10    situation that they were -- that they were in.

11             They have money with both TIAA-CREF

12    and Fidelity.  They were in a situation where

13    neither of those firms would record keep the

14    other's funds.  Not only wouldn't they, they

15    didn't -- they had not come to any agreement to

16    allow either to record keep the other's funds.

17             They were also in a place with --

18    within Cornell, that they were very concerned

19    about disruption within the organization.  So I

20    think all of those things were part of the --

21    what I evaluated the comments of not only Mr.

22    Bursic, but others, that those considerations

23    were primary in their minds.

24             BY MR. ROHLF:

25        Q.    Okay.  In your practice at Mercer, I

Exhibit A

CONFIDENTIAL

Page 87

1    think we asked this earlier, but just kind of

2    circle back around, in your practice at Mercer,

3    did you rely on data-based fee benchmarking to

4    evaluate recordkeeping and administrative fees?

5         A.    I did.

6              MS. ROSS:  Objection.  Asked and

7    answered.

8              BY MR. ROHLF:

9         Q.    And I think we talked earlier, your

10   standard method of evaluating recordkeeping and

11   administrative fees was either an RFP or an

12   RFI; is that correct?

13        A.    If I was doing benchmarking, it was

14   to use an RFI.  Again, that was Mercer's

15   practice.

16        Q.    Why was it Mercer's practice to use

17   an RFI?

18        A.    As I -- as I stated before, that

19   wasn't my decision.  It was a corporate

20   decision.

21              But in general, Mercer's clients are

22   larger, more complicated plans, so the feeling

23   was to get quotes that were as close as

24   possible to the specific services that were

25   needed for that plan, that an RFI process gave

Exhibit A

CONFIDENTIAL

Page 88

1    the client the information they needed to

2    determine whether or not the fees were still

3    reasonable.

4         Q.    Okay.  And in your opinion, were the

5    Cornell plans large and complicated plans?

6         A.    They were.

7         Q.    Okay.  I'm going to share with you a

8    document that's going to be Exhibit 287.

9              (Deposition Exhibit 287 was marked

10   for identification.)

11             BY MR. ROHLF:

12        Q.    And I'm going to ask you, do you

13   recognize this document.

14             Go ahead and take your time to

15   review it and respond whenever you're ready.

16        A.    I do recall this document.  The

17   version of the document you are showing here

18   indicated it was a draft, not necessarily the

19   final document used at this conference.

20        Q.    Okay.  What is it?

21        A.    This is a -- this was a conference

22   of community college financial offices that --

23   officers that I spoke at in 2012.

24        Q.    Okay.  And you were the author of

25   this draft of this presentation?

CONFIDENTIAL

Page 90

1     presentation given?

2         A.    I do not.

3         Q.    It is titled:  "Benchmark

4     administrative fees, Mercer's methodology;" is

5     that correct?

6         A.    Yes.

7         Q.    Does this accurately reflect the

8     methodology that you used at Mercer to

9     benchmark fees?

10        A.    Let me take a second to read it.

11        Q.    Yeah.

12        A.    Yes.

13        Q.    Okay.  Why did you look at fee

14    quotes from multiple providers?

15        A.    It was a way -- it was a way to

16    create the range of fees that would be

17    considered reasonable for that specific --

18    specific plan and to demonstrate how the plan

19    we were evaluating compared to the range of

20    fees offered during the RFI.

21        Q.    Why didn't you go and ask for a new

22    quote from the incumbent provider?

23        A.    That wouldn't have been a specific

24    benchmark.  In this case, you are asking how --

25    what methodology we used to benchmark fees.

Exhibit A

CONFIDENTIAL

1      Q.    Okay.  Why didn't you go out and
2    look at it like a survey data or database of
3    what other plans were paying?
4      A.    Again, this was Mercer's
5    methodology.  Mercer didn't maintain a database
6    of that information so I didn't have that
7    information to utilize to do that.
8      Q.    Okay.  I think the fourth bullet
9    point says:  "Vendors are instructed to provide
10   fee quotes on a 'recordkeeping only' basis to
11   allow benchmarking of their proposed fees to
12   the current vendor's fees independent of
13   investment selection."
14            Do you see that?
15     A.    Yes.
16     Q.    Why did you request vendors to
17   provide fee quotes on the recordkeeping only
18   basis independent of investment selection?
19     A.    Recall now that I am talking to a
20   group of community colleges, the financial
21   offices of a group of community colleges, so in
22   general, smaller plans that would often get fee
23   quotes on a bundled basis, so what I am trying
24   to demonstrate here is, you know, we wanted to
25   get quotes on other than just a bundled basis,

1    so we were able to separate the recordkeeping

2    costs from the total -- the total cost

3    including investment fees.

4         Q.    Why is it important to separate the

5    recordkeeping costs from the total investment

6    fee costs?

7         A.    Well, if you are benchmarking

8    recordkeeping costs, getting the -- getting a

9    bundled fee including an all in total bundled

10   fee doesn't give you the information you need

11   to benchmark recordkeeping costs.

12        Q.    Okay.  I think you testified earlier

13   that Mercer also at times advised clients to

14   conduct an RFP; is that correct?

15        A.    We -- we talked to clients about

16   their situation.  We advised them of what

17   options they had with regard to their plan on

18   an ongoing basis, including conducting RFPs,

19   including doing RFIs and negotiating with the

20   vendors.

21        Q.    During your time at Mercer, did you

22   ever advise a client that database fee

23   benchmarking was sufficient to determine

24   whether their fees were reasonable?

25        A.    You are asking me if I -- my tenure

CONFIDENTIAL

Page 93

1    with Mercer lasted for 39 years.  I can't give

2    you an answer of did I ever --

3        Q.    Do you ever --

4        A.    -- advise a client.

5        Q.    That's fair.  Do you ever recall

6    giving that advice to a client?

7        A.    I don't have a specific recollection

8    of that.

9        Q.    Okay.  I think in your opinion, you

10   say that, you know, Cornell really didn't have

11   to conduct an RFP because of the expense and

12   time associated with the RFP?

13       A.    I think that -- I said it's a

14   factor.

15       Q.    It's a factor.  Are there any other

16   factors that should be -- that would lead to a

17   plan not to conduct an RFP?

18       A.    It's the factors I discussed before.

19   It was their -- there was their evaluation of

20   their current situation at Cornell.  It was an

21   understanding of their limitations with regard

22   to what they could achieve with an RFP.

23            And it was a -- it was a factor

24   based upon their -- how they felt the job that

25   TIAA and Fidelity was doing for them.

Exhibit A

CONFIDENTIAL

Page 103

1    back well before the creation of 401(k) plans,

2    so we have got a situation here where -- for a

3    plan that was -- at least for the CURP, that

4    was implemented in 1940 and came under 403(b)

5    with the creation of 403(b) in 1958.

6              The only vehicle that was available

7    to these plans at that time were annuity

8    contracts, so we have that as a premise.  They

9    -- with the passage of ERISA, it allowed them

10   to move into mutual funds and many

11   organizations like Cornell at that time took

12   the opportunity to add a mutual fund to their

13   provider to give employees the choice of --

14   between annuity contracts and mutual funds.

15   That model in itself creates difficulty in

16   moving to a true single vendor solution.

17        Q.    Are there any vendors that record

18   keep both annuities and mutual funds?

19        A.    Of course.

20        Q.    Who are some of those vendors?

21        A.    TIAA-CREF.

22        Q.    Transamerica?

23        A.    Transamerica at one time

24   administered annuities but they -- that is not

25   their current model to my understanding.

Exhibit A

CONFIDENTIAL

Page 104

1          Q.    Are there any others?

2          A.    VALIC.

3          Q.    So at least three recordkeepers out

4     there during this time period could record keep

5     both annuities and mutual funds?

6          A.    Yes.

7          Q.    Generally, is the literature from

8     experts and professionals in the defined

9     contribution space, that consolidation to a

10    single recordkeeper is a recommended practice?

11               MS. ROSS:   Objection.

12               THE WITNESS:   As a process that --

13    for 401(k) plans is a -- it's certainly a

14    recommended structure.  401(k) assets are

15    maintained in trusts where 403(b) plans are

16    maintained in annuity contracts and the

17    custodial accounts, different than a 401(k)

18    plan, but the bottom line is, there -- other

19    than the movement of -- to TIAA as a sole

20    recordkeeper in the elimination of Fidelity

21    fund, would have been the only conventional

22    model they got to a true single recordkeeper

23    solution here.

24               BY MR. ROHLF:

25          Q.    Now you said 401(k) assets are held

CONFIDENTIAL

Page 109

1    decade or so.

2         A.    They did.

3         Q.    All right.  And are they generally

4    an expert in recordkeeping and administrative

5    services?

6         A.    They are a national player, so I

7    think it's fair to refer to them as that.

8    Remember now, that when we are talking about

9    403(b) plans, that we have a number of

10   different situations.

11            We have both ERISA plans, we have

12   nonERISA plans, including both governmental

13   plans and plans that are private employers

14   plans, but are not -- that take the exemption

15   from ERISA there.

16            For -- many plans, historically, had

17   numerous vendors, I had evaluated plans that

18   had 50, 60, 70 vendors in place, in times gone

19   past, so when you refer to multiple vendors and

20   reducing, you know, and you got to go back in

21   history and understand that many of these plans

22   had, you know, many more than two vendors,

23   five -- -- in often cases, five or more.

24        Q.    All right.  I'm going to show you a

25   document that's going to be Exhibit 288 -- 289.

Exhibit A

CONFIDENTIAL

Page 132

1        potentially talk about what roles the vendor

2        can take, you know, from -- off the shoulders

3        of the clients.

4                So it would talk about -- my role

5        wasn't specifically to recommend.  It was to be

6        the industry expert and explaining the options

7        available to the clients.

8            Q.    Based on the explanation of these

9        options, did a number of clients decide to

10       consolidate to a single recordkeeper?

11               MS. ROSS:  Objection.

12               THE WITNESS:  It was -- several did.

13               BY MR. ROHLF:

14           Q.    What plans were those?

15           A.    Cal Tech and Leigh High.

16           Q.    Any others?

17           A.    Not that had made the decision as of

18       the time I retired.

19           Q.    What about Howard University?

20           A.    Howard -- my project for Howard

21       University predated the regulations.

22           Q.    Okay.  Now when Cal Tech

23       consolidated to a single recordkeeper, did it

24       lower its recordkeeping fees?

25           A.    I don't specifically recall.  We

CONFIDENTIAL

Page 133

1    certainly negotiated -- once we got to the
2    point where we could have a revenue credit
3    account with TIAA, we certainly took advantage
4    of that revenue credit account and negotiated
5    lower fees at that time, similar to Cornell.
6         Q.    When Leigh High consolidated to a
7    single recordkeeper, were its fees reduced?
8         A.    Again, I don't specifically
9    remember.  Leigh High was similar to Cornell
10   and they had two plans that they -- that we
11   consolidated to a single plan so that change
12   in, in itself, would have created the
13   opportunity for cost savings, so it wasn't
14   simply a change from a multi-vendor to a single
15   vendor that -- that was a cause of the revised
16   fee structure.  It was the consolidation of
17   plans.
18        Q.    When did Cal Tech consolidate to a
19   single recordkeeper?
20        A.    I think it was January 1, 2010.
21        Q.    What about Leigh High?
22        A.    That was later, I don't remember if
23   it was '13 or '14, somewhere in that range.
24        Q.    Okay.  When was Mercer retained by
25   Cal Tech?

CONFIDENTIAL

Page 134

1      A.   I had done a number of projects for
2   Cal Tech over the years, so I can't give you a
3   specific -- Cal Tech was an ongoing client of
4   Mercer's for many years, where we provided
5   multi-line of businesses, services under many
6   lines of business, under Mercer, including
7   retirement.
8           There was an ongoing consultant in
9   the southern California area that had worked
10   for -- worked with Cal Tech for many years on
11   their retirement plans.
12      Q.   While you were advising Cal Tech,
13   did they end up negotiating a fixed of capped
14   per-participant fee at some point?
15      A.   I believe their 5500 filings
16   indicate that their fee structure is a
17   per-participant based fee structure.
18      Q.   Do you recall when that went into
19   effect?
20      A.   Not specifically.
21      Q.   Do you recall what that cap was?
22      A.   I do not.
23      Q.   Okay.  And under that capped
24   arrangement, any excess revenue sharing above
25   the -- whatever, the $100 or whatever it was,

CONFIDENTIAL

Page 138

1    utilized by Mr. Otto in his calculations.

2            Q.    Did you use that to do that in an

3    Excel spreadsheet or do you do it by hand, use

4    a calculator?

5            A.    No, I used an Excel spreadsheet.

6            Q.    Did you keep a copy of that?

7            A.    I do not have a copy of it with me.

8            Q.    All right.  Do you know if there is

9    a copy of it?

10           A.    I would have to look.

11           Q.    Okay.  I think we requested it and

12    it wasn't produced to us.

13           A.    It is a very easy calculation.

14           Q.    It's easy if you have an Excel and

15    you can do the multiple calculations.

16           A.    All you have to do is take the same

17    worksheet that Mr. Otto did, and input the

18    TIAA, the TIAA fund base directly off the 5500.

19           Q.    All right.  Did you calculate the

20    per-participant fees for the Cal Tech plans in

21    any other years?

22           A.    No, because, you know, at that

23    point, they were getting revenue sharing so I

24    didn't -- I didn't know specifics on how to

25    allocate that revenue sharing year by year.

Exhibit A

CONFIDENTIAL

Page 139

1      Q.    Do you have any recollection of what
2   those fees were in the subsequent years?
3      A.    My recollection is that they were
4   similar to what the reductions I saw with
5   Cornell, but I don't remember the specifics.
6      Q.    Does that include the revenue credit
7   they also received?
8      A.    The revenue credits were higher for
9   Cornell -- no, excuse me, for Cal Tech, because
10   their average balance per person as I recall
11   was higher.
12      Q.    And do these per-participant fees
13   that you are remembering, are they before or
14   after the revenue sharing is applied?
15      A.    They were -- well, once the revenue
16   credit account was -- what I am recalling is
17   the negotiation of the required revenue amount,
18   just like we did -- just like Captrust did with
19   Cornell.  We knew at that point what the
20   required revenue was for -- for administrative
21   services.
22      Q.    Okay.  Can you estimate for us what
23   the Cal Tech per-participant fee was in 2011?
24         MS. ROSS:  Objection.  Asked and
25   answered.

CONFIDENTIAL

Page 140

1                  THE WITNESS:  No.

2                  BY MR. ROHLF:

3          Q.     Any other year, other than 2010?

4          A.     That's the only year -- again, years

5     after that would have -- there was no way to

6     determine the required revenue without knowing

7     the specifically negotiated amount with the

8     vendor.

9          Q.     You said in your report, though,

10    that you verified that it was a single -- a

11    similar trajectory as Cornell.  How did you

12    verify it, if you can --

13         A.     Simply based on recollection.  The

14    trajectory was similar in the slope.

15         Q.     And what do you mean by the

16    trajectory being similar?

17         A.     That we saw a -- that we were able

18    to negotiate a continued reduction in the

19    required revenue with -- with TIAA and Cal Tech

20    situation and with both TIAA and Cornell and

21    Fidelity that was done by Captrust.

22         Q.     Was the magnitude of that reduction

23    the same?

24                 MS. ROSS:  Objection.

25                 THE WITNESS:  The only thing I can

CONFIDENTIAL

Page 141

1      tell you is that to the best of my

2      recollection, it was -- it was similar.  I

3      can't relate specifics.  I don't have that

4      specific recollection.

5              MR. ROHLF:  Okay.  I think let's

6      break for lunch right now.

7              MS. ROSS:  Okay.

8              THE VIDEOGRAPHER:  We are going off

9      the record.

10             This is the end of Media Unit No. 3.

11             The time is 12:09.

12             (A short recess was taken.)

13             THE VIDEOGRAPHER:  We are going back

14     on the record.

15             This is the beginning of Media Unit

16     No. 4.

17             The time is 12:52.

18             You may proceed, Counsel.

19             BY MR. ROHLF:

20        Q.    All right.  Before we broke for

21     lunch, we were talking about consolidation to a

22     single recordkeeper and some data related to a

23     number of higher education plans that

24     consolidated.

25             Have you ever heard of a firm called

CONFIDENTIAL

Page 144

1      recordkeepers.

2           Q.    What do you mean by comparable

3      organizations to Cornell?

4           A.    Higher ed organizations of the size

5      and asset level of Cornell.

6           Q.    Okay.  Where is the cutoff on

7      participant numbers when an organization is

8      comparable to Cornell?

9           A.    Well, I don't think you can do it

10     specifically on participant numbers.  You would

11     look at the types of plans they have, the

12     amount of assets they have, number of

13     participants is also a characteristic but all

14     of those -- all of those issues come into

15     consideration.

16          Q.    What types of plans would a plan

17     sponsor have to have to be like Cornell?

18          A.    They would have -- they would have

19     -- specifically have the 403(b) plan

20     specifically and having multiple plans would

21     make their recordkeeping comparable.

22          Q.    Okay.  And what amount of assets

23     would they need to have to be comparable to

24     Cornell?

25          A.    I would say in general, a billion

CONFIDENTIAL

Page 145

1     dollars and over, but I would think -- but when

2     you look -- when you are looking at

3     comparables, you try to show a full range of

4     everything you can find to see how they compare

5     to the market in general.

6          Q.   And how many participants would they

7     need to have to be comparable to Cornell?

8          A.   Again, it would depend on the

9     situation but you would want to get as close as

10    you can.

11         Q.   Okay.  In your report here, you cite

12    a number of times to a Transamerica higher

13    education survey?

14         A.   I -- well, I believe the

15    Transamerica survey was mentioned in the

16    plaintiff's experts' reports.

17         Q.   It was also mentioned in your report

18    though.

19         A.   Well, I think I -- yeah, I may have

20    mentioned it as well.

21         Q.   And do you understand that

22    Transamerica does a yearly survey of higher

23    education plans?

24         A.   I do.

25         Q.   And did you review that survey when

Exhibit A

CONFIDENTIAL

Page 167

1    presented to RPOC that analyzed the fees on a

2    per-participant basis?

3        A.    The -- particularly the -- the fee

4    -- the -- the revenue reports from Fidelity

5    specifically provided that information.

6        Q.    Do you know if RPOC ever reviewed

7    those Fidelity reports in a meeting?

8        A.    I would have no reason to know that.

9            MR. ROHLF:  Okay.  Let's look at one

10   of those Fidelity reports.

11           It's going to be Exhibit 295.

12           (Deposition Exhibit 295 was marked

13   for identification.)

14           MR. ROHLF:  CAPTR_0039566.

15           BY MR. ROHLF:

16       Q.    Is this the type of Fidelity report

17   you were discussing?

18       A.    Yes.

19       Q.    Where does this analyze the fees on

20   a per-participant basis?

21       A.    On Page 6.

22       Q.    So it does -- but it only calculates

23   out for Fidelity the per-participant fee; is

24   that correct?

25       A.    This is a Fidelity report.

Exhibit A

CONFIDENTIAL

Page 175

1           What's the fourth best practice

2      there?

3           A.    It says:  "Benchmark and negotiate

4      recordkeeping and trustee fees at least every

5      other year."

6           Q.    Do you agree that that's a best

7      practice?

8           A.    Yes.

9           Q.    Did Cornell negotiate at least every

10     other year?

11          A.    They regularly negotiated, and I

12     think we saw the results of those negotiations

13     and the -- the regular drop in fees.

14          Q.    Can you read the first sentence

15     underneath that for me out loud.

16          A.    Under 4?

17          Q.    Yep.

18          A.    "Comparing a plan's recordkeeping

19     and trustee fees to the fees of other plans

20     based on survey data or publicly available

21     information does not provide a fiduciary safe

22     harbor for monitoring the reasonableness of

23     fees?

24          Q.    Do you agree with that statement?

25          A.    It's back -- it's back to the reason

CONFIDENTIAL

Page 176

1    why Mercer did RFIs, is that that was the --

2    that just using publicly available information

3    doesn't give you enough information to do

4    appropriate benchmarking.

5             It doesn't talk about a database

6    here.  It talks about publicly available survey

7    data.

8        Q.   Is a database better than publicly

9    available survey data?

10       A.   I think, in general, that's -- that

11   -- that's true.  In a -- in a database you

12   can -- you can slice and dice it to get the

13   information that's relevant to the -- your

14   situation.

15       Q.   It's going to depend on the

16   robustness of the database, isn't it?

17       A.   That would --

18            MS. ROSS:  Objection.

19   Argumentative.

20            THE WITNESS:  That would be true in

21   every situation.

22            BY MR. ROHLF:

23       Q.   Okay.  And you don't know how robust

24   the Captrust database is, do you?

25       A.   I -- as I mentioned earlier, I

CONFIDENTIAL

Page 181

1    written down here.

2            287.

3            BY MR. ROHLF:

4        Q.    Can you read out loud the last

5    bullet point on this page.  It's in blue.

6        A.    "From a plan sponsor's governance

7    perspective, hard dollar per-participant fees

8    are generally more transparent and more

9    accurately reflect the" two -- "true cost of

10   providing administration."

11       Q.    Did you know did that got changed at

12   all from this draft to the final presentation?

13       A.    I have no -- no knowledge of what --

14   what changed.

15       Q.    Do you agree with this statement?

16       A.    Yes.  I -- I think it's -- it's

17   true.  It's -- but it's back, again, to --

18   remember the audience here.  Talking to

19   community colleges that don't have the

20   resources that a ivy league institution has

21   with regard to ongoing monitoring.

22            Clearly, to the extent that those

23   organizations can get a fixed-fee cost, it

24   takes that -- it -- it -- it eliminates some of

25   the issues that you have to monitor on an asset

Exhibit A

CONFIDENTIAL

Page 182

1       base -- basis.

2            Q.    Well, do you know anyone at Cornell

3       that was monitoring the fees?

4            A.    Captrust.

5            Q.    Captrust.

6                  Do you know if Captrust looked at

7       those fees on a per-participant basis?

8            A.    That would be a question for

9       Captrust.

10           Q.    Okay.  Did you review the Captrust

11      depositions in this case?

12           A.    I reviewed -- I reviewed the -- yes,

13      I did review the Captrust depositions.

14           Q.    Do you remember them discussing

15      whether they reviewed the fees on a

16      per-participant basis?

17           A.    I remember -- not specifically,

18      other than I recall one deposition that -- that

19      indicated that -- that they were -- were

20      doing -- that in 2017 that they were looking at

21      it.

22           Q.    Okay.  In the second bullet point,

23      the second sentence, you say:  "This revenue

24      approach allows" vendor to -- "vendors to widen

25      profit margins more quickly through asset

Exhibit A

CONFIDENTIAL

Page 183

1    growth than would be possible by increasing

2    revenues based on an increase in" -- "in the

3    number of participants."

4            And by this approach, you mean an

5    asset-based approach, right?

6        A.    Yes.

7        Q.    Do you -- do you --

8        A.    And again, it all -- it all is

9    consistent with what I've said before, that if

10   you negotiate a fixed fee, you have less -- it

11   takes off some of the concern over ongoing

12   monitoring.

13       Q.    Is it fair to say that you and your

14   colleague at Mercer regularly advised clients

15   that per-participant fees were a better method

16   of controlling plan expenses than asset-based

17   fees?

18           MS. ROSS:   Objection.

19           THE WITNESS:   And -- and that -- and

20   that is consistent with the -- the monitoring

21   comment.

22           BY MR. ROHLF:

23       Q.    Okay.   Is it your opinion that it is

24   more costly to recordkeep a fixed annuity than

25   a mutual fund?

CONFIDENTIAL

Page 184

1        A.    Yes.

2        Q.    Is it your opinion it's more costly

3    to recordkeep a variable annuity than a mutual

4    fund?

5        A.    Not to the same extent that it is a

6    fixed annuity.

7        Q.    Okay.  What is your basis for this

8    opinion?

9        A.    Fixed -- fixed annuities are --

10   particularly TIAA fixed annuities have a lot of

11   components to them.  First you have multiple

12   different annuity types.  You've got -- just to

13   -- to name the -- the main ones, you've got

14   RAs, GRAs, SRAs, GSRAs, a number of others.

15            You've got vintages, which require

16   monitoring the -- the investments on -- on a --

17   on multiple periods of time.  You've got

18   minimum crediting rates.  You've got withdrawal

19   restrictions that apply -- that -- that -- that

20   vary by contract.  You have distribution

21   provisions that vary by contract and have to be

22   monitored in the recordkeeping system and

23   restricted appropriately.  You've got surrender

24   charges that potentially apply, depending on

25   the actions taken by the participant.  You've

Veritext Legal Solutions

Exhibit A

CONFIDENTIAL

Page 185

1      got -- you've even got regulatory provisions

2      that differ between annuity contracts and

3      mutual funds on a grandfathered basis.

4              You've got -- you also have to

5      take -- when you're explaining all that to new

6      participants, you've got to explain all those

7      provisions.  It takes a lot more time to

8      explain all those provisions to an employee

9      than explaining -- than explaining a mutual

10     fund.

11             You also have to spend a lot more

12     time on the -- in discussing the distribution

13     phase.  Annuities are -- you have a lot of

14     different options in the distribution phase

15     than in annuities that have to be -- where you

16     have to spend time with -- with the

17     participants.

18             So there are a lot of components

19     that -- that are driven in the recordkeeping.

20        Q.    Have you ever been involved in

21     recordkeeping an annuity?

22        A.    I have not directly kept annuities.

23        Q.    Okay.

24        A.    But I have -- but I -- but I worked

25     with clients who had annuities for 20 years and

CONFIDENTIAL

Page 186

1    have had numerous discussions.

2         Q.    All right.  So let's break down

3    the -- the things you just listed.

4              One, multiple different types of

5    annuity contracts, right?

6         A.    Right.

7         Q.    There are different share classes

8    and other differences between -- within mutual

9    fund, aren't there?

10        A.    There are.  But you don't typically

11   have -- you don't have multiple share classes

12   in the same plan of the same -- the same fund.

13        Q.    Okay.  Now vintages.

14        A.    Yes.

15        Q.    Vintages are basically the period

16   where the fund is invested, and there may be a

17   different credit rating based on when it is

18   vested; is that right?

19        A.    Yeah.  Depending on the year it was

20   deposited.

21        Q.    Okay.  Do you know -- is it

22   generally the role of the investment manager or

23   their recordkeeper to calculate the earnings or

24   the daily valuation of a fund?

25        A.    For the entire fund, it's -- it's

CONFIDENTIAL

Page 188

1          A.    I do.  I -- no.  I don't have any

2     reason to dispute it.  But I would say that it

3     probably varies over time.

4          Q.    Okay.  But you don't know how much

5     it was in 2 -- how many vintage types there

6     were in 2010, do you?

7          A.    I do not.

8          Q.    Okay.  And so you don't know if it

9     was less or more than six?

10         A.    No.

11         Q.    Okay.  Now, you relied on -- I think

12    we discussed a number of time -- Mr.

13    Chittenden's declaration from the New York

14    University trial?

15         A.    Yes.

16         Q.    But you didn't review his trial

17    testimony in that case, did you?

18         A.    No.

19         Q.    Did you know that Mr. Chittenden

20    testified that he was not aware of any cost

21    comparison of recordkeeping an annuity versus a

22    mutual fund that had ever been conducted by

23    TIAA?

24         A.    I -- I didn't review that

25    information.  So I would have no way of knowing

CONFIDENTIAL

Page 192

1           BY MR. ROHLF:

2      Q.    Do you recognize this document?

3      A.    I'm -- I'm looking at it.

4            I do not recall reading this

5    document.

6      Q.    Okay.  Can you go to Page 167.

7            MS. ROSS:  Again, I'm going to have

8    the exact same objection, asking him questions

9    taken out of context of a document that, by my

10   account, is 331 pages.

11           BY MR. ROHLF:

12     Q.    Sir, are you at 1 -- Page 167?

13     A.    Not yet.

14           MR. HATCH:  If you click on the top

15   right, those three dots, you can go straight to

16   the page site.  Just type in...

17           THE WITNESS:  Okay.

18           BY MR. ROHLF:

19     Q.    And you'll look at Line 20.

20           It says:  "Has TIAA ever quantified

21   the cost of recordkeeping fixed annuities?"

22           And Mr. -- and TIAA's corporate

23   representative answers:  "I do not know with

24   specificity the costs around recordkeeping a

25   fixed annuity."

Exhibit A

CONFIDENTIAL

Page 193

1        A.    Okay.

2        Q.    Do you see that?

3        A.    I do see that.

4        Q.    So if TIAA's own corporate

5    representatives don't know how much it cost --

6    cost to recordkeep a fixed annuity, how do you

7    know that it costs more?

8              MS. ROSS:  Objection.

9              THE WITNESS:  I can just tell you

10   that it -- it has been -- that I -- that has

11   been stated to me on, you know, multiple times

12   by multiple parties.  And I -- based upon my

13   understanding of the required -- all the

14   provisions within an annuity contract, that I

15   had no reason to question that.

16             MR. ROHLF:  Okay.

17             MS. ROSS:  And again, I'm going to

18   object.  You're making assumptions by pulling

19   one line out of a 331-page document.

20             MR. ROHLF:  Well, if there's a -- if

21   it's --  there's an inconsistent statement,

22   you're perfectly willing -- you -- you have

23   time to question the witness about it, Nancy.

24             MS. ROSS:  Well, Joel, we're not

25   going to be here until midnight to give us all

CONFIDENTIAL

Page 197

1          Q.     And they may have a surrender

2     charge?

3          A.     Again, they would potentially have

4     a -- a market value adjustment if the plan

5     sponsor moved out of that investment.

6          Q.     Okay.  Are you offering an opinion

7     on the difference between recordkeeping of

8     401(k) plan versus a 403(b)?

9          A.     I'm offering a -- an opinion on

10    the -- on the -- whether the cost under this

11    plan was -- were -- were reasonable.

12         Q.     Okay.  How are -- how is

13    recordkeeping a 403(b) plan different than a

14    401(k) plan?

15         A.     That -- the rec -- cost of

16    recordkeeping is dependent on all the -- all

17    the features we've discussed the before.  It's

18    dependent on the complexity of the plan.  It's

19    dependent upon the -- the administrative

20    structure.  It's -- it's dependent on the

21    services being provided, which are often

22    different then a 401(k) plan.

23         Q.     Okay.  Well, you -- when was the

24    last time you advised 401(k) plans?

25         A.     As I indicated earlier, some of my

Exhibit A

CONFIDENTIAL

Page 198

1      nonprofit clients have both 403(b)s and

2      401(k)s.

3           Q.   Did they have different pricing for

4      the 401(k) plan versus their 403(b) plan?

5                MS. ROSS:  Objection.

6                THE WITNESS:  I would say in some

7      cases.  That's probably not the norm, but in

8      some cases.

9                BY MR. ROHLF:

10          Q.   But generally if a plan sponsor has

11     a 401(k) -- 401(k) and a 403(b) plan they're

12     priced the same?

13               MS. ROSS:  Objection.

14               THE WITNESS:  Typically vendors

15     price on a -- on their total book of business

16     with the -- the plan sponsor.

17               BY MR. ROHLF:

18          Q.   What are the differences between a

19     4019k) and a 403(b) plan that causes the

20     recordkeeping cost to be different?

21               MS. ROSS:  Objection.  Asked and

22     answered.

23               THE WITNESS:  And I -- I answered

24     that one just a second ago.

25               BY MR. ROHLF:

CONFIDENTIAL

Page 206

1    used the information provided that you
2    mentioned -- just mentioned to -- to
3    demonstrate that the fees paid by -- by Cornell
4    were comparable to most other organizes.
5            BY MR. ROHLF:
6        Q.    And most other organizations, you
7    just mean institutions of higher education?
8        A.    Yes.
9        Q.    You didn't look at any healthcare
10   plans, did you?
11       A.    I didn't have information on
12   healthcare plans that were receiving -- that
13   had comparable plans with comparable services.
14       Q.    Okay.  But would healthcare plans be
15   a good benchmark if you had access to some?
16       A.    Only if they -- again, I could
17   demonstrate that those plans were -- were
18   comparable in -- in the different components I
19   just mentioned.
20       Q.    Okay.  And you looked at some data
21   that Cammack provided to Columbia; is that
22   correct?
23       A.    Yes.
24       Q.    And how did you get that data?
25       A.    It was provided through Cornerstone.

CONFIDENTIAL

Page 209

1          Q.    Now, your process at Mercer involved

2     comparing fees to multiple vendors through an F

3     -- RFI, correct?

4          A.    Correct.

5          Q.    So you didn't use the same

6     methodology you used in practice at Mercer

7     here; is that correct?

8               MS. ROSS:  Objection.  I can't hear

9     you.

10              BY MR. ROHLF:

11         Q.    So you did not use the same

12     methodology here as you did in practice,

13     correct?

14         A.    I did not go out and conduct an RFI,

15     no.

16         Q.    And you didn't rely on any RFI

17     results either?

18         A.    Correct.

19         Q.    Now, the data you -- you rely on

20     from Captrust is from 2014 to 2017; is that

21     correct?

22         A.    Yes.

23         Q.    Okay.  At Mercer did you ever rely

24     on data from Captrust?

25         A.    No.

CONFIDENTIAL

Page 211

1    enough Excel that PDF expert will work for you.

2    Let me know if it looks funny.

3              THE WITNESS:  It's looking okay.

4              BY MR. ROHLF:

5         Q.   Do you recognize this document?

6         A.   I do.

7         Q.   And what is it?

8         A.   It's the document that we received

9    from Captrust that provided some comparable

10   data to other clients of theirs.

11        Q.   Okay.  And it lists around 13

12   schools there, one of those being Cornell?

13        A.   I didn't -- that sounds about --

14   that sounds right.

15        Q.   Okay.  And you excluded Kinkaid

16   College and Wofford College, Wofford College?

17             Is that how --

18        A.   Yes, I did.

19        Q.   -- you say it?  Okay.

20             Now, in 2014 do you recall how many

21   participants there were for -- in Wofford?

22        A.   I'd have to look that -- look that

23   up.  But in the neighborhood of 20,000.

24        Q.   Yeah.

25             So I think -- 18,470, does that

CONFIDENTIAL

Page 212

1      sound around right -- about right?

2          A.    How many?

3          Q.    18,470?

4                We -- I can pull up the 5500 --

5          A.    Yeah.  I don't -- I don't have any

6      reason to question that.

7          Q.    Okay.  And 10,982 for -- for TDA;

8      does that sound about right?

9          A.    Yes.

10         Q.    Okay.  And that's just participants

11     in the two Cornell plans.

12               There are also the Weill Cornell

13     plans, correct?

14         A.    Yes.

15         Q.    All right.  And they -- they use

16     TIAA as well, correct?

17         A.    Yes.

18         Q.    Okay.  Now, I think most of the --

19     most of the entries on these -- this Excel

20     spreadsheet don't have participant accounts, do

21     they?

22         A.    They don't have what?

23         Q.    Participant accounts.

24         A.    That's correct.  Only -- only three

25     of them had --

CONFIDENTIAL

Page 213

1      Q.    Okay.

2      A.    -- unique participants.

3      Q.    Did you investigate at all to

4   determine what the participant count were for

5   these other plans?

6      A.    I have no way of doing that.

7      Q.    Can you look at 5500s?

8      A.    That would have -- that would have

9   told me the -- the total participants.  It

10  wouldn't have given me any information

11  whatsoever of the participants by vendor.

12     Q.    Okay.  But the total participants in

13  the plan, that would be the maximum number that

14  could be using TIAA, right?

15     A.    Yes.

16     Q.    Okay.  So the first one there is

17  University of Miami.

18           Do you see that?

19     A.    Yep.

20     Q.    Do you know if this is the

21  University of Miami in Florida or Ohio?

22     A.    I didn't investigate that.

23           MR. ROHLF:  Well, I think it's

24  Florida.  Because I think the other one's Miami

25  University.  But I could be wrong.  I didn't --

CONFIDENTIAL

Page 214

1    I also didn't investigate that.

2              But I was able to find two 5500s for

3    the University of Miami in Florida in 2014.  So

4    let's -- let's look at that.  Let's look at the

5    5500 for the first one, University of Miami

6    Retirement Saving Plan 2 in this --

7              MR. HATCH:  Is that 2013 or 2014?

8              MR. ROHLF:  2013.  Or it should

9    be --

10             MR. HATCH:  One minute.

11             MR. ROHLF:  Well, 2013.  So 2014

12   will be somewhat similar.  So...

13             And this will be Exhibit 301.

14             (Deposition Exhibit 301 was marked

15   for identification.)

16             BY MR. ROHLF:

17        Q.   All right.  Do you have Exhibit 301

18   in front of you?

19        A.   I do.

20        Q.   And is this the -- it's actually

21   2014.  We pulled the wrong year here for this.

22   But the -- the Form 5500 for the University --

23        A.   This is the 2013 --

24        Q.   Yeah.

25        A.   -- 5500.

CONFIDENTIAL

Page 215

1          Q.    Yeah.  It's 2013 on this one.

2     Unfortunately we pulled --

3               MR. ROHLF:  Yeah, let's -- if we

4     have 2014, let's use 2014.  I want 2014.  So

5     share 2014 on -- in the -- the retirement

6     savings plan 2.  The same one we're on now.

7               That will be Exhibit 302.

8               (Deposition Exhibit 302 was marked

9     for identification.)

10               BY MR. ROHLF:

11          Q.    Do you have Exhibit 302 in front of

12     you?

13          A.    I do.

14          Q.    This is a 2014 5500 for the

15     University of Miami Retirement Savings Plan 2?

16          A.    Okay.

17          Q.    And if I wanted to know how many

18     participants were in this plan, where would I

19     look?

20          A.    You would look on the -- on the next

21     page, the number of participants with balance

22     was 2,962.

23          Q.    All right.  So there were290 -- so

24     the maximum number of TIAA accounts in this

25     plan would be 20 -- 2,962, right?

Exhibit A

CONFIDENTIAL

Page 216

1          A.    Right.

2                MR. ROHLF:  And then I was able to

3     find one other plan for the University of

4     Miami.  And I'm going to share it -- 5500 with

5     that -- with you right now, which is going to

6     be Exhibit 303.

7                (Deposition Exhibit 303 was marked

8     for identification.)

9                BY MR. ROHLF:

10         Q.    Do you have 303 in front of you?

11         A.    I do.

12         Q.    And this is the University of Miami

13    Supplemental Retirement Annuity Program; is

14    that right?

15         A.    Yes.  That's what it says.

16         Q.    And if you go down to the 6G there,

17    there's -- let's see -- it's 5,531; is that

18    right?

19         A.    Yes.

20         Q.    So if you add the 2,962 plus the

21    5,531, if I turn my calculator on, you get

22    8,493 participants, so roughly 8,500.

23                Does that sound right?

24         A.    Yep.

25         Q.    And again, at this time in the CURP

CONFIDENTIAL

Page 217

1    alone there are over 18,000 participants,

2    right?

3         A.    Yes.

4         Q.    So there are 10,000 more

5    participants in the -- in the Cornell plan at

6    least.

7              MS. ROSS:  Can we get back to the

8    Excel spreadsheet, please.

9              MR. ROHLF:  You can pull it.  It

10   should still be up on your --

11             MS. ROSS:  It's not.

12             MR. HATCH:  There's a side panel.

13             THE WITNESS:  I don't see it.

14             MR. ROHLF:  That's because it comes

15   up in a different app.

16             Just reshare it, please.

17             BY MR. ROHLF:

18        Q.    And going back to the Excel

19   spreadsheet, it says there's four plans with

20   TIAA.  I was only able to find two that had

21   5500.  So -- and then that's the best we know

22   is there's 8,500 participants.  There may be

23   others out there.

24             All right.  Then the second you list

25   is Roanoke -- Roanoke College, right?

CONFIDENTIAL

Page 218

1              If you look on that?

2       A.    Yep.

3       Q.    That you used.  Kay and Lawford are

4    in between, but you excluded those.

5              Do you know how many participates

6    are in the Roanoke College plans?

7       A.    I do not.

8              MS. ROSS:  Are you providing us with

9    something?  We have an airdrop popping up.

10             MR. HATCH:  I just -- yeah.  I

11   just --

12             MR. ROHLF:  Yeah.  He's a little bit

13   ahead of me.  We'll get to that in a second.

14             BY MR. ROHLF:

15      Q.    Did you look at their 5500s?

16      A.    I did not.

17      Q.    Do you know what services TIAA

18   provided to Roanoke College?

19      A.    I do not.

20             MR. ROHLF:  All right.  Well, let's

21   look at the 5500.

22             And is this -- do you have -- it's

23   going to be Exhibit 304.

24             (Deposition Exhibit 304 was marked

25   for identification.)

CONFIDENTIAL

Page 219

1          BY MR. ROHLF:

2          Q.    Is this the Roanoke College Defined

3     Contribution Retirement Plan 2014 5500?

4          A.    Yes.

5          Q.    And if you go down to good old Line

6     6G, how many participants are listed there?

7          A.    1,100 and -- where am I?  Sorry.

8     Lost the page.  1,156.

9          Q.    And again, there were over 1,800

10    unique participants --

11         A.    Yep.

12         Q.    -- in CURP alone?

13         A.    Right.  Yep.

14               But I was trying to --

15         Q.    So --

16         A.    What I was trying to do with this

17    chart was simply show a range of -- of fees

18    that different organizations pay.

19         Q.    Well, this is roughly 18 times --

20         A.    I -- yep.

21         Q.    -- and considerable magnitude less

22    in size, right?

23         A.    Yes.

24         Q.    As we discussed earlier, participant

25    count affects per-participant cost, right?

CONFIDENTIAL

Page 220

1       A.    It does.

2             MS. ROSS:  Objection.

3             BY MR. ROHLF:

4       Q.    Is it appropriate to compare a plan

5    with 1,800 participants to one with 1,100?

6             MS. ROSS:  Objection.

7             Let's go back to the Excel --

8    Excel -- how do I get back to the Excel

9    spreadsheet?

10            MR. ROHLF:  It's probably on a -- if

11   you double-click, you just open up another app,

12   and it should come up.  It's still on your

13   screen, I'm guessing, depending on --

14            MS. ROSS:  I have it.

15            BY MR. ROHLF:

16      Q.    It list two for Roanoke College, but

17   I'll represent to you I've searched form 5500s.

18   I only found one that matched Roanoke College.

19   So --

20      A.    Okay.

21      Q.    There may be another one sitting out

22   there.  I don't know.  Or Captrust could be

23   wrong.

24            So -- but either way, I don't think

25   it probably has 17,000 participants in it, do

CONFIDENTIAL

Page 221

1    you?

2              MS. ROSS:  Objection.

3              MR. DOSCH:  Objection.

4              THE WITNESS:  I don't know.

5              BY MR. ROHLF:

6         Q.    All right.  Would you have compared

7    a plan with 1,100 participants to one to 18,000

8    at Mercer?

9         A.    Again, I was simply trying to

10   utilize every -- what I indicated was I was

11   strictly using all the data I could -- had

12   available to me that was provided to me to show

13   the range of fees.  I wasn't -- I used every --

14   I -- I didn't cherry-pick any data.  I used

15   every data point that was provided to me.

16        Q.    All right.  And then the next listed

17   there is Le Moyne College, I think --

18        A.    Yep.

19        Q.    -- if I'm pronouncing that correct?

20        A.    Same -- same comment.

21        Q.    So you --

22        A.    I simply --

23        Q.    -- you don't know how --

24        A.    I'm simply used every data point

25   that was provided to me.

CONFIDENTIAL

Page 222

1          Q.    Okay.  But you don't know how many
2     participants are in there?
3          A.    I do not.
4          Q.    And you don't know what services
5     TIAA is providing them, do you?
6          A.    No.
7               MR. ROHLF:  Okay.  Well, let's look
8     at this 2014 5500 for Le Moyne.
9               This is going to be Exhibit 305.
10              (Deposition Exhibit 305 was marked
11     for identification.)
12              BY MR. ROHLF:
13         Q.    Do you have Exhibit 305 up?
14         A.    I do.
15         Q.    And this is the 2014 Form 5500 for
16     Le Moyne College 403(b) plan, right?
17         A.    Yep.
18         Q.    And what -- how many participants
19     with active account balance are listed in Line
20     6G?
21         A.    1,167.
22         Q.    So again, that's significantly less
23     than the Cornell plan, correct?
24              MS. ROSS:  Objection.
25              THE WITNESS:  Correct.

Exhibit A

CONFIDENTIAL

Page 223

1              BY MR. ROHLF:

2         Q.    And the next college on the list,

3    you used Davidson College.

4              Do you know how many participants

5    were in the Davidson College plan?

6         A.    I do not.

7         Q.    Do you know what services TIAA

8    provided them?

9         A.    No.

10        Q.    Did you review the 5500s for the

11   Davidson College plan?

12        A.    I did not.

13             MR. ROHLF:  All right.  Well, let's

14   take a look.  I think it lists two Davidson

15   plans.  The first we're going to show you is

16   the Davidson tax deferred annuity plan.

17             And this will be Exhibit 306.

18             (Deposition Exhibit 306 was marked

19   for identification.)

20             BY MR. ROHLF:

21        Q.    All right.  And so you have Exhibit

22   306 in front of you?

23        A.    I do.

24        Q.    And this is the 2014 Form 5500 for

25   the Davidson College Tax Deferred Annuity Plan,

CONFIDENTIAL

Page 224

1    correct?

2         A.    Yes.

3         Q.    Go -- you go do to 6G, how many

4    participants are there listed there?

5         A.    1,031.

6              MR. ROHLF:  1,031.

7              Okay.  Now it mentions a second

8    Davidson College plan.  So I'm going to share

9    with you what's going to be Exhibit 307.

10             (Deposition Exhibit 307 was marked

11   for identification.)

12             MR. ROHLF:  All right.  Maybe we'll

13   -- we'll come back to the second Davidson

14   College.  Evidently it's not on our iPad.

15             BY MR. ROHLF:

16        Q.    All right.  The next college you

17   list is Furman University.  If you would go

18   back to Exhibit 300, I believe.  Yeah.

19             Do you know how many participants

20   were in the Furman University plan?

21        A.    I do not.

22        Q.    Okay.  It list two plans there for

23   Furman.

24             Do you know what services the Furman

25   University plans received?

CONFIDENTIAL

Page 225

1        A.    No.

2              MR. ROHLF:  So what I'm going to

3     share with you first is the -- the 2014 Form

4     5500 for the Furman University Defined

5     Contribution Retirement Plan.

6              And this will be Exhibit 308.

7              (Deposition Exhibit 308 was marked

8     for identification.)

9              BY MR. ROHLF:

10       Q.    Do you have Exhibit 308 in front of

11    you?

12       A.    I do.

13       Q.    And this is the form -- 2014 Form

14    5500 for the Furman University Defined

15    Contribution Retirement Plan; is that correct?

16       A.    Correct.

17       Q.    And how many participant are listed

18    in Line 6G?

19       A.    1,409.

20             MR. ROHLF:  Okay.  And now it

21    mentions a second Furman plan.  So I'm going to

22    share that plan with you, which is a Furman

23    University Tax Deferred Annuity Plan.

24             This is going to be Exhibit 309.

25             (Deposition Exhibit 309 was marked

Exhibit A

CONFIDENTIAL

Page 226

1          for identification.)

2                    BY MR. ROHLF:

3          Q.    Do you have Exhibit 309 in front of

4     you?

5          A.    Yes.

6          Q.    And is this the Form 5500 from 2014

7     for the Furman University Tax Deferred Annuity

8     Plan?

9          A.    Yes.

10         Q.    And how many participants are in

11    Line 6G there?

12         A.    715.

13         Q.    So if you add that 715 to the 1,409

14    we talked earlier, you get 2,124, so --

15         A.    Yep.

16         Q.    --  just over 2,100 participants,

17    right?

18         A.    Yep.

19         Q.    Is it appropriate to compare a plan

20    with 2,100 participants to 18,000?

21         A.    Again, I was simply trying to show a

22    range of -- of fees for the -- for every data

23    point I had.

24                    MR. ROHLF:  All right.  Let's go

25    back to Davidson again.  I think we established

Exhibit A

CONFIDENTIAL

Page 227

1      the first plan had 1,031 earlier.  I'm going to

2      show you the -- the Form 5500 from 2014 for the

3      Davidson College retirement plan.

4              And this is going to be Exhibit 310.

5              (Discussion held off the

6      stenographic record.)

7              MR. ROHLF:  This will be 307.

8      Strike that.  I forgot I used a number before.

9      This will be Exhibit 307.

10             BY MR. ROHLF:

11     Q.    Do you have it in front of you?

12     A.    I have the Davidson College

13     retirement plan for 2014 5500.

14     Q.    Okay.  And how many participants are

15     in Line 6G of that?

16     A.    1,349.

17     Q.    So if we add the 1,031 from the

18     first plan to the 1,349 from this, we get

19     2,380.

20             So we'll round up to 2,400; is that

21     correct?

22     A.    Okay.

23     Q.    And again, that's significantly less

24     than the 18,000 that are in CURP alone,

25     correct?

CONFIDENTIAL

Page 228

1          MS. ROSS:  Objection.

2          THE WITNESS:  Yes.

3          BY MR. ROHLF:

4     Q.    Okay.  Now, the next university

5     listed there is Wake Forest, and it says Wake

6     Forest has one plan; is that correct?

7     A.    I don't have that spreadsheet in

8     front of me.

9     Q.    Okay.  Go back to Exhibit 300.  It

10    says "Wake Forest 1 Plan."

11          Did you look at the 5500 from that

12    plan for Wake Forest?

13    A.    I did not.

14    Q.    Do you know what services TIAA

15    provided to Wake Forest?

16    A.    I did not.

17          MR. ROHLF:  All right.  Well, let's

18    take a look at the 5500.

19          And this will be Exhibit 310.

20          (Deposition Exhibit 310 was marked

21    for identification.)

22          BY MR. ROHLF:

23    Q.    And is this the 2014 Form 5500 for

24    the Wake Forest University Retirement Plan?

25    A.    Yes.

Exhibit A

CONFIDENTIAL

Page 229

1           Q.    And how many participants are listed
2      in Line 6G?
3                 MR. DOSCH:   Can you share that
4      again.
5                 THE WITNESS:   4,212.
6                 BY MR. ROHLF:
7           Q.    And so that's 14,000 less than CURP
8      alone; is that correct?
9           A.    Yes.
10          Q.    And I think, if you go back -- and
11     next is the William Marsh Rice University
12     plans.  And I think it lists four plans there.
13     I was only able to find two.  All right?  And
14     so, if you're aware of other plans, let me
15     know.
16                But did you look for the four 5500s
17     or any of these plans?
18          A.    I did not.
19                MR. ROHLF:   All right.  Well, let's
20     look at the 5500 from the William Marsh Rice
21     Defined Contribution Plan, 2014.
22                And this will be Exhibit 311.
23                (Deposition Exhibit 311 was marked
24     for identification.)
25                BY MR. ROHLF:

CONFIDENTIAL

Page 230

1          Q.    Do you have Exhibit 311 in front of
2    you?
3          A.    Yes.
4          Q.    And this is a 2014 Form 5500 for the
5    William Marsh Rice University Defined
6    Contribution Plan, correct?
7          A.    Yes.
8          Q.    And --
9          A.    Hold on a second.  Okay.
10         Q.    How many participants are in
11   Line 6G?
12         A.    7,296.
13              MR. ROHLF:  Okay.  And now I'm going
14   to share Exhibit 312 with you.  This is going
15   to be the William Marsh Rice 403(b) plan Form
16   5500 for 2014.
17              (Deposition Exhibit 312 was marked
18   for identification.)
19              BY MR. ROHLF:
20         Q.    Do you have Exhibit 3 -- 312 in
21   front of you?
22         A.    I do.
23         Q.    And is it the 2014 Form 5500 for the
24   William Marsh Rice University 403(b) plan?
25         A.    Yes.

CONFIDENTIAL

Page 231

1          Q.    And how many participants are listed

2      in Line 6G there?

3          A.    4,163.

4          Q.    So if we add the 4,163 to the 7,296

5      we had earlier, we get 11,459.

6                So sound about right?

7          A.    Yep.

8          Q.    And that's around 7,000 participants

9      less than the minimum unique participants that

10     were in the Cornell plans, correct?

11         A.    Yep.

12         Q.    Okay.  Would you have made such a

13     comparison at Mercer?

14         A.    Say that again.

15         Q.    Would you have made a comparison

16     between those two plans at Mercer?

17               MS. ROSS:  Objection.

18     Mischaracterizes the evidence.

19               THE WITNESS:  I -- again, what I was

20     doing here was simply showing the data point --

21     every data point that I had available.

22               BY MR. ROHLF:

23         Q.    Okay.  And then the next plan, if

24     you go back to Exhibit 300 --

25               MR. ROHLF:  Can you share this with

Exhibit A

CONFIDENTIAL

Page 232

1    them again.  Because we're going to stay on

2    Exhibit 300 now.

3              BY MR. ROHLF:

4       Q.    Do you have 300 back in front of

5    you?

6       A.    I do.

7       Q.    All right.  And the next plan listed

8    is Princeton University.

9       A.    Yes.

10      Q.    And it has a unique participant

11   count for Princeton here, right?

12      A.    It does.

13      Q.    And what is that unique participant

14   count?

15      A.    12,634.

16      Q.    And that's at least 5,000 than the

17   number of unique participants in the Cornell

18   plan, correct?

19      A.    Yes.

20      Q.    But it's the closest plan to the

21   Cornell plans in this document, right?

22              MS. ROSS:  Objection.

23              THE WITNESS:  Based upon the

24   participant counts only.

25              BY MR. ROHLF:

CONFIDENTIAL

Page 233

1      Q.    And it has a lower basis point

2    recordkeeping fee than the Cornell plans,

3    correct?

4            MS. ROSS:  Objection.

5            THE WITNESS:  The -- the number

6    listed here is low -- lower than the Cornell

7    fee.

8            BY MR. ROHLF:

9      Q.    Okay.  And the next is USC, or

10   University of Southern California, I guess is

11   how it is written out.

12           See that?

13     A.    Yep.

14     Q.    And again, it's just over 12,000

15   participant, right?

16     A.    Right.

17     Q.    So roughly 6,000 less than the

18   Cornell plans?

19     A.    Right.

20     Q.    USC also has a lower basis point --

21   fee than Cornell, correct?

22     A.    The basis point fee, yes.

23     Q.    Okay.  And then the last one, which

24   is Duke.

25     A.    Yes.

Exhibit A

CONFIDENTIAL

Page 234

1        Q.    See that?

2              And Duke has 8,035 unique

3    participants, according to this document,

4    correct?

5        A.    Correct.

6        Q.    So let's less than half of the

7    number in any of the Cornell plans, right?

8        A.    Yes.

9        Q.    And Duke also has a lower basis

10   point fee than Cornell, correct?

11       A.    Correct.

12       Q.    All right.  And then the second set

13   of Captrust data used from 2017, right?

14       A.    Yes.

15             MR. ROHLF:  Okay.  I'm going to

16   share with you right now Captrust_45957.

17             THE WITNESS:  Okay.

18             MR. ROHLF:  And I think I just said

19   "Captrust."  It's actually it is CP -- CAPTR_

20   for the beginning Bates on that.

21             (Deposition Exhibit 313 was marked

22   for identification.)

23             BY MR. ROHLF:

24       Q.    And I'll just ask you do you

25   recognize this document?

Exhibit A

CONFIDENTIAL

Page 235

1              MR. ROHLF:  And this will be Exhibit

2     313.

3              THE WITNESS:  Yes.

4              BY MR. ROHLF:

5        Q.    And what is it?

6        A.    It's -- it's an e-mail from -- from

7     Barry Smith.

8        Q.    And --

9        A.    Well, it's -- it's a combination of

10    e-mails.

11       Q.    Uh-huh.

12             And it attaching a spreadsheet,

13    which is the spreadsheet you rely on, correct?

14       A.    Correct.

15             MR. ROHLF:  And that -- that

16    spreadsheet is actually Bates

17    No. CAPTR_0045959.  And we'll share that with

18    you.

19             And that will be Exhibit 314.

20             (Deposition Exhibit 314 was marked

21    for identification.)

22             BY MR. ROHLF:

23       Q.    Do you have Exhibit 314 in front of

24    you?

25       A.    I do.

CONFIDENTIAL

Page 236

1          Q.     Do you recognize this document?

2          A.     I do.

3          Q.     And is this the 2017 data from

4     Captrust that you relied on?

5          A.     Yes.

6          Q.     Okay.  And there -- it has Cornell

7     listed in there, you'll see.

8                 And Cornell has -- is listed as

9     having 30,234 participants; is that correct?

10         A.     Yes.

11         Q.     Do you know is that consistent with

12    the participant count that you used in your

13    spreadsheet?

14         A.     I would have to go back and that --

15    review that.

16                MR. ROHLF:  Okay.  Let's share the

17    spreadsheet with him.

18                And we're going to mark this as 314.

19                (Discussion held off the

20    stenographic record.)

21                MR. ROHLF:  315.  Excuse me.  Thank

22    you.

23                (Deposition Exhibit 315 was marked

24    for identification.)

25                BY MR. ROHLF:

CONFIDENTIAL

Page 237

1          Q.    And this is the -- this is your

2     administrative fee analysis for the Cornell

3     University plans, correct?

4          A.    You're -- you're on the -- the

5     spreadsheet labeled "Administrative Fee

6     Analysis Worksheet"?

7          Q.    Yes.

8          A.    Yes.

9          Q.    We're on the "TIAA Total" tab,

10    right?

11               And so --

12         A.    On my -- yes.

13         Q.    And so for 2017 you have 25,509

14    participants listed there?

15               That's the counts, right, not --

16         A.    Right.

17         Q.    -- new balances.

18               Do you know why there are 5,000 more

19    in this spreadsheet from Captrust?

20         A.    I would have no reason to know that.

21         Q.    Did you look into it?

22         A.    No.

23         Q.    Did you ever think why is Captrust

24    finding 5,000 more participants than I did?

25         A.    Well, again, I relied on data

CONFIDENTIAL

Page 238

1    provided by TIAA-CREF and Fidelity.  So I -- I

2    can only say what I relied on, not what they

3    relied is.

4         Q.    And your per-participant fee there

5    is 97, right?

6         A.    Correct.

7              MR. ROHLF:  All right.  Let's go

8    back to 314, which is the Captrust

9    presentation.

10             Can you reshare that, Ethan.  Yeah.

11   Just reshare it.  It'll be easier probably.

12             BY MR. ROHLF:

13        Q.    Do you have 314 back in front of

14   you?

15        A.    I would say this -- this may include

16   Weill.

17        Q.    Yeah.  Although Weill is listed

18   below.

19        A.    Okay.  You're right.

20        Q.    And Captrust calculates a

21   per-participant fee as being 79 a head; is that

22   correct?

23        A.    Because they -- they've got a -- a

24   bigger participant count.

25        Q.    Okay.  Well, whose number do you

CONFIDENTIAL

Page 239

1        think is right, yours or Captrust's?

2                 MS. ROSS:  Objection.

3        Mischaracterizes the evidence.

4                 THE WITNESS:  We would have to go

5        back and re -- find out from Captrust where

6        they got this information.

7                 BY MR. ROHLF:

8            Q.    Okay.  Did you try to do that in

9        preparing your report?

10           A.    No.

11           Q.    Okay.  Now, the $79 fee --

12                 MS. ROSS:  Joel, I'm just going to

13       represent to you that you're representing

14       there's two Cornell plans.  But there's four

15       listed here.

16                 MR. ROHLF:  Okay.  There's four --

17       there are four Cornell plans.

18                 THE WITNESS:  There are four Cornell

19       plans listed there.

20                 MR. ROHLF:  Yeah.  So that could be

21       the --

22                 THE WITNESS:  So that -- that could

23       be the difference.

24                 MR. ROHLF:  Yeah.  I'm -- it's fine.

25       I'm just trying to figure out what the

CONFIDENTIAL

Page 240

1     difference is.  So -- all right.

2               BY MR. ROHLF:

3          Q.    So the Cornell fee is 79, according

4      to Captrust.

5               Are there a number of plans in here

6      that have lower per-participant fees than

7      Cornell?

8               MS. ROSS:  In where?

9               MR. ROHLF:  In the Captrust

10     document?

11              MS. ROSS:  Which is 314?

12              MR. ROHLF:  314, yep.

13              THE WITNESS:  Lower than the 79?

14              MR. ROHLF:  Yeah.

15              THE WITNESS:  There's a -- there's a

16     few.

17              BY MR. ROHLF:

18         Q.    First one would be Emory, right, has

19     69?

20         A.    Yes.

21         Q.    And how many participants are in the

22     Emory plan there, according to Captrust?

23         A.    17,000.

24         Q.    And so that's more than 12,000 less

25     participants than the Cornell plans?

CONFIDENTIAL

Page 241

1          A.     Well, according to --
2                 MS. ROSS:  Objection.
3                 THE WITNESS:  According to this
4     data.
5                 BY MR. ROHLF:
6          Q.    Okay.  And the next --
7          A.    Again, that's -- you know, again
8     we're -- we're comparing apples and -- we're
9     not comparing apples to apples here.
10               This -- you know, when -- you have
11    to -- you have to take this -- this information
12    for what it is.  It's -- it incorporates other
13    plans as well.
14               So you can only you can only rely on
15    it for -- for what it's -- the way it was
16    listed.
17         Q.    And you rely on it to find that
18    Cornell's fees are reasonable, right?
19         A.    I -- I just said I relied on every
20    bit of information I could find.
21         Q.    Okay.  And the next, Northwestern,
22    is listed at 56; is that correct?
23               56 per participant?
24         A.    Yes.  For four plans.
25         Q.    Four plans and 17 -- 17,500

Exhibit A

Page 242

1    participants -- 17,500?

2         A.    Yes.

3         Q.    So that would be 12,000 less

4    participants than are listed for Cornell by

5    Captrust here, right?

6              MS. ROSS:  Objection.

7              THE WITNESS:  That's what the

8    numbers say.

9              BY MR. ROHLF:

10        Q.    And the next plan with a lower fee

11   is University of Maine at $69 a head.

12             Do you see that?

13        A.    Yeah.  For -- for seven different

14   plans.

15        Q.    Uh-huh.

16             With 16,507 participants.

17        A.    Yeah.

18        Q.    Is that correct?

19        A.    Right.

20        Q.    So here, again, less than what

21   Captrust calculated for Cornell, correct?

22        A.    Right.

23        Q.    All right.  And then there's also

24   $77 a head for the University of Virginia; is

25   that correct?

CONFIDENTIAL

Page 243

1          A.     Yes.

2          Q.     And that's for?

3          A.     12 different plans.

4          Q.     Yep.

5                 And 14,800 participants; is that

6     correct?

7          A.     Yep.

8          Q.     And again, that's less -- that's

9     less than half of what Captrust listed for

10    Cornell here, correct?

11         A.     Right.

12         Q.     And most of the other plans in this

13    document are considerably smaller than Cornell,

14    aren't they?

15                MS. ROSS:   Objection.

16                THE WITNESS:   According to this

17    data.

18                BY MR. ROHLF:

19         Q.     So you look -- one of the ones you

20    use is American -- or Captrust uses here and

21    you rely on is the American College of

22    Cardiology?

23         A.     I don't -- I don't think I utilized

24    that data.

25         Q.     Okay.  You didn't use that.

CONFIDENTIAL

Page 244

1           Did you use American University?

2      A.   I'd have to go back to my report to

3 determine that.

4           I seem to recall that I had another

5 document other than this that related some of

6 this information different from this.

7      Q.   So another one for the TIAA pricing?

8           I think you had some for Fidelity.

9 But I think this was the only 2017 for TIAA I

10 recall.  But we can --

11     A.   I --

12     Q.   -- go back and look at your report.

13     A.   I'd have to go back and look.

14     Q.   Yeah let's go back to your report,

15 which is Exhibit 282, I believe.

16     A.   What's the page number?

17     Q.   It's going to be probably Exhibit 4,

18 is my recollection.  It's in Paragraph 90.

19 It's the page --

20           MR. ROHLF:  Ethan?

21           MR. HATCH:  48.

22           BY MR. ROHLF:

23     Q.   Page 48.

24     A.   It's -- it's not Exhibit 4.

25     Q.   Well, this is a comparison of TIAA

Exhibit A

CONFIDENTIAL

Page 245

1    basis plan --

2         A.    This is the --

3         Q.    Exhibit 8.  Excuse me.  I misspoke.

4         A.    Exhibit 8.  Right.  So...

5         Q.    Yeah.  Exhibit 8 and 9, I guess.

6         A.    Okay.  So -- all right.  So the --

7    yeah.  The document does say what was included.

8         Q.    Okay.  Now, did you exclude the

9    American College of Cardiology?

10        A.    No.

11        Q.    All right.  Well, let's go back to

12   -- did you exclude any of the plans in Exhibit

13   314?

14        A.    I -- I included the ones listed here

15   in Paragraph 90.

16             MR. ROHLF:  Okay.  All right.  So

17   let's go back to that, to Exhibit 314 again.

18   Or was it 315?  I think it's 314.  Oh, no.

19   315.  No 314.  314 is Captrust 0045959.

20             BY MR. ROHLF:

21        Q.    And so you used American College of

22   Cardiology with 1,133 participants compared to

23   what Captrust represents is a

24   30,000-participant plan here?

25        A.    As I indicated, I used every data

Exhibit A

CONFIDENTIAL

Page 246

1    point I had available.

2        Q.    That's roughly 29,000 fewer

3    participants, correct?

4        A.    Than showing on here.

5        Q.    Okay.  And you also used American

6    University, right?

7        A.    I used everything list -- everybody

8    listed in my report.

9        Q.    And American University has 3,762

10   participants, according to this document,

11   right?

12       A.    Yes.

13       Q.    So that's almost 25 -- 26,500 in

14   difference, 26,462 to be precise.

15       A.    I think we went through all this,

16   didn't we?

17       Q.    We didn't for this one.  We did for

18   other spreadsheet.

19       A.    Okay.

20       Q.    And you used Colgate School with 6

21   -- 637 participants; is that right?

22            MS. ROSS:  Why don't we just

23   stipulate to what he explains in his report

24   rather than take the time to go through all of

25   these.  It's pretty tedious.  And all you're

CONFIDENTIAL

Page 247

1     doing is having him confirm.

2              MR. ROHLF:  Well, it's my

3     deposition.  So I will ask the questions I want

4     to ask, Nancy.

5              BY MR. ROHLF:

6         Q.   So 637 compared to a 30,000 --

7         A.   Let's go back and see what I

8     included collegiate.

9         Q.   Do you need the report back, or

10    you've got --

11        A.   Yeah.  I would need to go back and

12    look at the report.  I just want to confirm

13    what I --

14             MS. ROSS:  What paragraph did you

15    say that was in?

16             THE WITNESS:  90 --

17             MR. ROHLF:  I -- it goes into --

18    it's after 91.

19             MS. ROSS:  No.  It's starts at 89,

20    doesn't it?  Or 88, for that matter?

21             MR. ROHLF:  Probably not for this

22    exact comparison.  This comparison maybe starts

23    at 89, but it really gets into the details on

24    90 and 91.

25             THE WITNESS:  This does not

CONFIDENTIAL

Page 248

1    reference -- I don't see any reference to

2    Collegiate School.

3              BY MR. ROHLF:

4         Q.   Well, the note below Exhibit 8, you

5    note the schools that you excluded.  And you

6    say you excluded the Kinkaid School and Wofford

7    College from the 2014 comparison, but it

8    doesn't state that you excluded anything --

9         A.   Well, it does -- well, it does say I

10   -- what I included.

11        Q.   Well, this says and -- I think it

12   says -- well, we can go to your backup data and

13   look.  I'm fairly certain it still has this

14   plan in.  But we can go -- I can show you the

15   backup data if you want to go there.

16             Would you want to look at the backup

17   data?

18        A.   I'm just relying on my report here.

19        Q.   Okay.  Did you prepare the backup

20   data for these, or did Cornerstone do it for

21   you?

22             MS. ROSS:  Objection.

23             THE WITNESS:  Every -- every report

24   was -- was done -- every -- every exhibit on

25   here was approved by me.

CONFIDENTIAL

Page 249

1          BY MR. ROHLF:

2          Q.    Okay.  Let's see if I can streamline

3     it a little bit.

4                Is it safe to say that all -- a

5     number of these plans that are in Exhibit 314

6     have tens of thousand less participants than

7     the Cornell plans?

8          A.    That's a true statement.

9          Q.    Okay.  And as we discussed earlier,

10    all else held equal, participant count matters

11    a lot to pricing, doesn't it?

12         A.    It's a -- it's a factor.

13         Q.    And do you know the specifics of the

14    services TIAA provided to any of the plans

15    listed in Exhibit 314?

16         A.    There was no way to know that

17    information.

18         Q.    Okay.  And I think additionally in

19    Exhibit 8 you rely on benchmark data that

20    Cammack produced for Columbia; is that correct?

21         A.    Yes.

22                MR. ROHLF:  All right.  And I'm

23    going to share with you, and this is going to

24    be Exhibit 316.  It's going to be document

25    Cornell 029338.

Exhibit A

CONFIDENTIAL

Page 250

```
1                (Deposition Exhibit 316 was marked
2       for identification.)
3                BY MR. ROHLF:
4        Q.    And I'll just ask you do you
5       recognize this document?
6                And go ahead and answer whenever
7       you're ready.
8                MS. ROSS:  Well, I think you
9       mischaracterized the document, if I have it.
10               THE WITNESS:  This is a -- this is a
11      letter from TIAA?
12               BY MR. ROHLF:
13       Q.    Yeah.  And then I think you go on
14      into a comparison, which -- it's my
15      understanding this was produced in another case
16      and then given to you for this case.
17               My understanding is the letter was
18      combined with this chart that was compared by
19      Cammack.  And that's -- it appears to be what
20      you represent in your -- your report.
21       A.    Right.
22       Q.    So do you have any reason to believe
23      this wasn't prepared by Cammack and was
24      prepared by TIAA?
25       A.    The letter is from Deborah Meyers at
```

Exhibit A

CONFIDENTIAL

Page 251

```
1        TIAA.
2            Q.    And do you know is the -- was the
3        comparison conducted by Cammack?
4                  MS. ROSS:  Well --
5                  MR. ROHLF:  Let's go -- let's go
6        off -- let's go off for just a second, Nancy.
7        And we --
8                  MS. ROSS:  Okay.
9                  MR. ROHLF:  -- can discuss this.
10       You produced this document.  I know who
11       prepared it, but I can't go into who prepared
12       it in this case.
13                 And so if you want to argue about
14       who prepared it, we can.  But he states in his
15       report it was Cammack.  It was Cammack.
16                 But I can't go into what I need to
17       do to prove that it was Cammack because it's
18       from another case of yours that you shared in
19       this case.
20                 MS. ROSS:  Well, does he state in --
21                 THE WITNESS:  If we state --
22                 MR. ROHLF:  He states in his
23       report --
24                 THE WITNESS:  If we state it --
25                 MR. ROHLF:  -- that it was from
```

Exhibit A

CONFIDENTIAL

Page 252

1    Cammack.

2              THE WITNESS:  If I states it's from

3    Cammack, then --

4              MS. ROSS:  Then we'll -- that'll --

5    that'll be the assumption here --

6              MR. ROHLF:  Okay.

7              MS. ROSS:  -- for purposes of this

8    deposition.

9              MR. ROHLF:  Okay.  All right.

10             So can we go back on now?  Or did we

11   ever --

12             MS. ROSS:  We didn't --

13             MR. ROHLF:  We never went off?

14   Okay.  All right.

15             BY MR. ROHLF:

16        Q.   And you relied on this -- this chart

17   here in preparation of your report, correct?

18        A.   I did.

19        Q.   And how did you --

20        A.   But -- but --

21        Q.   -- gain access to this document?

22        A.   It came through Cornerstone.

23             MS. ROSS:  That's sufficient.

24             BY MR. ROHLF:

25        Q.   And then it lists Columbia

CONFIDENTIAL

Page 253

1       University and then A through K.

2               Do you see that?

3       A.      Where -- where are you?

4       Q.      On the chart that says "Client

5       Financial Comparison."

6       A.      Yes.

7       Q.      Okay.  And it list Columbia and then

8       Clients A through K; is that right?

9       A.      I can't see an A through K.  But

10      I -- I -- I got it.  I had to make it smaller.

11      Q.      All right.  Were you provided a key

12      to this at all?

13      A.      I'd have to go back and review my --

14      my -- my notes.

15      Q.      Okay.  Do you know the identity of

16      any of the plans that are listed as A -- by the

17      initials -- the letters A through K?

18      A.      Again, I want to go back and review

19      my notes.

20      Q.      Do you know if any of them were

21      subject to ERISA?

22      A.      Same -- same answer.

23      Q.      Okay.  Do you know when they last

24      negotiated with TIAA?

25      A.      I -- I -- I only have the

CONFIDENTIAL

Page 254

1      information provided to me.

2          Q.    Okay.  Do you know when they last

3      conducted an RFP?

4          A.    I only have the information

5      provided.

6          Q.    Do you know if they have multiple

7      vendors or a single vendor?

8          A.    I do not.

9          Q.    Do you know if they have

10     per-participant caps on their pricing?

11         A.    I -- this is the data I had.

12         Q.    Did you do anything to check or

13     validate Cammack's data here?

14         A.    I had no way of doing that.

15         Q.    How do you know it's reliable then?

16         A.    I know Cammack is a -- is an

17     organization that does a lot of this work.  I

18     have no reason to question that it's accurate.

19         Q.    Now, I think we discussed earlier

20     that New York University was a client of

21     Cammack at this time?

22         A.    Yes.

23         Q.    And I think you list in your backup

24     data, when you were discussing NYU as a basis

25     point, of NYU's plan as being 16?

CONFIDENTIAL

Page 264

1    September 3rd, 2009, wasn't it?"

2              And he says:  "I believe this is

3    accurate."

4              And then they show an exhibit.

5              He says:  "Is this the RFP?  It says

6    request for proposal dated September 3rd, 2009.

7    So it was actually issued on September 3rd,

8    2009, not the date you state in your

9    declaration, July, right?  Can we look at the

10   page of the document."

11             And there's a number of colloquy

12   with the Court.

13             If you go down at Page 174, he says:

14   "I can't explain the inconsistency.  I agree

15   this looks like the RFP."

16             Do you see that?

17        A.    Yep.

18        Q.    So Mr. Rezler was wrong about the

19   date of the RFP in his declaration?

20             MS. ROSS:  Objection.  Absolutely

21   you cannot take this out of context and ask him

22   to formulate an opinion by showing him three or

23   four pages.

24             I'm looking at page No. 11 -- 1174.

25   Okay.

Veritext Legal Solutions

www.veritext.com                                    888-391-3376

Exhibit A

CONFIDENTIAL

Page 277

1               THE VIDEOGRAPHER:  We're going back
2        on the record.
3               This is the beginning of Media Unit
4        No. 6.
5               The time is 3:43.
6               You may proceed, Counsel.
7               BY MR. ROHLF:
8        Q.    All right.  So switching here a
9        little bit to Exhibit 2 of your report, you
10       rely on some data from TIAA on their top 200
11       clients.
12              MR. ROHLF:  Can you -- can you share
13       his report with him again.  282, Ethan.
14              It's not Exhibit 2.  It's Exhibit 3
15       probably.  No.  Exhibit 4 probably.  No.  It's
16       in here somewhere.  Actually I remember where
17       it is.
18              It's Exhibit 7.  Excuse me.  It's on
19       Page 47.
20              THE WITNESS:  Yes.
21              BY MR. ROHLF:
22       Q.    And here you relied on some data
23       that TIAA provided regarding their top 200
24       clients; is that correct?
25       A.    That's correct.

Exhibit A

CONFIDENTIAL

Page 278

1          Q.     Did you do anything to verify or

2     check this data?

3          A.     No, I had no way of doing that.

4          Q.     All right.  Do you know who the top

5     200 clients of TIAA are?

6          A.     No.

7          Q.     Do you know what their participant

8     counts were?

9          A.     I would assume they're large.

10    They're top 200.

11         Q.     Okay.  Do you know what their

12    fiduciary process was?

13         A.     Their -- I --

14         MS. ROSS:  Objection.

15         THE WITNESS:  No.  I had no idea

16    what their fiduciary process was.

17              BY MR. ROHLF:

18         Q.     Do you know whether they were

19    subject to ERISA?

20         A.     I -- I only know that these are the

21    top 200 clients of my -- you know, I included

22    my footnotes -- my note -- excuse me --

23         Q.     Okay.  Do you know -- sorry.  I'm

24    having a moment here.

25              All right.  Do you know what

CONFIDENTIAL

Page 279

1        services TIAA provide all of these clients?

2            A.    No.  But I can say that TIAA service

3        -- general service requirements for large plans

4        is fairly consistent.

5            Q.    Now, I think we may have touched on

6        this before, but to lay a foundation a little

7        bit where we're going, the only comparisons you

8        considered in your report were of higher

9        education plans; is that correct?

10               MS. ROSS:  Objection.  Asked and

11       answered.

12               THE WITNESS:  Yes.

13               BY MR. ROHLF:

14           Q.    And you only looked at the fees

15       those plans were paying to TIAA and Fidelity,

16       right?

17           A.    Again, and the rationale for that

18       was that TIAA and Fidelity dominate the

19       marketplace for like plans providing like --

20       like services.

21           Q.    Did you look at any 403(b) plans

22       outside the higher education space?

23           A.    I had no information on 403(b) plans

24       outside of this sector receiving -- that are in

25       a similar situation.

CONFIDENTIAL

Page 283

1          A.    Okay.  This is a 2018 document of --

2     noting their recordkeeping fees of $41.

3          Q.    Per head, right?

4          A.    Per head, per -- per year.  It

5     doesn't -- I don't have any information with

6     regard to whether they have annuities or the

7     specific services being provided directly to --

8     to employees.

9          Q.    Well, in the plans that you looked

10    at, you didn't know the services that they were

11    being provided either, did you?

12         A.    I did not.

13         Q.    And you don't know for certain

14    whether they have annuities, do you?

15         A.    The -- to the extent they were with

16    TIAA, then TIAA indicates that I believe

17    90-some percent of their plans have -- have

18    some costs.

19              So yeah, I think I do know when

20    those top 200 that they have annuities.

21         Q.    Okay.  Now, do you know how many

22    participants are in the Trinity Health plans?

23         A.    I -- I do not unless it's in here

24    somewhere.

25         Q.    Okay.  Well, I think the fee

CONFIDENTIAL

Page 286

1              BY MR. ROHLF:

2         Q.    Okay.  And as we just discussed,

3     Trinity Health was paying 41 a head in 2018?

4         A.    That's what this document indicates.

5         Q.    Do you remember what your

6     calculation was for the Cornell plans in 2018?

7         A.    It's -- let's -- let's go back and

8     look at the document.

9              MR. ROHLF:  All right.  Can you get

10     his fee worksheet up again.

11              THE WITNESS:  For Fidelity, which is

12     more -- more comparable, if we look at the

13     Fidelity total --

14              BY MR. ROHLF:

15         Q.    Well, what's the TIAA total?  I mean

16     they're --

17         A.    Well, let's look at the Fidelity

18     total first.  And it's $38.

19         Q.    And what's the -- what's the TIAA

20     total?

21         A.    The TIAA total is $59.

22         Q.    Okay.  So 18 more.

23         A.    Different services and would be my

24     expectation.

25         Q.    Okay.

CONFIDENTIAL

Page 290

1              MS. ROSS:  Objection.

2              THE WITNESS:  I -- I know what was

3      related to me.  But it was the organizations

4      that provided the information.

5              BY MR. ROHLF:

6      Q.    What was related to you by the

7      organizations that provided you the

8      information?

9      A.    That those were the recordkeeping

10     fees.

11     Q.    Okay.  But you don't -- but you

12     don't know if they included services that are

13     included for what Hewitt provide Nike here,

14     right?

15     A.    Right.  All -- all I know here is

16     that Hewitt was paid $455,000 for some services

17     to the plan.

18     Q.    Okay.  Well, let's go down to the

19     auditor's report.

20              And it says -- if you look at Page 4

21     of the auditor's report on -- in the notes,

22     under the Note 1 and general, second paragraph

23     says:  "Northern Trust Company or Northern

24     Trust, the trustee, and Hewitt Associates, Aon

25     Hewitt, or recordkeeper, is the recordkeeper of

CONFIDENTIAL

Page 293

1            MR. ROHLF:  Can you share his fee
2       worksheet with him again.
3            BY MR. ROHLF:
4       Q.    So for 2010 -- oh, sorry.
5            Do you have it back up?
6       A.    Yep.
7       Q.    All right.  Let me get my thing --
8       is this -- no.  I got it.
9            So you have 2010 155; is that right?
10      A.    Correct.
11      Q.    So that's 120-some dollars more than
12      what Nike was paying; is that correct?
13            MS. ROSS:  Objection.
14            THE WITNESS:  That was -- that's the
15      calculation.
16            MR. ROHLF:  Okay.
17            THE WITNESS:  But I -- I will note
18      that I -- I have not seen any comparable higher
19      Ed plan pay anywhere near that level of fees in
20      2010, nor did I see any data from the
21      plaintiff's experts that demonstrated idea that
22      level of fees by a higher education
23      organization either.
24            BY MR. ROHLF:
25      Q.    And the difference would be the

CONFIDENTIAL

1      annuities in the high touch education services?

2                MS. ROSS:  Objection.

3                THE WITNESS:  It's -- it's

4      everything around it.  It's the -- it's the --

5      the 403(b) plans.  It's the -- it's the -- it's

6      the multiple plans.  You got two plans, not

7      just one.  You've got the service model.

8      You've got annuities.

9                And there's a lot more complexity

10     to -- to making that analysis than just say

11     Nike is paying 29 and --

12                BY MR. ROHLF:

13        Q.   Well, do all those differences make

14     it five times more expensive to recordkeep?

15        A.   I can't answer that question.

16        Q.   All right.  Have you ever heard of

17     New Albertsons Grocery?

18        A.   I -- I've heard the name.  I'm not

19     -- they're not -- they don't operate in my area

20     of the country.  I don't --

21        Q.   Do you know if they have a 401(k)

22     plan?

23        A.   I have no reason to know what plans

24     they have.

25        Q.   Okay.  Do you ever recall advising

Exhibit A

CONFIDENTIAL

Page 295

1    them when you were at Mercer?

2         A.    No.

3              MR. ROHLF:  All right.  Let's look

4    at their 2016 Form 5500.

5              This is going to be Exhibit 324.

6              (Deposition Exhibit 324 was marked

7    for identification.)

8              THE WITNESS:  Okay.

9              BY MR. ROHLF:

10        Q.    Do you have Exhibit 324 in front of

11   you?

12        A.    I do.  Indicates they -- it's a

13   401(k) plan again.  It indicates it has 30,700

14   participants.

15        Q.    All right.  If you go down to

16   Schedule 3, there's no one receiving indirect

17   payment?

18              MS. ROSS:  Schedule 3?

19              MR. ROHLF:  Schedule C.  Excuse me.

20   I misspoke.

21              THE WITNESS:  I don't see any

22   reference to indirect payment.

23              BY MR. ROHLF:

24        Q.    Okay.  And -- and if you go down to

25   the direct payments, is Fidelity listed there

CONFIDENTIAL

Page 298

1          MS. ROSS:  Objection.

2          THE WITNESS:  Based on your

3     assumption that I can't verify.

4          BY MR. ROHLF:

5       Q.   Okay.  And that would result in a

6     30.93 per head recordkeeping fee.

7          Does that sound about right?

8          MS. ROSS:  Objection.

9          MR. ROHLF:  30.94.  Excuse me.

10         MS. ROSS:  Objection.

11         THE WITNESS:  For -- for 2016 --

12         MR. ROHLF:  Yep.

13         THE WITNESS:  For a 401(k) plan with

14    a different situation.

15         BY MR. ROHLF:

16      Q.   And it's considerably less than

17    Cornell was paying TIAA in 2016, right?

18         MS. ROSS:  Objection.

19         THE WITNESS:  Considerably less.

20    But again, it's -- it's so -- it's a one --

21    it's a one-recordkeeper situation for a 401(k)

22    plan.  It's a -- it's not apples to apples.

23    And I don't know that that's all the revenue.

24         BY MR. ROHLF:

25      Q.   Okay.  But you don't know if the

CONFIDENTIAL

Page 299

1     comparisons you're looking at in the Captrust

2     or Cammack documents are apple to apple either,

3     do you?

4               MS. ROSS:  Objection.

5               THE WITNESS:  I -- I -- I know that

6     it was provided to me as -- as being relevant

7     information.

8               BY MR. ROHLF:

9        Q.    Okay.  Have you heard of Regions

10    Financial or Regions Bank?

11       A.    I've heard of them.

12       Q.    Do you know if they have a 401(k)

13    plan?

14       A.    I -- I do not.

15       Q.    And I think you said earlier that

16    Mercer provided recordkeeping services when you

17    worked there; is that correct?

18               MS. ROSS:  Objection.

19               THE WITNESS:  Mercer did provide

20    recordkeeping service, yes.

21               BY MR. ROHLF:

22       Q.    Do you know if Mercer was Regions'

23    recordkeeper?

24       A.    I have no knowledge of that.

25               MR. ROHLF:  All right.  Let's look

CONFIDENTIAL

Page 304

1    Fidelity.

2         Q.    Okay.

3         A.    And again, I -- I will relate this

4    is completely different service model,

5    completely different plans.  Don't have

6    annuities.  This is truly apple to oranges.

7         Q.    Well, does it cost four times as

8    much to recordkeep an annuity?

9         A.    I -- I don't have enough information

10   from those plans.  I don't know anything about

11   those plans to -- to make that kind of

12   comparison.

13        Q.    But to the other comparison of plans

14   in your report, we --

15        A.    I was --

16        Q.    -- we talked about you didn't know

17   anything about those either, did you?

18        A.    But -- but --

19             MS. ROSS:  Objection.

20             THE WITNESS:  Yeah.  But again, I

21   was trying to demonstrate the -- the range of

22   fees that different organizations pay and --

23   you know, for -- different universities paid

24   for 403(b) administration.

25             BY MR. ROHLF:

CONFIDENTIAL

Page 323

1          A.    Yes, I do.

2                MR. ROHLF:  Objection to form.

3                BY MS. ROSS:

4          Q.    Okay.  Did the number of

5     participants affect the relevance of this

6     exhibit in forming your opinion?

7                MR. ROHLF:  Objection to form.

8                THE WITNESS:  My intent with this

9     information was -- was simply to show a range

10    of what fees different higher education

11    organizations pay and how Cornell fit within --

12    within that range.

13                BY MS. ROSS:

14         Q.    Okay.  Did the number of

15    participants play any role?

16                MR. ROHLF:  Objection to form.

17                THE WITNESS:  It didn't -- it didn't

18    -- it didn't play a role in the fact that --

19    that the range exists among different higher Ed

20    organizations.

21                MS. ROSS:  Okay.  Okay.  An, in

22    fact, let's look at Paragraph 90 of your

23    report.  I think it's where you refer to this

24    particular spreadsheet.

25                Anybody have the page that

CONFIDENTIAL

```
1                      DEPOSITION REVIEW
                    CERTIFICATION OF WITNESS
2
          ASSIGNMENT REFERENCE NO: 3028112
3         CASE NAME: Cunningham, Casey, et al. v. Cornell University,
      et al.
          DATE OF DEPOSITION: 10/18/2018
4         WITNESS' NAME: Glenn Poehler
5         In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
6     my testimony or it has been read to me.
7         I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
8     well as the reason(s) for the change(s).
9         I request that these changes be entered
      as part of the record of my testimony.
10
          I have executed the Errata Sheet, as well
11    as this Certificate, and request and authorize
      that both be appended to the transcript of my
12    testimony and be incorporated therein.
13    _____        _____
      Date                   Glenn Poehler
14
          Sworn to and subscribed before me, a
15    Notary Public in and for the State and County,
      the referenced witness did personally appear
16    and acknowledge that:
17        They have read the transcript;
          They have listed all of their corrections
18        in the appended Errata Sheet;
          They signed the foregoing Sworn
19        Statement; and
          Their execution of this Statement is of
20        their free act and deed.
21        I have affixed my name and official seal
22    this _____ day of_____, 20____.
23                _____
                  Notary Public
24
                  _____
25                Commission Expiration Date
```