UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                            Plaintiffs,                        16-cv-6525 (PKC)

        -against-                                      ORDER

CORNELL UNIVERSITY, et al.,

                            Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       There is an error in the Court's handwritten Order of November 8, 2019. "Letter motion (Doc 362) is DENIED" should read "Letter motion (Doc 365) is DENIED." The existence of an error should have been apparent to Messrs. Schlichter and Netter for the simple reason that Doc 362 is not a Letter Motion. The import of the Court's November 8 Order is very simple: the Court is not striking the referenced exhibit (Doc 361, Ex.2) from the docket and the parties are free to make their arguments in their briefing.

       Defendant's should file their response to *Plaintiffs' Motion to Exclude Defendants' Expert Glenn Poehler and Motion In Limine to Preclude Defendants From Offering an Offset Calculation at Trial* by December 10, 2019.

       SO ORDERED.

                                                        P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       December 2, 2019