IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORNELL UNIVERSITY, et al. <br><br> Defendants. | No. 1:16-CV-06525-PKC <br><br> NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF OPINION AND ORDER ON MOTIONS FOR SUMMARY JUDGMENT (DOC. 352) |

Please take notice that, upon the accompanying Memorandum of Law, dated December 17, 2019, Plaintiffs Casey Cunningham, Charles E. Lance, Stanley T. Marcus, Lydia Pettis, and Joy Veronneau will move this Court before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, at a time and date to be set by the Court, to reconsider it Order and Opinion On Defendants' Motions for Summary Judgment pursuant to Federal Rule of Civil Procedure 54(b) and Local Rule 6.3, reconsidering its dismissal of Count III of Plaintiffs' amended complaint in light of newly produced evidence.

Please take notice that Defendants shall serve opposing papers, if any, no later than December 31, 2019, and Plaintiffs shall serve reply papers, if any, no later than January 7, 2020.

*[Handwritten annotation: Defendants' time to respond is extended to January 14 and plaintiff's reply to January 24. SO ORDERED. /s/ [Judge], USDJ 12-19-19]*

1

December 17, 2019                    Respectfully Submitted,

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Joel Rohlf*
Scott Apking*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
aschlichter@uselaws.com
jschlichter@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/ Jerome J. Schlichter*
*Counsel for Plaintiffs*
