UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CASEY CUNNINGHAM, CHARLES E. LANCE, STANLEY T. MARCUS, LYDIA PETTIS, and JOY VERONNEAU, individually and as representatives of a class of participants and beneficiaries on behalf of the Cornell University Retirement Plan for the Employees of the Endowed Colleges at Ithaca and the Cornell University Tax Deferred Annuity Plan,

      Plaintiffs,          16-cv-6525 (PKC)

 -against-

                    ORDER

CORNELL UNIVERSITY, THE RETIREMENT PLAN OVERSIGHT COMMITTEE, MARY G. OPPERMAN, and CAPFINANCIAL PARTNERS, LLC d/b/a/ CAPTRUST FINANCIAL ADVISORS,

      Defendants.

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

  The following situation has arisen regarding the trial schedule in this matter. The Court had scheduled <u>United States v. Vance Collins and Ramon Ramirez</u>, 1:19-cr-395, for trial beginning on April 6, 2020. In order to protect public health, and in recognition of the national emergency declared by the President of the United States on March 13, 2020, the Court has moved the <u>Collins and Ramirez</u> trial to May 4, 2020. Trial in the above-captioned matter is now the first back-up trial to <u>Collins and Ramirez</u> on May 4, 2020 at 10:00am.

  The Court will apprise the parties of further developments.

  SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
March 16, 2020