UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                        Plaintiffs,                     16-cv-6525 (PKC)

      -against-

                                                            ORDER

CORNELL UNIVERSITY, THE RETIREMENT
PLAN OVERSIGHT COMMITTEE, et al.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        In ways that should be self-evident, the Covid-19 pandemic will affect civil jury trials in this District for a considerable and presently unknowable time to come. When trials do resume, priority will be given to criminal cases with detained defendants.

        Within 21 days, the parties are directed to confer telephonically on the following subjects and report back to the Court via fax to Chambers: (a) waiver of trial by jury; (b) consent to trial before Magistrate Judge James L. Cott; and (c) settlement.

        SO ORDERED.

                                                          *P. Kevin Castel*
                                                     P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
          May 20, 2020