UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                 Plaintiffs,                   16-cv-6525 (PKC)

    -against-

                                         ORDER

CORNELL UNIVERSITY, THE RETIREMENT
PLAN OVERSIGHT COMMITTEE, et al.,

                 Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        As the parties are aware, jury trials in this District have been suspended. It is anticipated that they may resume as early as late September or early October. While, generally, criminal trials will have priority, the Court may resume trials with at least one short civil trial. I have proposed this case for an early trial. Whether a trial will be set in late September or early October is not within this judge's sole control, but it is appropriate that the parties be aware that this may occur so they can plan accordingly. The Court will notify the parties if a trial date is set as soon as the information becomes available.

        SO ORDERED.

                                                   P. Kevin Castel
                                               United States District Judge

Dated:  New York, New York
           August 14, 2020