UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                      Plaintiffs,                  16-cv-6525 (PKC)

    -against-

                                              <u>ORDER</u>

CORNELL UNIVERSITY, THE RETIREMENT
PLAN OVERSIGHT COMMITTEE, et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The trial of this action will commence on September 29, 2020 at 10:00 a.m. The Court will conduct a conference with counsel to go over jury selection and trial procedures on September 22, 2020 at 3:30 p.m.

        SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
        August 24, 2020