UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                Plaintiffs,                16-cv-6525 (PKC)

    -against-

                                      ORDER

CORNELL UNIVERSITY, THE RETIREMENT
PLAN OVERSIGHT COMMITTEE, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The conference previously scheduled for 11:00am on September 1, 2020 will be held at 2:00pm on September 1, 2020, utilizing the same call-in information.

        SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       August 31, 2020