IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORNELL UNIVERSITY, et al.<br><br>Defendants. | No. 1:16-CV-06525-PKC<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Please take notice that, upon the accompanying Memorandum of Law, dated September 21, 2020, Plaintiffs Casey Cunningham, Charles E. Lance, Stanley T. Marcus, Lydia Pettis, and Joy Veronneau will move this Court before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, at a time and date to be set by the Court, for an order granting preliminary approval of a class action settlement. The Cornell Defendants do not oppose this motion.

Please take notice that opposing papers, if any, shall be served no later than October 5, 2020, and Plaintiffs shall serve reply papers, if any, no later than October 12, 2020.

.

1

September 21, 2020                                    Respectfully Submitted,

/s/ Joel D. Rohlf
SCHLICHTER BOGARD & DENTON LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Heather Lea*
Joel D. Rohlf*
Scott Apking*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-5934 (fax)
aschlichter@uselaws.com
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com
*Admitted *pro hac vice*

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/     Joel D. Rohlf