UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CASEY CUNNINGHAM, et al.,                                              :
                                                                       :
           -v.-                                                   :   16-cv-6525 (PKC)
                                                                       :
CORNELL UNIVERSITY, et al.                                             :   <u>ORDER</u>
                                                                       :
                    Defendants.                                   :
-----------------------------------------------------------------------X

CASTEL, U.S.D.J.

        The Standing Order of Chief Judge McMahon dated November 30, 2020 is suspending all in-person proceedings until after January 15, 2021.  The Fairness Hearing scheduled for December 22, 2020 will proceed telephonically.  The conference will commence at 2 p.m.  The dial-in information is as follows:

        <u>Phone Number</u>:     888-363-4749

        <u>Access Code</u>:      3667981

Members of the press and public may access this proceeding with the same information but will not be permitted to speak.

        SO ORDERED.

                                                                          P. Kevin Castel
                                                              United States District Judge

Dated: December 2, 2020
       New York, New York