IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al., | |
| Plaintiffs, | No. 1:16-CV-06525-PKC |
| v. | |
| CORNELL UNIVERSITY, et al. | **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| Defendants. | |

Please take notice that, upon the accompanying Memorandum of Law, dated December 8, 2020, Plaintiffs Casey Cunningham, Charles E. Lance, Stanley T. Marcus, Lydia Pettis, and Joy Veronneau will move this Court before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, on December 22, 2020 at 2:00 p.m., for an order granting final approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e).

December 8, 2020

Respectfully Submitted,

/s/ Joel D. Rohlf
SCHLICHTER BOGARD & DENTON LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Heather Lea*
Joel D. Rohlf*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-5934 (fax)
aschlichter@uselaws.com
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
*Admitted *pro hac vice*
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

                                                /s/ Joel D. Rohlf
                                                *Counsel for Plaintiffs*