IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CORNELL UNIVERSITY, et al.<br><br>　　　　　Defendants. | No. 1:16-CV-06525-PKC |

**NOTICE OF APPEAL**

Notice is given that all Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's Judgment entered December 22, 2020 (Doc. 441) and all interlocutory orders and rulings which gave rise to the Judgment, including without limitation the district court's: (1) September 27, 2019 Opinion and Order granting in part Defendants' motions for summary judgment and motions to exclude testimony of Plaintiffs' experts (Doc. 352), (2) March 11, 2020 Opinion and Order denying Plaintiffs' motion for partial reconsideration of the September 27, 2019 Opinion and Order (Doc. 404), (3) September 29, 2017 Memorandum and Order granting in part Defendants' motions to dismiss (Doc. 107), and (4) the portion of the January 22, 2019 Opinion and Order setting a class period ending date of August 17, 2016 rather than the date of judgment (Doc. 219).

January 12, 2021                                    Respectfully Submitted,

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Heather Lea*
Joel D. Rohlf*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-5934 (fax)
aschlichter@uselaws.com
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ Jerome J. Schlichter
Counsel for Plaintiffs