## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CASEY CUNNINGHAM, et al.,

       Plaintiffs,

v.                                                                    No. 1:16-CV-6525-PKC

CORNELL UNIVERSITY, et al.,

       Defendants.

## NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Defendant Capfinancial Partners, LLC ("CAPTRUST") conditionally cross-appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 22, 2020. Specifically, CAPTRUST conditionally cross-appeals the district court's ruling that Plaintiffs were entitled to a jury trial rather than a bench trial (Doc. 198) and other orders and rulings subsumed within the judgment. The Court of Appeals need not address CAPTRUST's conditional cross-appeal if it affirms the district court's judgment.

Respectfully submitted,

*/s/ Eric S. Mattson*
Eric S. Mattson (admitted *pro hac vice*)
Joseph R. Dosch (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
emattson@sidley.com
jdosch@sidley.com

2

Andrew W. Stern
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
astern@sidley.com

*Attorneys for Defendant CapFinancial*
*Partners, LLC, d/b/a CAPTRUST Financial*
*Advisors*

2

ACTIVE 264132277

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, a copy of the foregoing Notice of Conditional Cross-Appeal was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Eric S. Mattson*