IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CORNELL UNIVERSITY, et al.<br><br>　　　　　　Defendants. | Civil Action No. 16-cv-06525-PKC |

**NOTICE OF TAXATION OF COSTS AGAINST PLAINTIFFS**

PLEASE TAKE NOTICE that upon Defendants Cornell University's, the Cornell University Retirement Plans Oversight Committee's, and Mary G. Opperman's ("Cornell Defendants") Bill of Costs, the accompanying Declaration of Nancy G. Ross, and all exhibits annexed thereto, the Cornell Defendants, by and through its attorneys, will move this Court on February 2, 2024, or as soon thereafter as they may be heard, for an order pursuant to Federal Rule of Civil Procedure 54, Local Rule 54.1, and 28 U.S.C. §§ 1920 and 1923 taxing costs against Plaintiffs and in favor of the Cornell Defendants.

Dated: January 19, 2024

Jean-Marie L. Atamian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500

Respectfully submitted,

*/s/ Nancy G. Ross*
Nancy G. Ross
Samuel P. Myler
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Michelle N. Webster
Ankur Mandhania
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
*Attorneys for Defendants*