**Veritext, LLC - Midwest Region**

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Nancy G. Ross<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | | **Invoice #:** | **3414459** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **7/18/2018** |
| | | | **Balance Due:** | **$0.00** |

| **Case: Cunningham, Casey v. Cornell University, et al. (16CV6525PKC)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 2961982   |   Job Date: 7/13/2018   |   Delivery: Expedited

Location:          Ithaca, NY
Billing Atty:      Nancy G. Ross
Scheduling Atty:   Joel Rohlf | Schlichter Bogard P.C.

| **Witness: Paul Bursic** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 310.00 | $3.30 | $1,023.00 |
| Certified Transcript - Expedited - Medical, Technical or Video | 310.00 | $0.90 | $279.00 |
| Rough Draft | 248.00 | $1.50 | $372.00 |
| Realtime Services | 248.00 | $1.75 | $434.00 |
| Exhibits | 12.00 | $0.45 | $5.40 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Delivery & Handling | 1.00 | $22.50 | $22.50 |

| Notes: | | **Invoice Total:** | **$2,190.90** |
|---|---|---|---|
| | | **Payment:** | **($2,190.90)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:**  **3414459**
**Invoice Date:**  **7/18/2018**
**Balance Due:**  **$0.00**

Pay by Credit Card: www.veritext.com

42671

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Samuel Myler<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | **Invoice #:** | **3421377** |
|---|---|---|---|
| | | **Invoice Date:** | **7/25/2018** |
| | | **Balance Due:** | **$0.00** |

**Case: Cunningham, Casey v. Cornell University, et al. (16CV6525PKC)**   **Proceeding Type: Depositions**

Job #: 2966722   |   Job Date: 7/20/2018   |   Delivery: Normal

Location:        Boston, MA
Billing Atty:    Samuel Myler
Scheduling Atty: Joel Rohlf | Schlichter Bogard P.C.

| Witness: Patrick T. Warner | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 452.00 | $3.30 | $1,491.60 |
| Rough Draft | 383.00 | $1.25 | $478.75 |
| Exhibits | 294.00 | $0.45 | $132.30 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | | **Invoice Total:** | **$2,225.64** |
|---|---|---|---|
| | | **Payment:** | **($2,225.64)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:  3421377**<br>**Invoice Date:  7/25/2018**<br>**Balance Due:  $0.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

42671

**Veritext, LLC - Midwest Region**

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Nancy G. Ross<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | | **Invoice #:** | **3436100** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **8/7/2018** |
| | | | **Balance Due:** | **$0.00** |

**Case: Cunningham, Casey v. Cornell University, et al. (16CV6525PKC)**    **Proceeding Type: Depositions**

Job #: 2973105   |   Job Date: 8/2/2018   |   Delivery: Normal

Location:           Ithaca, NY
Billing Atty:       Nancy G. Ross
Scheduling Atty:    Joel Rohlf | Schlichter Bogard P.C.

| **Witness: Mary Opperman** | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Certified Transcript | 325.00 | $3.30 | $1,072.50 |
| Rough Draft | 268.00 | $1.50 | $402.00 |
| Realtime Services | 268.00 | $1.75 | $469.00 |
| Exhibits | 354.00 | $0.45 | $159.30 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Delivery & Handling | 1.00 | $39.55 | $39.55 |

| Notes: | **Invoice Total:** | **$2,197.35** |
|---|---|---:|
| | **Payment:** | **($2,197.35)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:**  **3436100**<br>**Invoice Date:**  **8/7/2018**<br>**Balance Due:**  **$0.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

42671

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Nancy G. Ross<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | **3444579**<br>**8/14/2018**<br>**$0.00** |
|---|---|---|---|---|

| Case: Cunningham, Casey v. Cornell University, et al. (16CV6525PKC) | **Proceeding Type: Depositions** |
|---|---|

Job #: 2983270   |   Job Date: 8/10/2018   |   Delivery: Normal

Location:         Raleigh, NC
Billing Atty:     Nancy G. Ross
Scheduling Atty:  Joel Rohlf | Schlichter Bogard P.C.

| Witness: Barron Vaughn Schmitt | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 242.00 | $2.95 | $713.90 |
| Rough Draft | 188.00 | $1.50 | $282.00 |
| Realtime Services | 188.00 | $1.75 | $329.00 |
| Exhibits | 986.00 | $0.25 | $246.50 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Delivery & Handling | 1.00 | $22.50 | $22.50 |

| Notes: | **Invoice Total:** | **$1,688.89** |
|---|---|---|
| | **Payment:** | **($1,688.89)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44<br><br>Pay by Credit Card: www.veritext.com | **Invoice #:  3444579**<br>**Invoice Date:  8/14/2018**<br>**Balance Due:  $0.00** |
|---|---|---|

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | Invoice #: | **3444651** |
|---|---|---|---|
| | | Invoice Date: | **8/14/2018** |
| | | Balance Due: | **$0.00** |

| Case: Cunningham, Casey v. Cornell University, et al (16CV6525PKC) | **Proceeding Type: Depositions** |
|---|---|

Job #: 2987554   |   Job Date: 8/10/2018   |   Delivery: Expedited

Location:           New York, NY
Billing Atty:       Samuel Myler
Scheduling Atty:    Alex Braitberg | Schlichter Bogard P.C.

| Witness: Adam Polacek | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 331.00 | $3.30 | $1,092.30 |
| Rough Draft | 279.00 | $1.25 | $348.75 |
| Realtime Services | 279.00 | $1.50 | $418.50 |
| Exhibits | 727.00 | $0.25 | $181.75 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:   **Invoicing was split, Expedite charges will be on invoice #2**

| | |
|---|---|
| **Invoice Total:** | **$2,164.29** |
| **Payment:** | **($2,164.29)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:   3444651**
**Invoice Date:   8/14/2018**
**Balance Due:   $0.00**

42671

**Veritext, LLC - Midwest Region**

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Samuel Myler<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | **Invoice #:** 3444675<br>**Invoice Date:** 8/14/2018<br>**Balance Due:** $0.00 |

**Case: Cunningham, Casey v. Cornell University, et al (16CV6525PKC)**   **Proceeding Type: Depositions**

Job #: 2987554  |  Job Date: 8/10/2018  |  Delivery: Normal

Location:          New York, NY
Billing Atty:      Samuel Myler
Scheduling Atty:   Alex Braitberg | Schlichter Bogard P.C.

| Witness: Adam Polacek | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Expedited - Medical, Technical or Video | 331.00 | $1.80 | $595.80 |

Notes:   **Invoicing was split, this is invoice 1 of 2**

| | |
|---|---|
| **Invoice Total:** | $595.80 |
| **Payment:** | ($595.80) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 3444675
**Invoice Date:** 8/14/2018
**Balance Due:** $0.00

42671

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Samuel Myler<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | Invoice #: | 3449906 |
|---|---|---|---|
| | | Invoice Date: | 8/20/2018 |
| | | Balance Due: | $0.00 |

**Case:** Cunningham, Casey, et al. v. Cornell University, et al. (16CV6525PKC)  **Proceeding Type: Depositions**

Job #: 2985285   |   Job Date: 8/8/2018   |   Delivery: Normal

Location:        New York, NY
Billing Atty:    Samuel Myler
Scheduling Atty: Joel Rohlf | Schlichter Bogard P.C.

| Witness: Paul Weber | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Medical, Technical or Video | 294.00 | $3.30 | $970.20 |
| Rough Draft | 238.00 | $1.25 | $297.50 |
| Realtime Services | 238.00 | $1.50 | $357.00 |
| Exhibits | 128.00 | $0.45 | $57.60 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,805.29 |
| Payment: | ($1,805.29) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 3449906
**Invoice Date:** 8/20/2018
**Balance Due:** $0.00

42671

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690  Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC, 20006 | | Invoice #:<br>Invoice Date:<br>Balance Due: | **3507250**<br>**10/17/2018**<br>**$0.00** |
|---|---|---|---|---|

| Case: Cunningham, Casey v. Cornell University, Et Al (16CV6525PKC) | **Proceeding Type: Depositions** |
|---|---|

Job #: 3025819   |   Job Date: 10/3/2018   |   Delivery: Expedited

Location:             St. Louis, MO

Billing Atty:

Scheduling Atty:   Michelle Webster | Mayer Brown LLP

| Witness: Ty Minnich | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 365.00 | $3.38 | $1,233.70 |
| Exhibits | 1297.00 | $0.65 | $843.05 |
| Exhibits - Color | 92.00 | $1.75 | $161.00 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Litigation Package - Secure File Suite | 1.00 | $46.00 | $46.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:   This invoice is in conjunction with invoices 3514645 and 3514660.

| | |
|---|---|
| **Invoice Total:** | $2,366.75 |
| **Payment:** | ($2,366.75) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44<br><br>Pay by Credit Card: www.veritext.com | **Invoice #:  3507250**<br>**Invoice Date:  10/17/2018**<br>**Balance Due:  $0.00** |
|---|---|---|

42671

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC, 20006 | **Invoice #:** 3512136<br>**Invoice Date:** 10/17/2018<br>**Balance Due:** $0.00 |

**Case: Cunningham, Casey v. Cornell University, et al (16CV6525PKC)**        **Proceeding Type: Depositions**

Job #: 3025828    |    Job Date: 10/10/2018    |    Delivery: Expedited

Location:         St. Louis, MO
Billing Atty:     Brian Netter
Scheduling Atty:  Michelle Webster | Mayer Brown LLP

| Witness: Al Otto | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 260.00 | $3.75 | $975.00 |
| Transcript Services - Priority Request | 260.00 | $3.38 | $878.80 |
| Transcript - Supplemental Surcharges* | 260.00 | $1.00 | $260.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Litigation Package - Secure File Suite | 1.00 | $46.00 | $46.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:    *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding
          This invoice is in conjunction with invoice 3514879.

| | |
|---|---:|
| **Invoice Total:** | $2,227.79 |
| **Payment:** | ($2,227.79) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 3512136<br>**Invoice Date:** 10/17/2018<br>**Balance Due:** $0.00 |

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC, 20006 | Invoice #: | 3512763 |
|---|---|---|---|
| | | Invoice Date: | 10/22/2018 |
| | | Balance Due: | $0.00 |

**Case: Cunningham, Casey v. Cornell University, Et Al (16CV6525PKC)**   **Proceeding Type: Depositions**

Job #: 3025830   |   Job Date: 10/12/2018   |   Delivery: Expedited

Location:         St. Louis, MO
Billing Atty:     Michelle Webster
Scheduling Atty:  Michelle Webster | Mayer Brown LLP

| Witness: Dr. Gerald "Jeff" Buetow | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 160.00 | $3.75 | $600.00 |
| Transcript - Supplemental Surcharges* | 160.00 | $0.50 | $80.00 |
| Rough Draft | 160.00 | $2.25 | $360.00 |
| Realtime Services | 160.00 | $2.25 | $360.00 |
| Exhibits | 787.00 | $0.65 | $511.55 |
| Exhibits - Color | 48.00 | $1.75 | $84.00 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Litigation Package - Secure File Suite | 1.00 | $46.00 | $46.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding<br>This invoice is in conjunction with invoice 3518802. | Invoice Total: | $2,124.55 |
|---|---|---|---|
| | | Payment: | ($2,124.55) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454  **ABA:** 071000288
**Swift:** HATRUS44

**Pay by Credit Card: www.veritext.com**

**Invoice #:**  3512763
**Invoice Date:**  10/22/2018
**Balance Due:**  $0.00

42671

10

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC, 20006 | | **Invoice #:** | **3514645** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **10/17/2018** |
| | | | **Balance Due:** | **$0.00** |

**Case: Cunningham, Casey v. Cornell University, Et Al (16CV6525PKC)**   **Proceeding Type: Depositions**

Job #: 3025819   |   Job Date: 10/3/2018   |   Delivery: Expedited

Location:          St. Louis, MO

Billing Atty:

Scheduling Atty:   Michelle Webster | Mayer Brown LLP

| Witness: Ty Minnich | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 365.00 | $3.75 | $1,368.75 |
| Transcript - Supplemental Surcharges* | 365.00 | $1.00 | $365.00 |

| Notes: | *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding<br>This invoice is in conjunction with invoices 3507250 and 3514660. | **Invoice Total:** | **$1,733.75** |
|---|---|---|---|
| | | **Payment:** | **($1,733.75)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:**   **3514645**<br>**Invoice Date:**   **10/17/2018**<br>**Balance Due:**   **$0.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

42671

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC, 20006 | **Invoice #:** | **3518802** |
|---|---|---|---|
| | | **Invoice Date:** | **10/22/2018** |
| | | **Balance Due:** | **$0.00** |

**Case: Cunningham, Casey v. Cornell University, Et Al (16CV6525PKC)**   **Proceeding Type: Depositions**

Job #: 3025830   |   Job Date: 10/12/2018   |   Delivery: Expedited

Location:          St. Louis, MO
Billing Atty:      Michelle Webster
Scheduling Atty:   Michelle Webster | Mayer Brown LLP

| Witness: Dr. Gerald "Jeff" Buetow | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 160.00 | $3.75 | $600.00 |

Notes: This invoice is in conjunction with invoice 3512763.

| | |
|---|---|
| **Invoice Total:** | **$600.00** |
| **Payment:** | **($600.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  **3518802**
**Invoice Date:**  **10/22/2018**
**Balance Due:**  **$0.00**

42671

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | | **Invoice #:** | **3519520** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **10/23/2018** |
| | | | **Balance Due:** | **$0.00** |

**Case: Cunningham, Casey, Et Al. v. Cornell University, Et Al. (16CV6525PKC)**

**Proceeding Type: Depositions**

Job #: 3028112   |   Job Date: 10/18/2018   |   Delivery: Expedited

Location: Washington, DC
Billing Atty: Nancy G. Ross
Scheduling Atty: Joel Rohlf | Schlichter Bogard P.C.

| Witness: Glenn Poehler | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Medical, Technical or Video | 390.00 | $2.95 | $1,150.50 |
| Rough Draft | 334.00 | $1.50 | $501.00 |
| Realtime Services | 334.00 | $1.75 | $584.50 |
| Delivery & Handling - Expedited | 1.00 | $45.63 | $45.63 |

Notes:   **Invoice 1 of 2, goes with invoice to 3512068**

| | |
|---|---:|
| **Invoice Total:** | $2,281.63 |
| **Payment:** | ($2,281.63) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 3519520
**Invoice Date:** 10/23/2018
**Balance Due:** $0.00

42671

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | | **Invoice #:** | **3520685** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **10/23/2018** |
| | | | **Balance Due:** | **$0.00** |

**Case: Cunningham, Casey, Et Al. v. Cornell University, Et Al. (16CV6525PKC)**

**Proceeding Type: Depositions**

Job #: 3028112   |   Job Date: 10/18/2018   |   Delivery: Normal

Location:            Washington, DC
Billing Atty:        Nancy G. Ross
Scheduling Atty:     Joel Rohlf | Schlichter Bogard P.C.

| Witness: Glenn Poehler | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Expedited - Medical, Technical or Video | 390.00 | $1.80 | $702.00 |

| Notes: | **Invoice 2 of 2, supplemental invoice to 3519520** | **Invoice Total:** | **$702.00** |
|---|---|---|---:|
| | | **Payment:** | **($702.00)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  3520685**
**Invoice Date:  10/23/2018**
**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Midwest Region**

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Nancy G. Ross<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | | Invoice #: | **3444019** |
|---|---|---|---|---|
| | | | Invoice Date: | **8/14/2018** |
| | | | Balance Due: | **$0.00** |

**Case: Cunningham, Casey v. Cornell University, et al. (16CV6525PKC)**    **Proceeding Type: Depositions**

Job #: 2983269   |   Job Date: 8/9/2018   |   Delivery: Normal

Location:           Raleigh, NC
Billing Atty:       Nancy G. Ross
Scheduling Atty:    Joel Rohlf | Schlichter Bogard P.C.

| Witness: James W. Strodel | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 311.00 | $2.95 | $917.45 |
| Rough Draft | 240.00 | $1.50 | $360.00 |
| Realtime Services | 240.00 | $1.75 | $420.00 |
| Exhibits | 249.00 | $0.45 | $112.05 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Delivery & Handling | 1.00 | $22.50 | $22.50 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,926.99** |
| **Payment:** | **($1,926.99)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:   3444019**
**Invoice Date:   8/14/2018**
**Balance Due:   $0.00**

42671

15

**Veritext, LLC - Midwest Region**

Tel. 800-878-6750 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Suite 3200<br>Chicago, IL, 60606 | Invoice #: | 3511548 |
|---|---|---|---|
| | | Invoice Date: | 10/17/2018 |
| | | Balance Due: | $0.00 |

**Case:** Cunningham, Casey, et al. v. Cornell University, et al. (16CV6525PKC)

**Proceeding Type: Depositions**

Job #: 3028249   |   Job Date: 10/11/2018   |   Delivery: Expedited

Location:        Denver, CO
Billing Atty:    Nancy G. Ross
Scheduling Atty: Joel Rohlf | Schlichter Bogard P.C.

| Witness: Conrad Ciccotello | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 290.00 | $2.25 | $652.50 |
| Certified Transcript - Expedited - Medical, Technical or Video | 290.00 | $1.80 | $522.00 |
| Realtime Services | 237.00 | $1.50 | $355.50 |
| Exhibits | 214.00 | $0.45 | $96.30 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Delivery & Handling - Expedited | 1.00 | $22.50 | $22.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,743.79 |
| Payment: | ($1,743.79) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 3511548
**Invoice Date:** 10/17/2018
**Balance Due:** $0.00

42671

16

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Theresa Lucas<br>Mayer Brown LLP<br>1999 K St NW<br>Washington, DC, 20006 | | **Invoice #:** | **3516819** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **10/24/2018** |
| | | | **Balance Due:** | **$0.00** |

| **Case: Cunningham, Casey v. Cornell University, et al (16CV6525PKC)** | | | **Proceeding Type: Depositions** |
|---|---|---|---|

Job #: 3025832   |   Job Date: 10/16/2018   |   Delivery: Expedited

Location:        St. Louis, MO

Billing Atty:

Scheduling Atty:   Michelle Webster | Mayer Brown LLP

| **Witness: Wendy Dominguez** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 305.00 | $3.75 | $1,143.75 |
| Transcript Services - Priority Request | 305.00 | $3.38 | $1,030.90 |
| Transcript - Supplemental Surcharges* | 305.00 | $0.50 | $152.50 |
| Rough Draft | 305.00 | $2.25 | $686.25 |
| Realtime Services | 305.00 | $2.25 | $686.25 |
| Exhibits | 872.00 | $0.65 | $566.80 |
| Exhibits - Color | 938.00 | $1.75 | $1,641.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $39.99 | $39.99 |
| Litigation Package - Secure File Suite | 1.00 | $46.00 | $46.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$6,021.94** |
|---|---|---|---:|
| | | **Payment:** | **($6,021.94)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:**   **3516819**<br>**Invoice Date:**   **10/24/2018**<br>**Balance Due:**   **$0.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

42671