IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY CUNNINGHAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORNELL UNIVERSITY, et al.<br><br>Defendants. | No. 1:16-CV-06525-PKC<br><br>**NOTICE OF PLAINTIFFS' MOTION TO REVIEW THE CLERK'S TAXATION OF COSTS** |

Please take notice that, upon the accompanying Memorandum of Law, dated February 27, 2024, Plaintiffs Casey Cunningham, Charles E. Lance, Stanley T. Marcus, Lydia Pettis, and Joy Veronneau will move this Court before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York 10007, at a time and date to be set by the Court, to review the Clerk of Court's taxation of costs in favor of Defendants, *see* ECF Nos. 462 and 463, and for an order denying such costs.

1

<div style="display: flex; justify-content: space-between;">

February 27, 2024

Respectfully Submitted,

</div>

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD LLP
Andrew D. Schlichter, Bar No. 4403267
Jerome J. Schlichter*
Heather Lea*
Joel D. Rohlf*
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
aschlichter@uselaws.com
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ Jerome J. Schlichter
*Counsel for Plaintiffs*