UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASEY CUNNINGHAM, et al.,

                          Plaintiffs                        16-cv-6525 (PKC)

     -against-                                         ORDER

CORNELL UNIVERSITY, et al.,

                          Defendants.

-----------------------------------------------------------x

CASTEL, District Judge:

        The mandate having issued from the United States Court of Appeals remanding the action to this Court for further proceedings consistent therewith, the parties are directed to submit their proposals to bringing this action to completion, including addressing the three points raised therein. Simultaneous submissions are due November 12, 2025, with responses due November 19, 2025. The parties are directed to meet and confer before submitting their proposals.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       October 29, 2025