MAYER | BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
United States of America

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

**Samuel P. Myler**
T: 1 312 701 8461
smyler@mayerbrown.com

July 30, 2026

Application to file under seal provisionally GRANTED.
SO ORDERED.
7/31/2026

P. Kevin Castel
United States District Judge

**BY CM/ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Cunningham v. Cornell University, No. 1:16-cv-6525-PKC

Dear Judge Castel:

Defendants Cornell University, the Retirement Plan Oversight Committee ("RPOC"), and Mary G. Opperman (collectively, "Cornell Defendants") respectfully submit this letter to request that the Court enter an order permitting the Cornell Defendants to file under seal three exhibits to their concurrently-filed letter motion to modify the case management schedule. These materials include:

- Exhibit A: The opening expert report of Defendants' expert Steve Gissiner. This exhibit was designated as confidential by the Cornell Defendants pursuant to the Confidentiality Stipulation and Order entered in this case on February 7, 2018.
- Exhibit B: The opening expert report of Plaintiffs' expert Marina Edwards. This exhibit was designated as confidential by Plaintiffs pursuant to the Confidentiality Stipulation and Order entered in this case on February 7, 2018.
- Exhibit C: The rebuttal expert report of Plaintiffs' expert Marina Edwards. This exhibit was designated as confidential by Plaintiffs pursuant to the Confidentiality Stipulation and Order entered in this case on February 7, 2018.

The reports contain references to proprietary financial data and commercial information, including data related to fees and pricing for the Plans' recordkeepers. This data has been designated as confidential by the parties, as well as by third-parties to this action, pursuant to the Confidentiality Stipulation and Order. Accordingly, the Cornell Defendants respectfully request that the Court permit Exhibits A, B, and C to be filed under seal in accordance with that Order. The Cornell Defendants have filed their letter motion on the public docket. Unredacted versions of the exhibits will be provided to the Court within 4 days in accordance with the Court's Individual Practices § 3.E, and will also be served on all parties that have appeared in the action.

Respectfully Submitted,

/s/ Samuel P. Myler

cc: Counsel of Record